# UNITED STATES DISTRICT COURT
## District of Columbia

Audrey L. Sewell

**SUMMONS IN A CIVIL CASE**

V.

Elaine L. Chao
Secretary US Dept of
Labor

CASE NUMBER 1:06CV01534

JUDGE: Ellen Segal Huvelle

DECK TYPE: Employment Discrimination

DATE STAMP: 08/30/2006

TO: (Name and address of Defendant)

Elaine Chao
200 Constitution Ave NW
Wash., DC. 20210

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lisa Alexis Jones, PLLC
1200 G Street NW
Suite 800
Wash., DC 20005
(202) 434-4507

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         AUG 30 2006
CLERK                              DATE

_Maureen Higgins_
(By) DEPUTY CLERK

(Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 10/10/06 4:40pm |
| NAME OF SERVER (PRINT) Kevin A. Reid | TITLE PRIVATE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: c/o DEPT OF LABOR — BRIAN LALLI (AUTHORIZED REP)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $50.00 | TOTAL $50.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/12/06         _K. A. Reid_
              Date              Signature of Server

P.O. Box 7394 Silver Spg, MD 20907
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.