UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
AUDREY L. SEWLL,                    )
   1301 7TH Street, N.W.            )
   Apartment 315                    )
   Washington, D.C. 20001           )
                                    )
          Plaintiff,                )
                                    )
     v.                             )
                                    ) Civil Action No. 06-1534(ESH)
ELAINE L. CHAO,                     )
   SECRETARY OF LABOR,              )
                                    )
THE UNITED STATES OF AMERICA        )
   200 Constitution Ave., N.W.      )
   Washington, D.C. 20210           )
                                    )
          Defendant.                )
_____        )
```

## PRAECIPE

The Clerk will please enter the appearance of Assistant United States Attorney Karen L. Melnik as counsel for the defendant in this action.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar #498610

_____
KAREN L. MELNIK D.C. BAR #436452
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0338 (O)
(202) 514-8780 (Fax)