UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDREY L. SEWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1534 (ESH) |
| ) | |
| ELAINE L. CHAO, ) | |
| Secretary of Labor, ) | |
| ) | |
| Defendant. ) | |

### JOINT MOTION TO AMEND SCHEDULING ORDER

The parties in the above-captioned case, through respective counsel, respectfully move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, to amend the Scheduling Order in this case to extend discovery for an additional forty-five (45) days. In support of this request, the parties state as follows:

1. Discovery in this case is scheduled to close on June 18, 2007. The parties have been working cooperatively to fulfill their respective obligations. Despite her best efforts, Plaintiff has not been able to complete her responses to Defendant's written requests for discovery. Without those responses, Defendant is not in a position to know whom to depose.

2. Because of the holiday weekend, and because the undersigned is preparing for trial in Simpson v. Thompson, 03-cv-1123, which is scheduled to proceed on June 4, 2007, Defendant will need additional time to complete discovery. Plaintiff is currently working on two appellate briefs, and will also need additional time to

complete discovery.

3.  In light of the foregoing, and for good cause shown, the parties respectfully move to amend the Scheduling Order, to extend discovery for an additional forty-five (45) days.

Wherefore the parties request that the scheduling order be amended to permit an additional forty-five day period of discovery. A proposed Order accompanies this motion.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Lisa Alexis Jones | JEFFREY A . TAYLOR, DC Bar #498610 |
| 1200 G Street, N.W. | United States Attorney |
| Suite 800 | |
| Washington, D.C. | /s/ |
| 20005 | RUDOLPH CONTEREAS, DC Bar #434122 |
| (202) 434-4507 | Assistant United States Attorney |
| | |
| Counsel for Plaintiff | /s/ |
| | KAREN L. MELNIK DC BAR # 436452 |
| | Assistant United States Attorney |
| | 555 4TH Street, N.W. Rm. E-4112 |
| | Washington, D.C. 20530 |
| | (202) 307-0338 |