UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDREY L. SEWELL,<br><br>        Plaintiff,<br><br>    v.<br><br>ELAINE L. CHAO,<br>    Secretary of Labor,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-1534 (ESH)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of the Joint Motion to Amend the Scheduling Order, and the entire record in this matter, it is hereby

**ORDERED** that the motion be, and the same hereby is, **GRANTED**. It is further

**ORDERED** that the Scheduling Order entered in this case on January 9, 2007, is hereby amended as follows:

All discovery, including depositions of each party's witnesses, shall be concluded no later than August 2, 2007.

The status conference previously scheduled for June 20, 2007, at 9:15 a.m., is hereby rescheduled for August \_\_\_\_\_, 2007, at _____.


Dated this _____ day of _____, 2007


_____
UNITED STATES DISTRICT JUDGE