**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **AUDREY SEWELL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Civil Action No. 06-01534 (ESH)** |
| | ) | |
| **ELAINE CHAO, Secretary,** | ) | |
| **Department of Labor,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**MEDIATION REFERRAL ORDER**

With the consent of the parties on this date, it is hereby **ORDERED** that

1.    This matter is referred for mediation to commence as of August 13, 2007.

2.    The Clerk of the Court shall promptly furnish a copy of this Order to the Circuit Executive who shall promptly assign a mediator.

3.    Mediation efforts shall conclude by October 11, 2007.

4.    If the case settles in whole or in part, plaintiff's counsel shall immediately advise the Court of the settlement by filing a stipulation.

**SO ORDERED.**

_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge

DATE: August 10, 2007