UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AUDREY L. SEWELL** )<br>)<br>**Plaintiff,** )<br>) <br>v. )<br>)<br>**ELAINE L. CHAO,** )<br>**Secretary, Department of Labor,** )<br>)<br>**Defendant.** ) | Case No. 06CV1534 (ESH) |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

Defendant in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to file a motion for summary judgment. In support of this request, the defendant states as follows:

1. The defendant's dispositive motion is due to be filed on October 29, 2007.

2. Due to filing deadlines in other matters, including a reply brief in Montgomery v. Chao, 07-5255; a motion to dismiss in Hewitt v. Rice, 07cv1097; and motion for summary judgment in DeMartino v. FBI, 06cv0879, the defendant needs a brief extension of time in which to file its motion for summary judgment.

3. The defendant is requesting an extension of the briefing schedule. Specifically, the defendant requests an additional seven (7) days, until November 5, 2007, to draft and file an appropriate dispositive motion; plaintiff's opposition to be due no later than December 6, 2007; and defendant's reply to be due no later than December 24, 2007..

4. Pursuant to LCvR 7(m), the undersigned spoke to plaintiff's attorney, Lisa Alexis Jones, who stated that she consents to this motion.

Wherefore the defendant requests until November 5, 2007, to file a dispositive motion; plaintiff's opposition to be due no later than December 6, 2007; and defendant's reply brief to be due no later than December 24, 2007. A proposed Order accompanies this motion.

        Respectfully submitted,

        /s/
        JEFFREY A. TAYLOR,  DC Bar #498610
        United States Attorney

        /s/
        RUDOLPH CONTRERAS, DC Bar #434122
        Assistant United States Attorney

        /s/
        KAREN L. MELNIK DC BAR # 436452
        Assistant United States Attorney
        555 4TH Street, N.W. Rm. E-4112
        Washington, D.C. 20530
        (202) 307-0338