UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AUDREY L. SEWELL**  )<br>  )<br>   **Plaintiff,**  )<br>  )<br>   **v.**  )<br>  )<br> **ELAINE L. CHAO,**  )<br> **Secretary, Department of Labor,**  )<br>  )<br>   **Defendant.**  ) | Case No. 06CV1534 (ESH) |

**ORDER**

UPON CONSIDERATION of the Defendant's Consent Motion For Enlargement of Time, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is GRANTED. It is further

ORDERED, that Defendant will have until November 5, 2007, to file a dispositive motion; Plaintiff's opposition due no later than December 6, 2007; and Defendant's reply due no later than December 24, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE

copies to:

Lisa Alexis Jones, Esq..
1200 G Street, N.W. Suite 800
Washington, D.C. 20005

AUSA Karen L. Melnik
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W. Rm. E-4112
Washington, D.C. 20530