UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AUDREY L. SEWELL** | ) |
| | ) |
| **Plaintiff,** | ) Civil Action No. 06-1534 (ESH) |
| v. | ) |
| | ) |
| **ELAINE L. CHAO,** | ) |
| **Secretary, U.S. Dept. of Labor,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

UPON CONSIDERATION of Defendant's motion for summary judgment, the grounds stated therefor, any opposition thereto, and the entire record herein, it is on this ___ day of _____, hereby:

ORDERED that Defendant's motion should be and hereby is GRANTED; and it is

FURTHER ORDERED that this case is hereby DISMISSED WITH PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE

cc:

Karen L. Melnik
United States Attorney's Office
Judiciary Building, Rm. E 4112
555 Fourth Street, N.W.
Washington, D.C.  20530

Lisa Alexis Jones
1200 G Street, N.W.
Suite 800
Washington, D.C.  20005