# EXHIBIT 1

| 2. Reason for Submission | | 3. Service | | 4. Employing Office Location | 5. Duty ~~Class~~ | | 6. OPM Certification No |
|---|---|---|---|---|---|---|---|
| ☐ Redescription | ☒ New | ☐ Hdqtrs ☐ Field | Washington, DC | | | |
| ☐ Reestablishment | ☐ Other | | | | | |

Explanation *(Show any positions replaced)*

| 7. Fair Labor Standards Act | | 8. Financial Statements Required | | 9. Subject to IA Action |
|---|---|---|---|---|
| ☐ Exempt | ☒ Nonexempt | ☐ Executive Personnel Financial Disclosure | ☐ Employment and Financial Interests | ☐ Yes ☒ No |

| 10. Position Status | | 11. Position Is: | 12. Sensitivity | | 13. Competitive Level Code |
|---|---|---|---|---|---|
| ☒ Competitive | | ☐ Supervisory | ☒ 1-Non-Sensitive | ☐ 3-Critical Sensitive | 001570 |
| ☐ Excepted *(Specify in Remarks)* | | ☐ Managerial | | | 14. Agency Use |
| ☐ SES (Gen.) | ☐ SES (CR) | ☒ Neither | ☐ 2-Noncritical Sensitive | ☐ 4-Special Sensitive | Inside B/U |

| 15. Classified/Graded by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. U.S. Office of Personnel Management | | | | | | |
| b. Department, Agency or Establishment | | | | | | |
| c. Second Level Review | Financial Systems Specialist | GS | 501 | 11 | *Wy* | 7/14/99 |
| d. First Level Review | | | | | | |
| e. Recommended by Supervisor or Initiating Office | | | | | | |

16. Organizational Title of Position (if different from official title)

17. Name of Employee (if vacant, specify)

18. Department, Agency, or Establishment
    U. S. Department of Labor

c. Third Subdivision
    Division of Financial Management    0250

a. First Subdivision
    Employment Standards Administration

d. Fourth Subdivision

b. Second Subdivision
    Office of Management, Administration and Planning

e. Fifth Subdivision

19. Employee Review-This is an accurate description of the major duties and responsibilities of my position.

Signature of Employee (optional)

20. Supervisory Certification. *I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the* *knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements my constitute violations of such statutes or their implementing regulations*

a. Typed name and Title of Immediate Supervisor
   Gary D. Thayer
   Acting Director, DFM

b. Typed Name and Title of Higher-Level Supervisor or Manager (optional)

Signature *Gary D. Thayer*     Date 7/14/99

Signature     Date

21. Classification/Job Grading Certification. *I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards.*

22. Position Classification Standards Used in Classifying/Grading Position
    Administrative Analysis Grade Evaluation Guide, dtd. 8/90

Typed Name and Title of Official Taking Action
William A. Nardo
Position Classification Specialist

Information for Employees. The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management.

Signature *William P. Nardo*     Date 7/14/99

| 23. Position Review | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee (optional) | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

24. Remarks

25. Description of Major Duties and Responsibilities *(See Attached)*

TN 7540-00-634-4265     Previous Edition Usable     5008-106     OF 8 (Rev. 1-85)
U.S. Office of Personnel Management
FPM Chapter 295

F9a 1 0 5

Pos.# 1295 L4009101

Financial Systems Specialist (JC 001570)

GS 501-11

OMAP DFM (0250)

## I. INTRODUCTION

This position is located in the Office of the Director,
Division of Financial Management, Office of Management,
Administration and Planning.  The incumbent of this position
performs a variety of routine accounting and budget work
which does not require professional knowledge of these two
disciplines.

## II. MAJOR DUTIES AND RESPONSIBILITIES

The incumbent monitors the GSA RENT program.  When monthly
Rent bills are received, he/she checks for billing accuracy
to insure that ESA is not paying for some other Federal
agency's space, both in the District as well as the regions.
Contacts GSA Rental Agent to correct the mistakes when they
occur.  Also, works with the budget staff to insure that
RENT records are accurately recorded in DOLAR$.

