# EXHIBIT 4

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
 2

 3    AUDREY L. SEWELL,              :

 4              Plaintiff,           :

 5    v.                             :

 6    ELAINE L. CHAO,                :  Civil Action No.

 7              Defendant.           :  06-1534 (ESH)

 8    _____/

 9

10

11          DEPOSITION OF ANNE BAIRD-BRIDGES,

12    a Witness in the above-entitled cause, called for

13    examination by counsel for the Plaintiff, Audrey L. Sewell,

14    pursuant to notice and by agreement of counsel as to time

15    and place, was taken on July 31, 2007 at 1200 G Street, N.W.,

16    Suite 800, Washington, D.C. 20005, commencing at 9:05 a.m.,

17    before Suja Nair, a Notary Public in and for the District of

18    Columbia, when were present on behalf of the respective parties:

19

20

21    REPORTED BY:  Suja Nair
```

Page 74

```
 1      A.    Hm-mmm (affirmative).
 2      Q.    And do you recall the allegations that Mr.
 3  Sannabria made?
 4      A.    Yes.
 5      Q.    And what were the nature of his complaints?
 6      A.    His complaint was that he was not selected for a
 7  GS 14 budget analyst position.
 8      Q.    And was that the position that Ms. Kimberly
 9  Bassett ended up being hired for?
10      A.    Yes.
11      Q.    Anybody else that you recall?
12      A.    Not against me directly, that I am aware of.
13      Q.    Did Ms. Keller, did she ever -- Bettye Kelly,
14  did she ever lodge any complaints against you?
15      A.    No, but she did file a grievance.
16      Q.    Against you or just --
17      A.    No.
18      Q.    -- generally?
19      A.    It was -- she filed a grievance about her
20  performance appraisal.  I don't think it was -- I ended up
21  being the -- well, no.  It must not have been against me
```