# EXHIBIT 7

D  ·rtment of Labor    **Assistant Secretary for Employment Standards**
Washington, D.C. 20210



April 18, 2005

TO: Audrey Sewell

FROM: *Anne Baird-Bridges* (signature)
Anne Baird-Bridges, Director
Office of Management, Administration and Planning

SUBJECT: Reassignment

 :ctive May 1, 2005 you will be reassigned from the Division of Financial Management Director's staff to the Division of Financial Management, Branch of Budget Formulation and Implementation. Your duties remain the same. Your position description is being revised to reflect the new location. Your immediate supervisor will be Charlene Dunn. She will give you performance standards for FY 2005.

