# EXHIBIT 8



EMPLOYMENT STANDARDS ADMINISTRATION
OFFICE OF MANAGEMENT, ADMINISTRATION AND PLANNING
UPDATED: 06/11/2007