# EXHIBIT 10

-----Original Message-----
**From:** Dunn, Charlene - ESA
**Sent:** Friday, June 10, 2005 12:19 PM
**To:** Sewell, Audrey L - ESA
**Subject:** Response to your June 8 Memorandum

Audrey,

I received your June 8, 2005 memorandum in which you announced your retirement, and provided detailed concerns regarding your present standards and job responsibilities. I would like to take this opportunity to address each of your concerns, as outlined in your memorandum.

First, you refer to the telephone call which I made to you on June 7, 2005, in which I asked you about the status of the GSA space rent reports. During this discussion, I asked you what was the status of the GSA space rent report, as you had not completed it for May. You also referenced a May 4, 2005 meeting in which you informed me that you did not know anything about the current preparation of the space rent reports. At that meeting, I also requested that you meet with the former analyst who had previously done the report. At least on two occasions after that meeting, I asked you about the status of the report, and was told that you had initially met with the analyst, that he was busy, and that you would get with him to complete the report. I stated to you several times, that if he did not meet with you, and provide you with the information, that you were to inform me immediately. You chose not to inform me about your lack of training, and as a result, the May report which was due twenty-seven days after I gave you the assignment, was not completed. Since I do not sign-off on this report, I was not aware that it was not completed, until I received a call from the programs asking why they had not received the report last week.

Though I directed you to meet with the analyst, you made the decision not to meet with him again, based upon your belief, as you outlined in your memorandum, that "you would not participate in the direct harassment of the former budget analyst in forcing him to train me in the automated space rent assignment. I feel that the former budget analyst is doing the best that he can given the circumstances of being in training himself, and learning a new job with deadlines of his own to meet." As you know, the assignment of work is strictly a management decision, based upon the grade level and workload of an employee. The decision as to whether he had sufficient time to train you, and whether he had deadlines and training of his own, was not within your purview to make. As an employee of this office, I expect you to follow instructions, and complete your tasks on time.

Secondly, I want to address your concern that the GSA space rent report should not have been assigned to you because you knew nothing about it. In 1999, you received a promotion from a financial systems specialist Grade-09 to a financial systems specialist, Grade 11. Your promotion was based upon the additional assignments which you presumably had assumed, predominately the GSA Rent program, and the CMP assignment. When you were transferred to this position description, you clearly knew that the position required what was in the description: "Total knowledge of Civil Monetary Penalties Procedures, the Rent Program, and the Debt Collection Improvement Act requirements so that the incumbent can monitor the programs and correct mistakes when necessary." Thus, my assignment of this duty was strictly in conformance with what was expected in your position description, and one of the grade controlling factors in it.

01/15/2006

F9C20 721

Thirdly, your memorandum discusses my assigning you a budget exhibit to prepare and finalize. I had assigned you this task because you had expressed interest in assuming new tasks, and I thought, based upon your position description, that you possessed the skills to complete the exhibit with a minimum of effort. I provided you with the Congressional budget justification, explained to you what it was, and assigned the Senior Budget Analyst to meet with you and assist you in its preparation as necessary. Again, I refer to your position description in which budget analysis is found throughout it. Specifically, your position description says that you will: "perform routine budget analysis functions and special projects anywhere within ESA. Work may be performed in any segment of the normal range of budget administration work performed by DFM, including budget formulation, presentation, and implementation." Additionally it says that your duties include: "assisting In the preparation of budget estimates, justifications....."

Preparing a summary of budget authority by object class is budget formulation. It is also preparing budget estimates, as the information is found in the Congressional Justification, and other budgetary reports. This work assignment is within the parameters of your position description, and it is expected of a specialist at your grade level. In fact, this same duty has been in your present position description since 1999, and in your former GS-09 position description which you incumbered from 1998-99.

Due to your unwillingness to complete this project, I was forced to reassign it to another member of the team, who is already performing a large number of assignments, due to the budget submission. I have respectfully listened to your opinions and concerns. However, I will not tolerate insubordination from any employee who refuses to do assignments when they are given. Thus, I expect that you will continue to perform your duties as assigned, until you are no longer employed by the Employment Standards Administration. As such, I am giving you a deadline of June 15, to complete the May Space Rent Report. The Accounting Director and the former analyst will meet with you today, to give you any additional information you may need to complete this report. They will gladly provide you with any additional followup meetings/information which you might need. I also expect that the June, July, and August reports will be completed and provided to the programs by the end of each month.

Failure to complete this assignment will be interpreted as insubordination, and may result in further action. Should you have any questions, please do not hesitate to schedule a meeting with me to discuss them. Thank you.

01/15/2006                                F9° 2/ 9 2/