# EXHIBIT 12

Sewell, Audrey L - ESA

**From:** Sewell, Audrey L - ESA
**Sent:** Wednesday, May 18, 2005 9:48 AM
**To:** Sanabria, Vicente - ESA
**Cc:** Dunn, Charlene
**Subject:** RE: space rent training

Vicente: I agree with you and I will forward this message to Charlene at once. I understand it is hard to learn a new job, and teach someone at the same time. I feel the training should have taking place before you transferred to BAFS, but, nevertheless, I would very much appreciate your training me when you get time. The space rent function has been put into my standards.

Audrey

> -----Original Message-----
> **From:** Sanabria, Vicente - ESA
> **Sent:** Tuesday, May 17, 2005 7:38 AM
> **To:** Sewell, Audrey L - ESA
> **Subject:** RE: space rent training
>
> Good morning, Audrey!
>
> I will feel comfortable if this training request goes from your supervisor to my supervisor because the space rent training may require time and effort on my part, and I will be unable to devote time and energy into my new functions in the Branch of Accounting and Financial Systems (BAFS).
>
> Thank you,
> Vicente Sanabria
> ESA/DFM/OMAP/BBFI
> Off (202) 693-0409
> Fax (202) 693-1451
>
>> -----Original Message-----
>> **From:** Sewell, Audrey L - ESA
>> **Sent:** Monday, May 16, 2005 2:50 PM
>> **To:** Sanabria, Vicente - ESA
>> **Subject:** FW: space rent training
>>
>> Wednesday 9:45am
>>
>>> -----Original Message-----
>>> **From:** Sewell, Audrey L - ESA
>>> **Sent:** Monday, May 16, 2005 1:21 PM
>>> **To:** Sanabria, Vicente - ESA
>>> **Subject:** RE: space rent training
>>>
>>> How about 2:30? Please!!
>>>
>>>> -----Original Message-----
>>>> **From:** Sanabria, Vicente - ESA
>>>> **Sent:** Monday, May 16, 2005 1:00 PM
>>>> **To:** Sewell, Audrey L - ESA
>>>> **Subject:** RE: space rent training
>>>>
>>>> Audrey,

05/18/2005

Can we do 2:00 PM?

Vicente Sanabria
ESA/DFM/OMAP/BBFI
Off (202) 693-0409
Fax (202) 693-1451

-----Original Message-----
**From:** Sewell, Audrey L - ESA
**Sent:** Monday, May 16, 2005 12:06 PM
**To:** Sanabria, Vicente - ESA
**Subject:** space rent training

Hi Vicente:

As discussed last week, what time will you have today to train me in the space rent function?

Thanks!!!

Audrey

000101

05/18/2005

10-2