# EXHIBIT 13

**Sewell, Audrey L - ESA**

**From:** Sewell, Audrey L - ESA
**Sent:** Friday, June 10, 2005 9:43 AM
**To:** Dunn, Charlene - ESA
**Subject:** RE: GSA Rent Reports Meeting

**Tracking:** **Recipient** **Delivery**
Dunn, Charlene - ESA Delivered: 06/10/2005 9:43 AM

I will be there.

-----Original Message-----
**From:** Dunn, Charlene - ESA
**Sent:** Thursday, June 09, 2005 7:47 PM
**To:** Sewell, Audrey L - ESA
**Subject:** FW: GSA Rent Reports Meeting
**Importance:** High

Audrey, since you still have this assignment, please attend this meeting. Thank you.

-----Original Message-----
**From:** Jarl, Larry D - ESA
**Sent:** Thursday, June 09, 2005 7:20 PM
**To:** Sanabria, Vicente - ESA; Sewell, Audrey L - ESA; Bassett, Kimberly L - ESA
**Cc:** Dunn, Charlene - ESA
**Subject:** GSA Rent Reports Meeting
**Importance:** High

I would like to start the process of going over the GSA rent reports that BBFI would normally provide to the programs tomorrow Friday.

Let's plan to meet in the DFM Director's office at 10:30 AM.

I look forward to meeting with you all then.

Thanks

*LARRY JARL*
*OMAP/DFM/BAFS*
*(202) 693-0360*
*Jarl.Larry@dol.gov*

06/10/2005

**Sewell, Audrey L - ESA**

---

**From:** Sewell, Audrey L - ESA
**Sent:** Friday, June 10, 2005 6:02 PM
**To:** Dunn, Charlene - ESA; Drake, Larry - UNION; Lauderdale, Eleanor - Union; Jarl, Larry D - ESA; Sanabria, Vicente - ESA
**Subject:** RE: Response to your June 8 Memorandum

Thanks for the reply. **I will forward this e-mail to all parties concerned to see if the Tuesday, June 21, 2005, 8:00am date is OK with them.** I may need to request you to reschedule. Eleanor Lauderdale, Local 12 Head Steward, will be representing me in this matter due to the fact that you see it as **insubordination** because I did not know how, and did not have access to the data (no ID), or proper training to complete the reports, which you were aware of before you sent the e-mail. I requested that Larry Jarl, and his staff member who will be doing the **emergency training**, Vicente Sanabria, to sit in on the meeting only to explain to you and the union representative the detailed process of producing the reports.

**What I don't understand here is why would you directed me via an e-mail to meet with Larry Jarl, Vicente Sanabria, and your lead budget analyst today at 10:30am, on the subject of the space rent reports; and while I was in the meeting with all parties, and all parties worked together and came up with a working plan, and as far as I could see everything went well, you were, while we were meeting, preparing the e-mail message to me accusing me of insubordination for not completing the Space Rent Reports? Your e-mail was sent at 12:19pm, the meeting was not over until around 12:10pm. What was your purpose of ordering the meeting or the subject?**

Nevertheless; inasmuch as I have such a short turnaround time to train and produce the reports on Monday June 13, in time to get them to you by June 15, 2005, I will be meeting with Vicente alone. Your e-mail clearly stated that **"failure to complete this assignment will be interpreted as insubordination, and may result in further action. I am sure that working together, we will have the reports to you by May 15 the deadline set by you.**

Maybe next month we all three can get together to produce June's reports. I expect Vicente to work with me on producing May's space rent reports, as you have directed, but, I don't expect him to do 100 percent of the work.

I am again requesting that you cite for me where in my June 8, 2005, memorandum to you that I **"refused to do the assignment"**, as stated in your June 10, 2005, 12:19pm, e-mail message.

I appreciate the desk audit. I am requesting that Departmental HR staff do the desk audit, and reclassification of duties. I understand that if my duties are classified as being performed below the grade level, that my grade may be reduced. I also understand that if my duties are classified as being above my present grade level that I would be promoted into that grade.