The incumbent reviews the deposits of all Civil Monetary
Penalties (CMP) ensuring that they are recorded accurately
according to the source of the funds.  Fair Labor Standard
Act CMP receipts are tracked accurately and spread according
to the operative Memorandum of Understanding with the Office
of the Solicitor of Labor (SOL).  Reports on the collections
are prepared regularly for transmittal to SOL.  Using DOLAR$
on-line read access, DOLAR$ deposits are reviewed for
accuracy.  Errors are brought to the attention of the
appropriate accountant and corrections are reviewed for
accuracy.  Incumbent drafts the Treasury report on CMP
Collections.

From information collected by the various accounts, the
incumbent prepares the Electronic Funds Transfer Report and
the Prompt Pay Report (reports which are required by the
Debt Collection Improvement Act).  Once prepared the
incumbent transmits the reports to the Office of the Chief
Financial Officer.

F9ª-2015

Performs routine budget analysis functions and special projects anywhere within ESA. Work may be performed in any segment of the normal range of budget administration work performed by DFM including budget formulation, presentation, and implementation.

Duties include assisting in the preparation of budget estimates; justifications; interpreting OMB directives and circulars; providing information and advice to program managers; reviewing bureau and office budget submissions for reasonableness, accuracy, and conformance with procedures and guidelines; budget monitoring, and recommending reprogramming of funds as needed.

The incumbent provides aid and assistance to accountants of DFM by performing nonprofessional accounting duties. Always under the close supervision of a fully qualified accountant, the incumbent may perform such duties as analyzing a simple account or transaction; help in formulating a routine financial report; help to implement fiscal year-end closing procedures for specific fund or funds; participate in the design or modification of automated accounting systems; provide advice and guidance regarding nonprofessional accounting and budget issues to organizations serviced; assists accountants in aiding management in applying financial data and recommending alternatives to resolve problems; helps accountants to adjust differences between the general ledger and subsidiary accounts; analyzes financial and statistical data from business forms.

III. FACTOR LEVELS

Factor 1   Knowledge Required by the Position    1-7

Total knowledge of Civil Monetary Penalties procedures, the RENT Program, and the Debt Collection Improvement Act requirements so that the incumbent can monitor the programs and correct mistakes when necessary.

Indepth knowledge of accounting and budget principles, practices, methods, and techniques to perform a variety of nonprofessional accounting and budget assignments.

F9ª 3 of 5

Thorough knowledge of Federal accounting and budget
regulations, procedures, and policies, and precedents to
carry out nonprofessional accounting and budget functions.

Full knowledge of procedures used to enter, modify,
retrieve, and delete information in an automated
accounting/budget system.
Knowledge of generally accepted accounting and budget
principles to analyze financial data.

Factor 2   Supervisory Controls   2-4

The incumbent works under the general direction of the
supervisor who provides instructions on work assignments
which are uncommon, unprecedented or novel. In all other
assignments, the incumbent is expected to independently plan
and carry out the work, bringing controversial matters to
the supervisor's attention.  Completed work is reviewed for
conformity to policy and requirements.

Factor 3   Guidelines   3-3

Guidelines consist of established precedents, standards,
laws, regulations, and organization policy and are not
completely applicable to the work.  The incumbent uses
judgment in choosing, interpreting, and adapting guidelines
to specific cases or problems.

Factor 4   Complexity   4-4

The incumbent's assigned work requires the application of
both established and novel practices.  Decisions regarding
what needs to be done require analysis of accounting and
budget systems and functions for programs that are stable,
where pertinent issues are known and where few conflicts in
determining treatment of financial transactions or content
and format of reports exist.

Factor 5   Scope and Effect   5-3

The purpose of the work is to perform a variety of
nonprofessional accounting and budget tasks, applying
conventional accounting and budget principles and
procedures.  The work affects the operation and management

F9ª 4 0χ 5

of programs by providing accurate and timely and financial
data.

Factor 6   Personal Contacts
Factor 7   Purpose of Contacts    3C

Contacts are with employees both inside and outside the
immediate organization, such as administrative officers,
budget analysts, accountants, and automated data processing
personnel.  Contacts are made to plan, coordinate, or
conduct accounting/budgeting assignments and to resolve
problems.

Factor 8   Physical Demands    8-1

The work is primarily sedentary.

Factor 9   Work Environment    9-1

The work is performed in a typical office setting.

F9ª 5 0X5