-----Original Message-----
**From:** Dunn, Charlene - ESA
**Sent:** Friday, June 10, 2005 4:55 PM
**To:** Sewell, Audrey L - ESA
**Cc:** Copening, Linda M - ESA; Baird-Bridges, Anne - ESA; Vastano, Patricia J - ESA
**Subject:** RE: Response to your June 8 Memorandum

Audrey, as you know, I am in the midst of budget preparation. I can meet with you on June 21 at 8:00 in my office. In the interim, please sit down with Kim and Vicente, and receive the training to perform this function. If Vicente is completing the May report for you, that is fine with me. However, you will still be responsible for completing the June, July and August space rent reports. As for your request for a desk audit, management has no problems with your request for one. I will speak with HR next week. However, I must remind you, that if the results of the desk audit demonstrate that your current position is performing below your current grade level of GS-11, we would have no other choice but to abide by that analysis, and downgrade your current position and grade.

Thank you.

-----Original Message-----
**From:** Sewell, Audrey L - ESA
**Sent:** Friday, June 10, 2005 2:39 PM
**To:** Dunn, Charlene - ESA
**Cc:** Jarl, Larry D - ESA; Sanabria, Vicente - ESA; Drake, Larry - UNION; Lauderdale, Eleanor - Union; Copening, Linda M - ESA

000105

**Subject:** RE: Response to your June 8 Memorandum

As I stated in my June 8, 2005, memorandum, I have never been trained nor have I ever participated in the development of the Automated Space Rent Project. **I would very much appreciate it if you would cite where you read in that June 8, 2005, memo, where I REFUSED TO PREPARE THE SPACE RENT REPORTS!**

I AM REQUESTING A MEETING WITH YOU, THE ACCOUNTING BRANCH CHIEF, THE FORMER BUDGET ANALYST WHO HAS BEEN RESPONSIBLE FOR THE PREPARATION OF THE REPORTS SINCE 2001 AND WHO INITIALLY CREATED THE CURRENT SPACE RENT REPORTING SYSTEM. I ALSO WOULD LIKE A UNION OFFICIAL TO BE IN ON THIS MEETING. PLEASE LET ME KNOW THE DATE OF THE MEETING AS SOON AS POSSIBLE.

ALSO I AM REQUESTING A DESK AUDIT AND THAT MY CURRENT POSITION DESCRIPTION BE UPDATED.

The former Budget Analyst, Vicente Sanabria told his supervisor Larry Jarl, and your present lead Budget Analyst Kim Bassett, and myself in the 10:30 am meeting today, the complete responsibility for reporting on Space Rent was transferred to him in 2001. He inherited it from a former lead Budget Analyst who retired. I assisted the former director of the Division of Financial Management, (DFM), Gary Thayer, who retired in 2002, to gather information concerning the Regional Space rent charges, and he in turned gave the information to the former budget analyst who retired in 2001. You can verify for yourself, this was a complete manual operation before Mr. Sanabria fully refined and automated the process. Please ask him!

The space rent project as it is set up today, is a creation of the former budget analyst, Vicente Sanabria, who came to DFM in 2001, with expert knowledge of the space rent reporting process because he performed this task at the Departmental Level. When the space rent manual process was taken from me in 2000, it was not my fault the it was not removed from the Position Description.

In the meeting today, your lead budget analyst stated that she could not just complete the reports without Vicente walking her through the process, and that she needed Vicente to update the Space Rent reporting written instruction. I agree entirely, that anyone, regardless of grade level, that have never performed this task, the way that Vicente has it set up, would need extensive training from him.

The accounting Branch Chief stated that he did not want Vicente having to go though the retraining of someone else when I will be gone within 2 and ½ months; therefore, all parties agreed in the meeting, that Kim would sit in and monitor Vicente next Wednesday, June 15, while **he prepared May's Space Rent reports for you**, and he was going to update the written instructions at that time. The instructions that he previously gave her was outdated, he have made changes to the process since writing those instruction. It also was agreed that he would be available to monitor Kim when she prepares the June Space Rent Reports. I have agreed to assist Kim in any way that I can for the next two and one half months.

After May 4, 2005, the form Budget Analyst was in training with the Energy/Longshore Accountant in preparation for his new duties as the Federal Employees' Compensation Act Accountant, therefore, his time was limited and it was in my purview to decide how I wanted to handle this situation. I felt that if anyone is forced to train someone, that training may not be too meaningful, but, if an individual was willing to take the time, or permitted to take the time by the supervisor, who, in this case is Larry Jarl, (you were no longer Vicente's Supervisor), that the training would be more of a benefit for me.

Also, concerning the budget Exhibit, I had never seen nor prepared one in my life. This can be discussed in the meeting.

Also, I would appreciate clarification, on when does honestly interpreted as insubordination? If an employee is given an assignment that the employee has never preformed it is present state before in their life, nor, had responsibility for, and say "I did not get the reports done because I have never been trained", that is not insubordination, it is honesty! Now, if you really want me to, and the present supervisor (Larry Jarl) permits the former budget analyst to take the time to train me next Wednesday, while he produces the May reports, it will be fine with me! I will be glad to **train** and produce the reports for the next two and one half months! But, I will not be able to analysis, breakdown, sort, type manually type, copy submission, of te over four feet and over 100 lbs of computer runs each month along with others accounting duties. This can be discussed further at the planned meeting..

Also, my June 8, e-mail memorandum to you did not announce my upcoming retirement; it was a confirmation of the June 7, conversation when I first informed you of the retirement and my reasons for doing so.

000109

**Dunn, Charlene - ESA**

| | |
|---|---|
| From: | Sewell, Audrey L - ESA |
| Sent: | Friday, June 10, 2005 4:09 PM |
| To: | Sanabria, Vicente - ESA; Jarl, Larry D - ESA; Drake, Larry - UNION; Lauderdale, Eleanor - Union |
| Cc: | Dunn, Charlene - ESA |
| Subject: | FW: Help! Emergency Training Needed on Space Rent Reports |

Vicente:

As you know from the preceding e-mails that I forwarded to you FYI earlier, that whatever decisions were decided in the 10:30am meeting, today, June 10, 2005, that I was directed to attend by Ms. Dunn this mourning, between yourself, your supervisor Larry Jarl, Kim Bassett, the lead budget analyst, and myself, is now out of the window. Ms. Dunn has given me a deadline of Wednesday, June 15, 2005, to train and to produce the Space Rent Reports. As you know, I do not presently have an ID from GSA to gather the data. Ms. Dunn is aware of this also. Please forward the GSA page to me that we spoke about this mourning so that I can request a replacement ID if possible, or I may have to fill out a new form to request an ID. In order for me to possibly to get trained in time to meet Ms. Dunn's deadline, I have no choice but to use your ID to access GSA's data base to retrieve the information. I know this is a burden on you, but, as you can see I have no choice in the matter.

If possible, I would like to start the training the first thing Monday mourning, June 13, 2005, in order to accomplish this task by Wednesday, May 15, and as you know, I will need your help. I will come in earlier than 9:30am, my usual arrival time; I will be in around 8:00am so that we can start on this training ASAP. Hopefully, I will gain enough knowledge and have a new ID in time to more independently to be able to retrieve the data and prepare the June Space Rent Reports myself.

Thanks!!

-----Original Message-----
From: Sewell, Audrey L - ESA
Sent: Friday, June 10, 2005 2:39 PM
To: Dunn, Charlene - ESA
Cc: Jarl, Larry D - ESA; Sanabria, Vicente - ESA; Drake, Larry - UNION; Lauderdale, Eleanor - Union; Copening, Linda M - ESA
Subject: RE: Response to your June 8 Memorandum

As I stated in my June 8, 2005, memorandum, I have never been trained nor have I ever participated in the development of the Automated Space Rent Project. **I would very much appreciate it if you would cite where you read in that June 8, 2005, memo, where I REFUSED TO PREPARE THE SPACE RENT REPORTS!**

**I AM REQUESTING A MEETING WITH YOU, THE ACCOUNTING BRANCH CHIEF, THE FORMER BUDGET ANALYST WHO HAS BEEN RESPONSIBLE FOR THE PREPARATION OF THE REPORTS SINCE 2001 AND WHO INITIALLY CREATED THE CURRENT SPACE RENT REPORTING SYSTEM. I ALSO WOULD LIKE A UNION OFFICIAL TO BE IN ON THIS MEETING. PLEASE LET ME KNOW THE DATE OF THE MEETING AS SOON AS POSSIBLE.**

**ALSO I AM REQUESTING A DESK AUDIT AND THAT MY CURRENT POSITION DESCRIPTION BE UPDATED.**

The former Budget Analyst, Vicente Sanabria told his supervisor Larry Jarl, and your present lead Budget Analyst Kim Bassett, and myself in the 10:30 am meeting today, the complete responsibility for reporting on Space Rent was transferred to him in 2001. He inherited it from a former lead Budget Analyst who retired. I assisted the former director of the Division of Financial Management, (DFM), Gary Thayer, who retired in 2002, to gather information concerning the Regional Space rent charges, and he in turned gave the information to the former budget analyst who retired in 2001. You can verify for yourself, this was a complete manual operation before Mr. Sanabria fully refined and automated the process. Please ask him!

The space rent project as it is set up today, is a creation of the former budget analyst, Vicente Sanabria, who

01/15/2006                                    F9S 9921

Dunn, Charlene - ESA

| | |
|---|---|
| **From:** | Dunn, Charlene - ESA |
| **Sent:** | Friday, June 10, 2005 6:55 PM |
| **To:** | Sewell, Audrey L - ESA; Drake, Larry - UNION; Lauderdale, Eleanor - Union; Jarl, Larry D - ESA |
| **Cc:** | Baird-Bridges, Anne - ESA; Vastano, Patricia J - ESA |
| **Subject:** | RE: Response to your June 8 Memorandum |

| **Tracking:** | **Recipient** | **Read** |
|---|---|---|
| | Sewell, Audrey L - ESA | |
| | Drake, Larry - UNION | Read: 06/14/2005 11:30 AM |
| | Lauderdale, Eleanor - Union | |
| | Jarl, Larry D - ESA | Read: 06/10/2005 7:24 PM |
| | Baird-Bridges, Anne - ESA | Read: 06/13/2005 9:34 AM |
| | Vastano, Patricia J - ESA | Read: 06/13/2005 10:43 AM |

Audrey, I will discuss your various comments at the proposed meeting. I agree to meet with you and your representative. Since this meeting concerns you and your failure to complete one of your job assignments, I see no reason to involve Vicente and Larry in this matter.

I will again remind you that you were given this assignment on May 4, therefore there should be no need for "emergency training." Had you followed my instructions to meet with Vicente, you would have already been trained, and the Space Rent report would have been finished on time.

However, in the meantime, you are to meet with Kim and Vicente to go over the reports process next week. The determination as to who meets with Vicente, has already been made by Larry Jarl and myself. Both you and Kim will meet with Vicente, as I requested.

Also, I am baffled by your statement: "Maybe next month we all three can get together to produce June's reports." I have clearly instructed you, as to your job responsibilities as outlined by your position description. You are to complete the June report, not Vicente, not Kim. I cannot be any clearer regarding this responsibility. As chief of this branch, I determine who will complete assignments, when they are due, and what my expectations are regarding the work. This assignment is not negotiable.

Please keep me apprised as to the status of the report's completion, as our programs are anxiously awaiting its arrival. Thank you.

-----Original Message-----
**From:** Sewell, Audrey L - ESA
**Sent:** Friday, June 10, 2005 6:02 PM
**To:** Dunn, Charlene - ESA; Drake, Larry - UNION; Lauderdale, Eleanor - Union; Jarl, Larry D - ESA; Sanabria, Vicente - ESA
**Subject:** RE: Response to your June 8 Memorandum

Thanks for the reply. <u>I will forward this e-mail to all parties concerned to see if the Tuesday, June 21, 2005, 8:00am date is OK with them.</u> I may need to request you to reschedule. <u>Eleanor Lauderdale, Local 12 Head Steward</u>, will be representing me in this matter due to the fact that you see it as **insubordination** because I did not know how, and did not have access to the data (no ID), or proper training to complete the reports, which you were aware of before you sent the e-mail. I requested that Larry Jarl, and his staff member who will be doing the **emergency training**, Vicente Sanabria, to sit in on the meeting only to explain to you and the union representative the detailed process of producing the reports.

What I don't understand here is why would you directed me via an e-mail to meet with **Larry Jarl, Vicente Sanabria, and your lead budget analyst today at 10:30am, on the subject of the space rent reports; and while I was in the meeting with all parties, and all parties worked together and came up with a working plan, and as far as I could see everything went well, <u>you were, while we were</u>**

01/15/2006                                      F9C17 721

Page 1 o

Sewell, Audrey L - ESA

| | |
|---|---|
| From: | Jarl, Larry D - ESA |
| Sent: | Friday, June 10, 2005 7:32 PM |
| To: | Sanabria, Vicente - ESA |
| Cc: | Dunn, Charlene - ESA; Bassett, Kimberly L - ESA; Sewell, Audrey L - ESA |
| Subject: | GSA Rent Report Training |
| Importance: | High |

Vicente,

The GSA rent report training will go on as we scheduled -- Wednesday with you going through the May report preparation and updating of instructions while Kim and Audrey are there to see the process in action and ask questions as appropriate.

Charlene is in agreement with this plan and has advised her staff accordingly.

Thanks for your help in this process.

LARRY JARL
OMAP/DFM/BAFS
(202) 693-0360
Jarl.Larry@ddl.gov

F9d/16 0%2/