# EXHIBIT 14

**Sewell, Audrey L - ESA**

**From:** Sewell, Audrey L - ESA
**Sent:** Monday, June 13, 2005 2:59 PM
**To:** Dunn, Charlene - ESA
**Subject:** sick leave

Charlene:

I don't feel well.  I am leaving today at 3:00PM.  I will use 2 hours of sick leave.

I left the leave request is in your in-box.

Thanks!!

Audrey

000115 15-1

## Lauderdale, Eleanor - Union

**From:**    Lauderdale, Eleanor - Union

**Sent:**    Thursday, June 16, 2005 2:39 PM

**To:**    Dunn, Charlene - ESA

**Cc:**    Sewell, Audrey L - ESA; Sewell, Victor - WB

**Subject:** RE: Audrey Sewll's Privacy Rights

Dear Ms. Dunn,

I informed you that you need not present your defense to me. I will not be adjudicating the matter should Ms.
Sewell elect to pursue the Privacy Act violation. I don't need to know, nor want to know, your defense strategy.
STOP!!! If you don't stop sending me defensive e-mails, I will ask ITC to block your e-mails to me.

Be that as is may, I do need to know whether Ms. Sewell's recent submission of the medical certificate from Dr.
Patel satisfies *your criteria* for the approval of medical leave. If it does not, please tell me, as her representative,
what additional documentation you require.

*Eleanor J. Lauderdale*
*Head Steward, AFGE Local 12*
*202-219-6941*

**From:** Dunn, Charlene - ESA
**Sent:** Thursday, June 16, 2005 11:17 AM
**To:** Lauderdale, Eleanor - Union
**Cc:** Sewell, Audrey L - ESA; Sewell, Victor - WB
**Subject:** Audrey Sewll's Privacy Rights

Ms. Lauderdale,

I do not need to convince Ms. Sewell that her privacy has not been breached. Again, I reiterate that she breached
that privacy herself by providing a third party with information that was not sealed, or marked confidential, and
which contained the alleged medical condition on it. Should she wish to pursue this accusation any further, I will
be fully prepared to defend my action, both within the administrative process in this Agency, and outside of it, if
necessary.

Had you instructed her to fulfill her obligations for requesting leave sooner, these email messages would have
been unnecessary. Ms. Sewell has provided me with incomplete medical documentation; I have no idea what
ailment she actually has. Furthermore, I am requiring no more documentation from her than I would any other
employee who had an incomplete leave slip delivered to me. Luckily, my other employees understand their
responsibilities, and I do not have leave request procedure problems with them.

Had Ms. Sewell called me and asked for additional time to get the medical documentation, I would certainly have
taken that into account. I do not appreciate your attack upon me, by saying that I am mean-spirited. Your
personal attacks on my character will not resolve this issue any sooner. If Ms. Sewell had requested leave
properly, and responded to me as requested, she would not currently be on leave without pay. Again, I must
reiterate, I do not know that Ms. Sewell is sick, until I receive complete documentation from her doctor.

Finally, I have never "demanded" that Ms. Sewell complete work assignments while she is on sick leave. I asked
about the status of an assignment that was given on May 5. Requesting the status of work assignments is a
managerial duty, as I need to make provisions for someone else to complete her work while she is away, and
ensure that it is up-to-date for her to assume when she returns. That is certainly not "demanding that she
complete work assignments."

Once I receive a call from Ms. Sewell and the requested information, I will put her on formal sick leave status.

6/16/2005

000114    17-1

Thank you.

-----Original Message-----
**From:** Lauderdale, Eleanor - Union
**Sent:** Wednesday, June 15, 2005 11:22 PM
**To:** Dunn, Charlene - ESA
**Cc:** Sewell, Audrey L - ESA; Sewell, Victor - WB
**Subject:** RE: Audrey Sewell's Privacy Rights

Ms. Dunn,
It is well within your control to to stop the e-mail traffic. I will not retreat from my statement that you violated Ms. Sewell's privacy. It is up to her whether to pursue that violation, not me. You need to convince her that her privacy has not been breached. I decline to read anymore of your justifications on this point. Be that as it may, I will inform her to call you on Thursday, and hopefully, you will be able to tell her specifically and directly what you need in terms of medical documentation.

Inasmuch as Ms. Sewell has supplied you with some medical documentation, it would appear that she should be given the benefit of the doubt and allowed sick leave pending further verification of her illness. It appears to be totally mean-spirited of you to put someone on LWOP whom you know to be ill and not permit the person time to get additional medical documentation.

Finally, we would appreciate it if you would refrain from demanding that Ms. Sewell complete work assignments while she is on sick leave.

I will encourage Ms. Sewell to call you today.

Thank you for your attention to this matter.

*Eleanor J. Lauderdale*
*Head Steward, AFGE Local 12*
*202-219-6941*

---

**From:** Dunn, Charlene - ESA
**Sent:** Wednesday, June 15, 2005 6:46 PM
**To:** Lauderdale, Eleanor - Union
**Cc:** Sewell, Audrey L - ESA; Sewell, Victor - WB
**Subject:** RE: Audrey Sewell's Privacy Rights

Ms. Lauderdale,

I am well aware of what my responsibilities are as a supervisor. As I said before, Ms. Sewell breached her own privacy when she had Ms. Keller acting as the third party recipient of her leave information. I did not give Ms. Keller any details about Ms. Sewell's illness. Frankly, I do not know the details of Ms. Sewell's illness, nor has she given me such. I cannot divulge what I myself do not know. Nor do I know what she herself has divulged to Ms. Keller. As office management assistant, Ms. Keller would know that I had not approved the sick leave, because she has access to the WEBPARS information and the reports.

Again, I repeat that I do not have a problem with communicating with Ms. Sewell, but I will not initiate the call. That is her responsibility, and she has refused to do so. As you know, Article 6, Section 2c clearly says: "It is the responsibility of the employee to keep supervisors advised regarding a continuing absence on sick leave."

I do not intend to belabor this point, nor continue any unnecessary email traffic. Ms. Sewell did not properly request leave from me, and has not responded to my request for the additional documentation.

000115

6/16/2005

*17-2*

Thus, I have no other recourse but to continue to have her on leave without pay until I receive the information requested.

Should Ms. Sewell wish to speak with me, I will be happy to reiterate my request to her. Her cooperation would be appreciated. Thank you.

> -----Original Message-----
> **From:** Lauderdale, Eleanor - Union
> **Sent:** Wednesday, June 15, 2005 5:19 PM
> **To:** Dunn, Charlene - ESA
> **Cc:** Sewell, Audrey L - ESA; Sewell, Victor - WB
> **Subject:** RE: Audrey Sewll's Privacy Rights
>
> Ms. Dunn,
>
> As the supervisor you need to take the initiative to do the right thing. The right thing is to communicate directly with Ms. Sewell and not to characterize her personality. The fact that Ms. Keller gave you the medical certificate does not establish that she knows all of the details of Ms. Sewell's illness or that you were not approving her sick leave. An employee may give another employee a bit of personal information without divulging the complete picture. Therefore, you cannot expose more than Ms. Sewell was willing to detail to her co-worker. Regardless of what you deem Ms. Sewell's attitude to be, your position compels you to communicate with her.
>
> I do not want to belabor actions; they were inappropriate. Be that as it may, please communicate with Ms. Sewell and itemize for her the details of what you need for medical documentation. Thank you for your cooperation.
>
> *Eleanor J. Lauderdale*
> *Head Steward, AFGE Local 12*
> *202-219-6941*

> **From:** Dunn, Charlene - ESA
> **Sent:** Wednesday, June 15, 2005 4:40 PM
> **To:** Lauderdale, Eleanor - Union
> **Cc:** Sewell, Audrey L - ESA; Sewell, Victor - WB
> **Subject:** RE: Audrey Sewll's Privacy Rights
>
> Ms. Lauderdale,
>
> Ms. Sewell did not communicate with me directly regarding her leave request; the first time that I knew anything about it, was when Bettye Keller delivered Ms. Sewell's leave slip and doctor's certificate under my door. As you know, it is customary for employees to request leave of this time period in person. Ms. Sewell was in the office for at least an hour this morning discussing her condition with her fellow co-workers, but she did not come to see me about it.
>
> Ms. Sewell breached her own privacy when she left with Ms. Keller a disability certificate. I quote for you the email she sent to me at 11:32 this morning:
>
> "Charlene I am leaving for you, with Bettye, a Disability Certificate from my doctor, and a leave request." On top of the leave slip, was the doctor's note, which had her alleged condition on it. This was not in an envelope when she gave it to Ms. Keller to put under my door.
>
> Since Ms. Sewell chose this avenue to communicate with me, and did not bother to speak with me, I followed the same route of communication back to her. Due to Ms. Sewell's recent hostile behaviour, I assumed this was the mechanism which she wanted to use to communicate with me.

000110

17-3

Additionally, Ms. Sewell works from home two days per week, and has been quite rude on the occasion in which I have had to call her at home. She also does not have remote e-mail access, due according to er, to some problems with her building.

I asked Ms. Keller to have Ms. Sewell contact me, but again she chose not to do so. Instead she conveyed a message back to me via Ms. Keller.

Also, Ms. Keller is not simply another bargaining unit employee; she is the office management assistant for my branch, as well as the timekeeping/WebPars contact. Unusual requests for leave would be discussed with her, as this is one of the functions she performs for my office.

I have no problems in discussing issues with Ms. Sewell, and will welcome a live discussion with her regarding her request.

Thank you.

-----Original Message-----
**From:** Lauderdale, Eleanor - Union
**Sent:** Wednesday, June 15, 2005 3:26 PM
**To:** Dunn, Charlene - ESA
**Cc:** Sewell, Audrey L - ESA; Sewell, Victor - WB
**Subject:** Audrey Sewell's Privacy Rights

Dear Ms. Dunn,

It has come to my attention that you have been discussing with bargaining unit employees Audrey Sewell's medical condition and what you require of her, by way of medical documentation, to get approval for sick leave. This is highly irregular, not to mention illegal. Ms. Sewell's medical problems are personal matters, which she may have to divulge to you, but which you are foreclosed from discussing with other employees. Your action of asking another bargaining unit employee to communicate to Ms. Sewell what documentation you would like produced constitutes a Privacy Act violation. Ms. Sewell has a private right of action when her rights under the Privacy Act have been violated. I do not know whether she will pursue this right of action, but it behooves you to restrain from divulging Ms. Sewell's medical matters. I have absolutely no idea why you are communicating with Bettye Keller instead of communicating directly with Ms. Sewell. I would ask that you call Ms. Sewell and inform her of exactly what you need in terms of medical documentation.

Thank you,

*Eleanor J. Lauderdale*
*Head Steward, AFGE Local 12*
*202-219-69*1

Add Emotion Icons to your emails  | Click Here |

6/16/2005

000117

17-4

**Sewell, Audrey L - ESA**

| | |
|---|---|
| **From:** | Sewell, Audrey L - ESA |
| **Sent:** | Friday, March 11, 2005 3:08 PM |
| **To:** | Copening, Linda M - ESA |
| **Cc:** | Sewell, Audrey L - ESA |

**Subject:** FW: Meeting

Linda, I know this is short notice, but, could you attend this meeting that she has noted with me on Monday. I really find it strange that she would now say she wants to meet concerning standards just after the step II meeting about Pat, and she has not released her response. Other DFM staffs have received their standards over a month ago. Why mind now? I feel again it is a set up of some kind and also I am a little nervous around Anne Baird-Bridges. I know she will grab and possibly hurt an employee if they don't see things her way. I just don't want to be alone with her. Please let me know if you will attend!

Thanks!

Audrey

-----Original Message-----
**From:** Sewell, Audrey L - ESA
**Sent:** Friday, March 11, 2005 2:59 PM
**To:** Baird-Bridges, Anne - ESA
**Subject:** RE: Meeting

Sorry, I did not see this earlier. Since you had other commitments at 3:pm, and needed to reschedule, please let me know what time you want to meet on Monday ASAP. Under the current circumstances, I would like Union Representation to be present at this meeting.

Thank you,

Audrey

-----Original Message-----
**From:** Baird-Bridges, Anne - ESA
**Sent:** Thursday, March 10, 2005 12:16 PM
**To:** Sewell, Audrey L - ESA
**Subject:** Meeting

*Anne Baird-Bridges, Director*
*Office of Management Administration and Planning*
*202-693-0608*
*202-693-1451 fax*



Audrey,
I'd like to meet with you tomorrow afternoon at 3:00pm. I'm drafting your performance standards and need to talk

03/11/2005                                                                    000110

*1-3*

to you about your specific job duties in order to finish.
Anne

000110

/-4

**Sewell, Audrey L - ESA**

| | |
|---|---|
| **From:** | Baird-Bridges, Anne - ESA |
| **Sent:** | Wednesday, March 30, 2005 3:41 PM |
| **To:** | Sewell, Audrey L - ESA |
| **Cc:** | Vastano, Patricia J - ESA; Jarl, Larry D - ESA; Dunn, Charlene |
| **Subject:** | Distribution of Reports and Analysis |
| **Importance:** | High |

*Anne Baird-Bridges, Director*
*Office of Management Administration and Planning*
*202-693-0608*
*202-693-1451 fax*



Audrey,
When you complete your review of the Detailed Fund Report please give a copy to Charlene and Larry. George will return the February report to you with your comments so that you can distribute to Charlene and Larry.  I also want to have a written analysis to accompany each report in the future.  George will work with you on a format for summarizing your findings.  If you have questions please let me know.
Thanks!
Anne

000120

2-1



**U.S. Department of Labor**          Employment Standards Administration
Washington, D.C. 20210

Reply to the Attention of:



MAR 1 6 2005

MEMORANDUM FOR:          LINDA A. COPENING
Local 12 - ESA/AVP

FROM:                    *Anne Baird-Bridges*
ANNE BAIRD-BRIDGES
Director
Office of Management, Administration
and Planning

SUBJECT:                 Step 2 Decision – Audrey Sewell

This is the Agency's response to the Step 2 grievance you presented to me dated
December 17, 2004, on behalf of Audrey Sewell, hereinafter referred to as the "grievant",
regarding the "Letter of Reprimand" dated and issued to the grievant by Ms. Patricia
Vastano, Deputy Director, OMAP, on December 17, 2004. The Step 1 grievance stated
that the "grievant received a letter of reprimand on 12/17, dated 12/17". The Agency's
grievance file reflects that the parties mutually agreed to waive Step 1. The union's
remedy sought in this Step 2 matter is the "immediate rescission of reprimand and change
in chain of command to eliminate contact with Ms. Vastano".

On March 9, 2005, I met with you and the grievant to discuss the issue(s) involved in the
Step 2 grievance regarding the "Letter of Reprimand" issued to the grievant by Ms.
Vastano. Ms. Vastano and Helen J. White, Agency Labor Relations Specialist, were also
present.

This grievance involves the conduct of the grievant in her communications with Ms.
Vastano which was cited in the letter of reprimand and illustrated by the e-mail
correspondence attached to that letter. It does not relate to the final work product. The
"additional information" that was provided as part of the written Step 2 grievance stated
that, "the letter of reprimand is blatantly discriminatory and a part of a pattern of
harassment toward grievant."

During the Step 2 meeting you and the grievant presented arguments to demonstrate why
you thought the letter of reprimand was unfair and should be rescinded. In summary you
argued that because the grievant has been an exemplary career employee with the
Department of Labor without any problems with the performance of her work
assignments and the misunderstanding about the assignments, the letter of reprimand is
not warranted.

*Working for America's Workforce*          000120  2-1

I have considered your arguments. It is my determination that you and the grievant failed to demonstrate discrimination or harassment. Further, the e-mail messages initiated by the grievant, which were an attachment to the letter of reprimand, and which the grievant freely acknowledged she wrote and sent, clearly demonstrate unprofessional and unacceptable behavior particularly when communicating with a supervisor in the chain of command. While I acknowledge that there may have been confusion over the assignment, that did not give the grievant the right to engage in unprofessional conduct and behavior when conducting agency business. Such conduct will not be condoned in OMAP by any employee, regardless of the circumstances. All employees are expected to behave in a respectful manner toward their supervisors, co-workers and any other stake-holder with whom we come in contact during the workday.

I have concluded that the letter of reprimand issued to the grievant is justified and supportable. While I believe this misconduct to be serious, because this is the first time that a formal action has been taken, I am mitigating the period of the reprimand to two calendar years. With respect to the requested remedy to change the chain of command so that the grievant would not have contact with Ms. Vastano, I see no need to change the OMAP organizational structure to eliminate the grievant from having contact with the existing chain of command.

Accordingly, your grievance is denied. If you disagree with this decision, the union may, within 25 workdays, invoke arbitration by giving notice of such intent to OELMR as provided in Article 44 of the collective bargaining agreement, effective March 15, 1992.

**Sewell, Audrey L - ESA**

| | |
|---|---|
| **From:** | Bastani, Alexander - Local 12 [Bastani.Alexander@dol.gov] |
| **Sent:** | Thursday, April 07, 2005 9:56 AM |
| **To:** | Copening, Linda |
| **Cc:** | Sewell, Audrey L - ESA |
| **Subject:** | RE: Request for Invocation of Arbitration - in the case of Audrey Sewell |

Whenever is convenient for you. Just leave with Sandy. She is taking up the invocation letter now.

---

**From:** Copening, Linda
**Sent:** Thursday, April 07, 2005 9:49 AM
**To:** Bastani, Alexander - Local 12
**Cc:** Sewell, Audrey L - ESA
**Subject:** RE: Request for Invocation of Arbitration - in the case of Audrey Sewell

Thank you Alex!

I have a fairly voluminous case file. Let me know when you want me to bring it down to you!
L

-----Original Message-----
**From:** Bastani, Alexander - Local 12 [mailto:Bastani.Alexander@dol.gov]
**Sent:** Wednesday, April 06, 2005 3:32 PM
**To:** Copening, Linda
**Cc:** Sewell, Audrey L - ESA; Bastani, Alexander - Local 12
**Subject:** RE: Request for Invocation of Arbitration - in the case of Audrey Sewell

Ok, we will invoke this case.

Alex

---

**From:** Copening, Linda
**Sent:** Wednesday, April 06, 2005 3:15 PM
**To:** Bastani, Alexander - Local 12
**Cc:** Sewell, Audrey L - ESA
**Subject:** Request for Invocation of Arbitration - in the case of Audrey Sewell
**Importance:** High

*"If you can't see the light at the end of the tunnel - walk down & turn it on yourself"*



Hi Alex:

I am sending this request via e-mail because the printer I am currently hooked to is down!

Please accept the following information regarding the case:

4-1

**Name of Grievant:**  Audrey Sewell

**Step I grievance filed:** No step I was filed.  By mutual agreement with the agency Step I was waived and we went automatically to Step II.

**Step II filed:** December 17, 2004

**Step II Decision received:** March 16, 2005
(should be invoked by 4-15 to preserve rights!)

**Basic facts of grievance.** The grievant, Ms. Sewell was given a written "Letter of Reprimand" dated December 17, 2004 by her acting immediate supervisor, Ms. Pat Vastano.

Said reprimand was arbitrary and capricious and merely the evidence of a very hostile and overtly discriminatory work relationship with Ms. Sewell.  Ms. Sewell complained time and again about her treatment by Ms. Vastano.  In the past, her immediate supervisor(s) acted as a buffer between her and Ms. Vastano, but in the absence of a supervisor after the last one left the program.  Ms. Vastano went after Ms. Sewell with a vengeance.  These facts can be corroborated by her previous supervisors and peers.

Audrey is a long tenured federal employee with a spotless record.  Her performance appraisal's have been excellent, so therefore, her record speaks for itself.

**Articles violated:** Art. 3, Section 1, Art. 45, Sect. 2, and Article 20 (race and age discrimination).  Please note, this grievance was filed under the previous contract and the articles listed refer to that contract, not the present one.

**Remedy sought:** Immediate rescission of reprimand, a change in the chain of command to eliminate direct contact with Ms. Vastano.

There are no institutional issues raised by this grievance.

Alex, under separate cover, I will hand carry the case file to the union office upon request.  Sorry for sending this as an e-mail, but I am sitting here patiently waiting on the repair person now for my printer!

If you have questions, please advise.

Linda Copening
Agency Vice President
 For ESA

05/02/2005

4-2

## Sewell, Audrey L - ESA

| | |
|---|---|
| **From:** | System Administrator |
| **To:** | Baird-Bridges, Anne - ESA |
| **Sent:** | Wednesday, May 04, 2005 3:24 PM |
| **Subject:** | Delivered: Your Memo of April 28, 2005 |

Your message

| | |
|---|---|
| To: | Baird-Bridges, Anne - ESA |
| Cc: | Copening, Linda M - ESA |
| Subject: | Your Memo of April 28, 2005 |
| Sent: | 05/04/2005 3:24 PM |

was delivered to the following recipient(s):

Baird-Bridges, Anne - ESA on 05/04/2005 3:24 PM

000126

6-1

## Sewell, Audrey L - ESA

| | |
|---|---|
| **From:** | Sewell, Audrey L - ESA |
| **Sent:** | Wednesday, May 04, 2005 3:24 PM |
| **To:** | Baird-Bridges, Anne - ESA |
| **Cc:** | Copening, Linda M - ESA |
| **Subject:** | Your Memo of April 28, 2005 |

**Tracking:** **Recipient**            **Delivery**

Baird-Bridges, Anne - ESA  Delivered: 05/04/2005 3:24 PM

Copening, Linda M - ESA  Delivered: 05/04/2005 3:24 PM

Anne:

I had one of your immediate staff member hand deliver my response dated April 30, in response to your April 28, 2005, memo with questions. I am sorry that we had to postpone the meeting due to the unavailability of the Agency's Vice President (union), Linda Copening who is out sick. I felt that you gave me your questions in writing and that you deserved a response in writing. My response should answer the questions posed by you, but, we can still meet when Linda is available if you wish.

Audrey

000127

6-2

April 30, 2005

MEMORANDUM FOR:  ANNE-BAIRD BRIDGES
Director, OMAP/Acting Director for DFM

FROM:          AUDREY L. SEWELL

SUBJECT:       Your Memorandum dated April 28, 2004 (2005)
-   Concerning my April 21, 2005, Memorandum
    Transmitting "Commitment Accounting Study"

I have been uneasy around you since August 27, 2004, when you physically assaulted a
DFM co-worker. I heard you yelling at a co-worker concerning budget work, and the co-
worker screaming for you "to take your hands off of her", and "let go of her arm". After
about the third scream of her asking you to let go of her arm, I became so frighten and
upset, that I got up from my desk and left the office (I have a signed statement from the
co-worker).

I found the whole episode devastating. I have never in my 33 years of Government
service ever experienced such an act in the workplace by a manager or any staff member.
Given this experience, and feeling the way that I am, there was no way I was going to
place myself in danger by pressing you about an answer to my November 29, 2004, note,
all I needed was a "yes" or "no". Since I did not receive a response, I just assumed you
did not like the preliminary report, and I was not going to say anything to you to cause
you to get upset and endanger myself. I am sorry, but I have health problems and cannot
afford to have anyone yank or pull on any parts of my body. I would feel better if I am
never isolated alone in a room with you.

Also, after your April 8, 2005, verbal attack on me, and while you were standing over
me, when I was in a siting position, and pointing and shaking you finger in my face less
than two inches from my right eye, confirmed to me that my fears are well founded (there
was an eye witness to the finger pointing in my face).

When you, together with your Deputy, (it took the two of you) gave me the assignment
on November 10, 2004, to conduct a study, on **How Commitment Accounting could be
used as a Management Tool within ESA to curtail the over-obligation of Funds;** at
that time, you stated that your GS 15 Accounting Officer, CPA, who is the supervisor of
the Accounting Branch, and the five Accountants that uses Dollar$ daily, knew nothing
about Commitment Accounting, in fact, you said that no one within ESA knew anything
about Commitment Accounting. Given this statement, I wondered why was I expected to
be an expert on the subject? I feel that I did I good job conducting the study given the
circumstances.

Your Deputy's contribution during that meeting was to ask me **"don't you remember
learning about Commitment Accounting in the training class"?**. If you recall, I did
not answer that question. What she was referring to was the three-day refresher
accounting training class that all Division staffs (including the GS 15) and all five of the
accountants participated in! It seems I was expected to have learned more than that any
of my younger fellow co-workers, specifically the accountants.

000128

6-3

**U.S. Department of Labor**     Employment Standards Administration
Washington, D.C. 20210



April 28, 2004

MEMORNDUM FOR: Audrey Sewell

FROM:                *Anne Baird-Bridges*
                     Anne Baird-Bridges

SUBJECT:             Commitment Accounting

This responds to your April 21, 2005 memorandum. First, I must say that I was surprised to read that
"...I was afraid to approach you with the document" and that you "felt uneasy in submitting the study to
you earlier." I'd like to meet with you to understand your basis for making those comments. I'll have
Vivian Ruffin contact you to schedule an appointment.

Before I gave you the assignment I had already consulted with the Accounting Branch Chief and
Accountants. They told me that they were unaware of the commitment accounting process in DOLAR$.
I have many commitments and issues that I must respond to on a daily basis so I did not answer your
November 29th memo. I expect staff with pressing issues that need my attention to follow-up, make
appointments, etc. to get a response to successfully complete work assignments for which they are
accountable.

The change in RCC Codes and implementation of new Allotment and Allocations resolved the problem
that I was concerned about – ESA's ability to monitor and control expenditures to remain solvent.

April 21, 2005


MEMORANDUM FOR: ANNE BAIRD-BRIDGES, Director
                             Office of Management, Administration
                             and Planning

FROM:                AUDREY L. SEWELL

SUBECT:           Assignment - Commitment Accounting

November 10, 2004, you assigned me a project; subject as above. While the study was finalized in February 2005, due to the working climate within the Division, I was afraid to approach you with the document. I am sorry that I felt uneasy in submitting the study to you earlier.

Since I was reassigned effective May 1, 2005, under the supervision of the Chief, Branch of Budget Formulation and Implementation, on April 18, 2005, by you, I feel that regardless of the working conditions, an assignment is an assignment, and inasmuch as I had completed the assignment to the best of my ability, I wanted to submit it.

At the time the assignment was given, I mentioned that I could get started by meeting with the Supervisor, Branch of Accounting and Financial Systems (BAFS), and the BAFS Accountants. You stated that would not do any good because, no one within ESA knew anything about "Commitment Accounting", including the Supervisor, BAFS, as well as all of the accountants, although, they had taken the same refresher three day accounting training that I had. We all were in the same class.

I met with the BAFS Accountants only to ascertain who would be impacted if Commitment Accounting were implemented within ESA, specifically, who was responsible for inputting obligations. At the time of the assignment, you mentioned that ETA was the only agency within DOL that uses Commitment Accounting; therefore, I met with the BAFS Accounting Supervisor only to try to solicit his help in setting up a meeting with the Financial Manager in ETA whom he said he knew.

After numerous requests, I was unable to get Larry to set up a meeting with Donald Strothers. After months of waiting for Larry to find the time, I made contact with Donald, but, I don't think Donald is in the training business. He was not interested. Since there was no one, according to you, for me to meet with on the subject within ESA, and I could not find a manual on the subject, and you did not reply to my November 29, 2004, note to you concerning setting up a meeting with Joe Fox, the Department's representative (copy attached), with all parties, then this was a project domed from the start.

Without any communications or support from you, the study was limited. Nevertheless, I hope what I have done is at least informative.

Attachments - (10 Pages)

000130

6-5



# PERFORMANCE MANAGEMENT PLAN
## FOR NON-MANAGERS AND NON-SUPERVISORS

### General Information

Name: _____ Audrey Sewell _____

Organization: **ESA/OMAP/DFM**

Appraisal Period: 05/02/2005    To    09/30/2005

### Establishment of the Performance Management Plan

We have discussed this plan; written comments have ☑ have not ☐ been attached.

Employee: _Audrey B. Sewell_    Date: 5/9/05

Rating Official: _Charlene Dunn_    Date: 5/2/05

Reviewing Official: _Anne Band-Bridge_    Date: 5/2/05

### Mid-Term Progress Review Certification

The mid-term progress review has been conducted.

Employee: _Audrey B. Sewell_    Date: 5/4/05

Rating Official: _____    Date: _____

### Performance Appraisal and Rating

| | | |
|---|---|---|
| ☐ | **Exemplary** | Exceed standards for all elements |
| ☐ | **Highly Effective** | Exceed standards for 50% or more elements but not all; meet standards for all other elements |
| ☐ | **Effective** | Meet standards for all elements and may exceed standards for less than 50% of elements |
| ☐ | **Minimally Satisfactory** | Need to improve performance for one or more elements |
| ☐ | **Unsatisfactory** | Fail to meet standards on one or more elements |

We have discussed this appraisal; written comments have ☐ have not ☐ been attached.

Employee: _____    Date: _____

Rating Official: _____    Date: _____

Reviewing Official: _____    Date: _____

**Comments**

May 4, 2005

NOTE TO CHARLENE DUNN
    Supervisor as of May 1, 2005

FROM:   AUDREY L.SEWELL

RE:    Comments concerning 2004 - 2005 Standards for the Appraisal
        Period May 2, 2005, to September 30, 2005, **received May 4, 2005,**

Charlene, I note in the Standards that the only duty that was spelled out was
Space Rent, which is a newly assigned responsibility as of May 4, 2005.

As I told you today in the meeting, I have never worked with the Space Rent
function as it is presently handled by the GS 13 Budget Analyst.  I don't feel that
it is fair to include in one's standards an element in which the employee have not
been train or ever performed.  I presented you with a list of my current duties
today; non of which is listed in the standards that Anne Baird-Bridges prepared.

As you know, we are in the 8th month of the 2004 - 2005 rating period and most
DOL employees have been presented Standards by January 2005.  Therefore,
due to the time that the standards is being presented, and as far as I am
concern, mine contain new duties, I hope that you will take that in consideration
when rating me.

Per you request, I will get with the GS 13 Budget Analyst, who as you know, is in
the mist of receiving training himself for his newly assigned Accountant position
and request that he train me when he gets time in the Space Rent function.

7-7

**Performance Summary**

For each element, use an "X" to indicate the appropriate rating.
Element ratings:  E = Exceed, M = Meet, NI = Need to Improve, F = Fail

| ELEMENT | | ELEMENT RATING | | | |
|---|---|---|---|---|---|
| | | E | M | NI | F |
| Result 1 | Analysis | | | | |
| Result 2 | Communications | | | | |
| Result 3 | Technical Competence | | | | |
| Result 4 | Research, review and analyze reports | | | | |
| Result 5 | Prepares financial  reports | | | | |

**PURPOSE OF APPRAISAL:** _____ **Interim Rating**    _____ **Rating of Record**

**CONSIDERATION GIVEN TO OTHER RATINGS IN RATING OF RECORD:**
Any written performance information (including interim ratings and performance information on details or temporary reassignments/promotions) since the last annual rating of record will be taken into account in this rating of record.   If these interim performance ratings or information impact the overall rating of record, explain fully in this space.

**Other Significant Accomplishments**

Comments:

000130

DL 1-384
7/2003

7-8

| Elements |  |
|---|---|

**1:  Analysis** – Information gathering, assessment, problem solving, and the development of customer-focused recommendations.

Performance meets the standard for this element when with few exceptions the incumbent performs the following:

- Analysis reflects detailed knowledge of the mission, functions, policies, and procedures of the organization and an understanding of the relationships among units at different levels in the organization.
- Identifies and evaluates alternatives, and makes sound and timely decisions, even in uncertain, complex, or sensitive situations and problems.
- Decisions involve complex issues, contribute to the mission, functions, policies, or procedures of the organization and impact the work and outcomes of an organization.
- Anticipates problems, and identifies and evaluates potential sources of information and generates alternatives to solve problems where precedents do not exist.
- Interprets or analyzes highly complex information to discern patterns, trends, and relationships and to draw conclusions by applying rules that involve many steps.
- The level of supervision required is appropriate to the grade level.

METHOD OF MEASUREMENT:

- Supervisor's review of written material such as tables, graphs, spreadsheets, reports, etc.
- Direct supervisory observation.
- Data accurately and adequately addresses the ESA's financial performance.
- Report and data provide recommendations for improvement.
- Feedback from affected parties within and outside ESA.

NARRATIVE:

RATING
☐ Exceeds described level of performance (narrative required)
☐ Meets described level of performance (no narrative required)
☐ Needs to improve in order to meet the level of performance in the standard (narrative required)
☐ Fails to meet described level of performance (narrative required)

**Elements**

**2: Communications** – Effective interaction with parties within OMAP, with program staff, and with external parties, including both oral and written communication.

Performance meets the standard for this element when with few exceptions the incumbent performs the following:

- Communicates, explains, or defends complex ideas or information to individuals or groups clearly and adapts to the audience's level of knowledge and need for information.
- Communications are well organized and reflect a detailed knowledge of the mission, functions, policies, and procedures of the organization and an understanding of the relationships among units at different levels in the organization.
- Actively listens to others and clarifies communications, attends to nonverbal cues, and responds appropriately.
- Composes documents or correspondence involving routine technical information, and adapts writing to the audience's level of knowledge and need for information.
- Establishes and maintains ongoing working relationships with management, other employees, internal or external stakeholders, and customers.
- Remains courteous when discussing information or eliciting highly sensitive or controversial information from people who are reluctant to give it.
- Effectively handles situations involving a high degree of tension or discomfort involving people who are demonstrating a high degree of hostility or distress.

METHOD OF MEASUREMENT:

- Supervisor's observations.
- Supervisor's review of written materials
- Feedback from parties with ESA, including OMAP and program staff, and with external parties

NARRATIVE:

RATING
☐ Exceeds described level of performance (narrative required)
☐ Meets described level of performance (no narrative required)
☐ Needs to improve in order to meet the level of performance in the standard (narrative required)
☐ Fails to meet described level of performance (narrative required)

**Elements**

**3: Technical Competence** – Utilizing knowledge and skills to achieve quality customer service as well as actively seeking to improve knowledge and skills to increase the level of service provided.

Performance meets the standard for this element when with few exceptions the incumbent performs the following:

- Job performance reflects knowledge that is acquired through formal training or extensive on the job experience.
- Works with, understands, and evaluates technical information related to the job; and advises others on technical issues.
- Shares information with customers and co-workers to facilitate meeting the needs of customers.
- Serves on and contributes to the mission of ad hoc or special purpose teams.
- Demonstrates a willingness to learn new tasks, learn new areas of knowledge, or take on additional responsibilities.
- Independently plans and executes tasks necessary to complete assignments.
- The time dedicated to an assignment is appropriate and properly managed and the final product is reflective of the effort expended.

METHOD OF MEASUREMENT:

- Supervisor's observations
- Supervisor's review of written materials such as reports, graphs, charts, spreadsheets
- Data accurately and adequately addresses the ESA's financial performance.

NARRATIVE:

RATING
- [ ] Exceeds described level of performance (narrative required)
- [ ] Meets described level of performance (no narrative required)
- [ ] Needs to improve in order to meet the level of performance in the standard (narrative required)
- [ ] Fails to meet described level of performance (narrative required)

**Elements**

**4: Research, review and analyze financial reports.**

Performance meets the standard for this element when with few exceptions the incumbent performs the following:

- Analyzes simple account or transactions accurately.
- Identifies errors and over estimates
- Resolves routine problems
- Refers more complex issues to Accountants and Budget Analysts
- Prepares reports and provides to Accountants and Budget Analysts
- Analyzes GSA Rent bills

METHOD OF MEASUREMENT:

- Supervisor's observations
- Supervisor's review of written materials such as reports, spreadsheets
- Reduction in the volume of errors
- Accuracy of GSA rent bills

NARRATIVE:

RATING:
- [ ] Exceeds described level of performance (narrative required)
- [ ] Meets described level of performance (no narrative required)
- [ ] Needs to improve in order to meet the level of performance in the standard (narrative required)
- [ ] Fails to meet described level of performance (narrative required)

| Elements |  |
|---|---|

**5: Prepares financial reports and performs financial related administrative work for DFM**

Performance meets the standard for this element when with few exceptions the incumbent performs the following:

- Reports accurately reflect financial status, and are used by ESA management in making financial decisions for the Agency
- Reports are prepared in a timely manner
- Collects and analyzes data and prepares special reports as assigned
- Researches financial issues and concerns

METHOD OF MEASUREMENT:

- Supervisor's observations
- Supervisor's review of reports, spreadsheets and supporting documentation
- Feedback from customers
- Accuracy of data
- Timeliness of completion

NARRATIVE:

RATING:
☐ Exceeds described level of performance (narrative required)
☐ Meets described level of performance (no narrative required)
☐ Needs to improve in order to meet the level of performance in the standard (narrative required)
☐ Fails to meet described level of performance (narrative required)

**Sewell, Audrey L - ESA**

| | |
|---|---|
| **From:** | Sewell, Audrey L - ESA |
| **Sent:** | Monday, May 23, 2005 9:27 AM |
| **To:** | Dunn, Charlene |
| **Subject:** | Update |

**Tracking: Recipient    Delivery**

Dunn, Charlene Delivered: 05/23/2005 9:27 AM

May 23, 2005

Charlene:

I have left under your door an original Medical update to support the Reasonable Accommodations agreement that I have with the Agency which was the basis for its approval. As you stated in the May 4, 2005, meeting, the original medical request from my doctor that was the basic for the approval of flexiplace for two days a week was almost six years old. As I am sure you realize rheumatoid arthritics is a condition that does not regress it progresses.

The reason I had my doctor issue this medical update was because you stated on May 18, with the upcoming FY 07 budget preparation, I may be required to work 12 to 13 hour days. As you know, as indicated in my medical documentation, I am physically unable to work those hours,

You also knew, before Anne Baird-Bridges reassigned my position to the Branch of Budget Formulation and Implementation, with a memorandum dated April 18, 2005, and the effective date of May 1, that I had never worked in the Budget Formulation or Implementation area. My duties, as you know, relate more than 90% accounting and my duties supports the accounting area. I find it strange that Ms. Baird-Bridges transferred the position to Budget instead of Accounting.

Nevertheless, as I informed you on May 18, I will do the best that I can.

Audrey

INTERNAL MEDICINE
NEUROLOGY
PULMONARY DISEASE

TELEPHONE: (202) 296-4897
FAX: (202) 483-5267

LESLIE H. FENTON, M.D., P.C.
ASHESH D. PATEL, M.D.

1901 R STREET, N.W.
WASHINGTON, D.C. 20009

May 19, 2005

U.S. Department Of Labor
To Whom It May Concern:

Re: Audrey Sewell

Dear Sir or Madame:

The above named patient has been under my professional care for many years. She suffers from severe osteoarthritis multiple joints. I have recommended that she continue in the Flexplace Program so that she may work at home several days per week.
Please feel free to contact me at my office if you have any questions.

Sincerely,

Leslie H. Fenton, M.D., P.C.
LHF/vs

000140

8-2

**STANDARD**

U.S. DEPARTMENT OF LABOR
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES – LOCAL 12
INDIVIDUAL FLEXIPLACE WORK AGREEMENT


The following constitutes a work agreement between:


**NAME:** Audrey L. Sewell    **AGENCY:** Employment Standards Administration

**ALTERNATE WORKSITE ADDRESS:** 1301 7th Street, N.W., #315

**CITY/STATE:** Washington, D.C.   20001

**BUSINESS
TELEPHONE:** 202-667-3138 – Unlisted

**E-MAIL** N/A                           **FAX NO.**    N/A

**SUPERVISOR:** Gary Thayer

on the terms and conditions of the individual's participation in the attached Flexible Workplace Program.


The employee volunteers to participate in Flexiplace and agrees to adhere to the terms and conditions of the Flexible Workplace Program and this agreement. The Agency concurs with this employee's participation and agrees to adhere to the terms and conditions of the Flexible Workplace Program.


The employee's Flexiplace arrangement will begin oXX   Immediately .


The employee  X  chooses ___ chooses not to participate in the office's flexitime plan.

If the employee chooses not to participate in flexitime, the employee and supervisor agree that the employee's official tour of duty will be from _____ to _____.

If the employee chooses to participate in the office's flexitime plan, the employee will communicate his/her daily start and stop times by means of  fixed schedule 7:AM 3:30PM, any change from schedule will be made by telephone. Everything in this section is subject to office coverage needs as outlined in Section 4 of Article 10 and Article 4 of the DOL - Local 12 Collective Bargaining Agreement.


The employee will report to the office on the following day(s)  Mon., Wed., and Fridays
Nothing precludes the employee and supervisor from informally agreeing that the employee

10

000141

8-3 ℰ9.

will report to the office on a different day on an ad hoc/as needed basis.

The rules and policies governing the employee's time, attendance, and the requesting of overtime and leave are unchanged by participation in the Flexiplace program. Employees must obtain supervisory approval before taking leave in accordance with prescribed office procedures and applicable law, rule, or regulation. All overtime must be approved in advance by Management. If the employee works overtime that has been directed and/or approved in advance, the employee will be compensated in accordance with applicable law, rule, or regulation.

If the employee uses government equipment, the employee will use and protect the government equipment in accordance with the procedures established in the Federal Information Resources Management Regulation (FIRMR). Government-owned equipment will be serviced and maintained by the Government. If the employee provides his/her own equipment, the employee is responsible for servicing and maintaining it.

Provided the employee is given at least 24 hours advance notice, and Management has reasonable cause to believe that hazardous working conditions exist, an inspection by the Government of the employee's home work site may be conducted during the employee's normal working hours to ensure proper maintenance of Government-owned property and work site conformance with health and safety standards.

Employees must make a reasonable attempt to ensure a safe and healthy work environment.

The Government will not be liable for damages to an employee's personal or real property during the course of performance of official duties or while using government equipment in the employee's residence, except to the extent the Government is held liable by Federal Tort Claims Act claims or claims arising under the Military Personnel and Civilian Employees Claim Act.

The Government will not be responsible for operating costs, home maintenance, or any other incidental cost whatsoever (e.g., utilities) associated with the use of the employee's residence. By participating in this program, the employee does not relinquish any entitlement to reimbursement for authorized expenses incurred while conducting business for the Government, as provided for by statute and implementing regulations.

Injuries that arise in the performance of duty at the alternate worksite are subject to the Federal Employees' Compensation Act.

The employee will apply approved safeguards to protect Government/Agency records from unauthorized disclosure or damage and will comply with Privacy Act requirements set forth in the Privacy Act of 1974, Public Law 93-579, codified at Section 552a, title 5 U.S.C. and specific Agency(ies) confidentiality requirements. The supervisor and employee will discuss these safeguards.

11

000142

8-4

The employee has been provided a copy of the Flexiplace Article.

_Gary D. Thayer_        5/26/99
Supervisor              Date

_Audrey L. Sewell_      3/19/99
Employee              Date

12

000140





LESLIE H. FENTON, M.D., P.C.

Telephone: 296-4897

1901 R Street, N.W.                                                Washington, DC 20009

Name _____    Date _____

Address _____

℞

☐ Dispense As Written

☐ Voluntary Formulary Permitted

Label as to Contents

Refill - 0 - 1 - 2 - 3 - 4 - PRN

_____ M.D.

000142

8-6



LESLIE H. FENTON, M.D., P.C.
1901 R Street, N.W. — Washington, DC 20009 — Telephone: (202) 296-4897

TO U.S. Dept of Labor
To Whom It May Concern

DATE 4/10/99
SUBJECT disability New Offe

The above named patient is under my professional care. This suffers from severe osteoarthritis multiple joints. I have accepted that this affect my to the disability program so that this means went at home is few days this week.

Sincerely,

Leslie H. Fenton, M.D., P.C.

000145

8-7

## Sewell, Audrey L - ESA

| | |
|---|---|
| **From:** | Dunn, Charlene |
| **Sent:** | Thursday, June 02, 2005 3:31 PM |
| **To:** | Smithwick, Ezora - ESA; Pearson, Janie R - ESA; Rayburn, Cecily A - ESA; Bedont Jr, Mark O - ESA; Mcneil, Vinicia A - ESA; Boucher, Denise M - ESA; Joy, Sheila; Flynn, Nancy M - ESA; Devore, Robert R - ESA; Cline-Buso, Mary - ESA |
| **Cc:** | Countiss, Margaret C - ESA; Bassett, Kimberly L - ESA; Bowens, Barbara A - ESA; Jennings, Todd L - ESA; Sewell, Audrey L - ESA; Keller, Bettye A - ESA; Stone, Elaine B - ESA |

**Subject:** Work this Weekend

Since OMAP has not yet received any submissions from the programs, there will be no need to have anyone on call this weekend

A reminder: please have your submissions in by noon Monday; any delay reduces the amount of time which Mark has to review the budget.

However, we will need contacts for next weekend, beginning with Friday night. Thank you.

9-1

Sewell, Audrey L - ESA

**From:**      Dunn, Charlene

**Sent:**       Friday, May 13, 2005 5:54 PM

**To:**         Bassett, Kimberly L - ESA; Countiss, Margaret C - ESA; Bowens, Barbara A - ESA; Jennings, Todd L - ESA; Sewell,
                Audrey L - ESA; Keller, Bettye A - ESA; Stone, Elaine B - ESA

**Cc:**         Baird-Bridges, Anne - ESA; Vestano, Patricia J - ESA

**Subject:** Expectations During the Upcoming Budget Cycle

As you know, the budget cycle is about to gear up again with the 2007 submission. I just want to take this opportunity to clarify my
expectations during the critical months of the cycle. Last year there was an unequal distribution of work associated with the
budget. This year, I do not want one or two people to carry the bulk of the work. Therefore, you should all prepare to work on the
submission. I expect that everyone will put in their fair share of late hours and weekends as needed. The budget is a team effort,
not an individual one.

Should you need further clarification, please do not hesitate to see me. Thank you.

FY 2007 DOL Performance Budget Submission Checklist

| Exhibit | Title | Responsible For | Received from Program | BBFI DRAFT | To | Returned for Edits | Edits Received | To | To A/S | To DBC | Returned By DBC |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Cover Page | Audrey |  |  |  |  |  |  |  |  |  |
| I | Table of Contents | Margaret |  |  |  |  |  |  |  |  |  |
| II | General Statement | All Analyst/ Charlene |  |  |  |  |  |  |  |  |  |
| III | Amounts Available for Obligations - OPTIONAL |  |  |  |  |  |  |  |  |  |  |
| IV | Summary of Change by Appropriation | Todd |  |  |  |  |  |  |  |  |  |
| V | Summary of Budget Authority and FTE by Account | Todd |  |  |  |  |  |  |  |  |  |
| VI | Budget Activity Section |  |  |  |  |  |  |  |  |  |  |
| VII | WH/OFCCP | Elaine |  |  |  |  |  |  |  |  |  |
|  | OWCP - FEC/LS | Kim |  |  |  |  |  |  |  |  |  |
|  | OWCP - SPECIAL BENEFITS/EEOIC | Todd |  |  |  |  |  |  |  |  |  |
|  | OWCP - BLS/SA | Margaret |  |  |  |  |  |  |  |  |  |
|  | PDS/OLMS | Barbara |  |  |  |  |  |  |  |  |  |
|  | Performance Budget Issue Paper | All Analyst |  |  |  |  |  |  |  |  |  |
| VIII | Summary of Performance and Resource Levels | Elaine |  |  |  |  |  |  |  |  |  |
| IX | Marginal Dividend Summary | Todd |  |  |  |  |  |  |  |  |  |
| X | Performance Budget Issue Paper | All Analyst |  |  |  |  |  |  |  |  |  |
|  | APPENDICES. |  |  |  |  |  |  |  |  |  |  |
| XI | Appendix Table of Contents | Margaret |  |  |  |  |  |  |  |  |  |
| XII | Appendix I - Budget Authority by Object Class | Audrey |  |  |  |  |  |  |  |  |  |
| XIII | Appendix II - Budget Authority by Strategic Goal | Barbara |  |  |  |  |  |  |  |  |  |
| XIV | Appendix III - Summary of Performance and Resource Levels | Elaine |  |  |  |  |  |  |  |  |  |
| XV | Appendix IV - Detailed Performance Table | Bruce |  |  |  |  |  |  |  |  |  |
| XVI | Appendix V - Programs Assessment Rating Tool Assessment Summary | Bruce |  |  |  |  |  |  |  |  |  |
| XVII | Appendix VI - Efficiency Measures | Bruce |  |  |  |  |  |  |  |  |  |

Notes:

Kim will prepare the numbers

Margaret will be responsible for the narrative & pagination

Appendix I - Budget Authority by Object Class - Exhibit XII

## BUDGET AUTHORITY by OBJECT CLASS
(Dollars in Thousands)

| | FY 2005 Enacted | FY 2006 Request | OMB Allowance | Current Services | FY 2007 | Revised Curr. Svcs. | Change 07 Rev. CS/06 Req |
|---|---|---|---|---|---|---|---|
| Total Number of Full Time Permanent Positions | | | | | | | |
| Full-Time Equivalent | | | | | | | |
| Full-Time Permanent | | | | | | | 0 |
| Other | | | | | | | 0 |
| Reimbursable | | | | | | | 0 |
| Total | 0 | 0 | 0 | 0 | | 0 | 0 |
| Average ES Salary | | | | | | | 0 |
| Average GM/GS Grade | | | | | | | 0 |
| Average GM/GS Salary | | | | | | | 0 |
| Average Salary of Ungraded Positions | | | | | | | 0 |
| 11.1 Full-Time Permanent Positions | | | | | | | 0 |
| 11.3 Other than FTP Positions | | | | | | | 0 |
| 11.5 Other Personnel Compensation | | | | | | | 0 |
| 11.8 Special Personal Services Payment | | | | | | | 0 |
| 11.9 Total Personnel Compensation | | | | | | | 0 |
| 12.0 Personnel Benefits | | | | | | | 0 |
| 13.0 Benefits for Former Personnel | | | | | | | 0 |
| 21.0 Travel/Transportation of Persons | | | | | | | 0 |
| 22.0 Transportation of Things | | | | | | | 0 |
| 23.1 Rental Payments to GSA | | | | | | | 0 |
| 23.2 Rental Payments to Others | | | | | | | 0 |
| 23.3 Communications/Utilities & Misc. | | | | | | | 0 |
| Subtotal, Rent, Comm., & Utilities | | | | | | | 0 |
| 24.0 Printing & Reproduction | | | | | | | 0 |
| 25.1 Advisory and Assistance Services | | | | | | | 0 |
| 25.2 Other Services | | | | | | | 0 |
| 25.3 Goods/Services from Gov't Accts | | | | | | | 0 |
| 25.4 Operation/Maintenance of Facilities | | | | | | | 0 |
| 25.5 Research & Development | | | | | | | 0 |
| 25.7 Operation/Maint. Of Equipment | | | | | | | 0 |
| Subtotal, Other Contractual Services | | | | | | | 0 |
| 26.0 Supplies and Materials | | | | | | | 0 |
| 31.0 Equipment | | | | | | | 0 |
| 32.0 Land and Structures | | | | | | | 0 |
| 41.0 Grants | | | | | | | 0 |
| 42.0 Insurance Claims & Indemnities | | | | | | | 0 |
| Subtotal | | 0 | 0 | | | 0 | 0 |
| Reimbursements | | | | | | | 0 |
| Other Appropriation | | | | | | | 0 |
| IT Crosscut | | | | | | | 0 |
| Total Resources | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Purchases from Other Gov't Accounts | | | | | | | |
| Working Capital Fund | | | | | | | |

Ties to Line C of "Amounts" table and "Activity Approp" column of Total Budgetary Res.

Ties to Line D of "Amounts" table and "Activity Approp" column of Total Budgetary Res.

000149

9-4

Pos.# ~~1295~~ L4009101
Financial Systems Specialist (JC 001570)
GS 501-11
OMAP DFM (0250)

I. <u>INTRODUCTION</u>

This position is located in the Office of the Director,
Division of Financial Management, Office of Management,
Administration and Planning.  The incumbent of this position
performs a variety of routine accounting and budget work
which does <u>not</u> require professional knowledge of these two
disciplines.

II. <u>MAJOR DUTIES AND RESPONSIBILITIES</u>

The incumbent monitors the GSA RENT program.  When monthly
Rent bills are received, he/she checks for billing accuracy
to insure that ESA is not paying for some other Federal
agency's space, both in the District as well as the regions.
Contacts GSA Rental Agent to correct the mistakes when they
occur.  Also, works with the budget staff to insure that
RENT records are accurately recorded in DOLAR$.

The incumbent reviews the deposits of all Civil Monetary
Penalties (CMP) ensuring that they are recorded accurately
according to the source of the funds.  Fair Labor Standard
Act CMP receipts are tracked accurately and spread according
to the operative Memorandum of Understanding with the Office
of the Solicitor of Labor (SOL).  Reports on the collections
are prepared regularly for transmittal to SOL.  Using DOLAR$
on-line read access, DOLAR$ deposits are reviewed for
accuracy.  Errors are brought to the attention of the
appropriate accountant and corrections are reviewed for
accuracy.  Incumbent drafts the Treasury report on CMP
Collections.

From information collected by the various accounts, the
incumbent prepares the Electronic Funds Transfer Report and
the Prompt Pay Report (reports which are required by the
Debt Collection Improvement Act).  Once prepared the
incumbent transmits the reports to the Office of the Chief
Financial Officer.

preparation of the space rent reports. At that meeting, I also requested that you meet with the former analyst who had previously done the report. At least on two occasions after that meeting, I asked you about the status of the report, and was told that you had initially met with the analyst, that he was busy, and that you would get with him to complete the report. I stated to you several times, that if he did not meet with you, and provide you with the information, that you were to inform me immediately. You chose not to inform me about your lack of training, and as a result, the May report which was due twenty-seven days after I gave you the assignment, was not completed. Since I do not sign-off on this report, I was not aware that it was not completed, until I received a call from the programs asking why they had not received the report last week.

Though I directed you to meet with the analyst, you made the decision not to meet with him again, based upon your belief, as you outlined in your memorandum, that "you would not participate in the direct harassment of the former budget analyst in forcing him to train me in the automated space rent assignment. I feel that the former budget analyst is doing the best that he can given the circumstances of being in training himself, and learning a new job with deadlines of his own to meet." As you know, the assignment of work is strictly a management decision, based upon the grade level and workload of an employee. The decision as to whether he had sufficient time to train you, and whether he had deadlines and training of his own, was not within your purview to make. As an employee of this office, I expect you to follow instructions, and complete your tasks on time.

Secondly, I want to address your concern that the GSA space rent report should not have been assigned to you because you knew nothing about it. In 1999, you received a promotion from a financial systems specialist Grade-09 to a financial systems specialist, Grade 11. Your promotion was based upon the additional assignments which you presumably had assumed, predominately the GSA Rent program, and the CMP assignment. When you were transferred to this position description, you clearly knew that the position required what was in the description: "Total knowledge of Civil Monetary Penalties Procedures, the Rent Program, and the Debt Collection Improvement Act requirements so that the incumbent can monitor the programs and correct mistakes when necessary." Thus, my assignment of this duty was strictly in conformance with what was expected in your position description, and one of the grade controlling factors in it.

Thirdly, your memorandum discusses my assigning you a budget exhibit to prepare and finalize. I had assigned you this task because you had expressed interest in assuming new tasks, and I thought, based upon your position description, that you possessed the skills to complete the exhibit with a minimum of effort. I provided you with the Congressional budget justification, explained to you what it was, and assigned the Senior Budget Analyst to meet with you and assist you in its preparation as necessary. Again, I refer to your position description in which budget analysis is found throughout it. Specifically, your position description says that you will: "perform routine budget analysis functions and special projects anywhere within ESA. Work may be performed in any segment of the normal range of budget administration work performed by DFM, including budget formulation, presentation, and implementation." Additionally it says that your duties include: "assisting in the preparation of budget estimates, justifications....."

Preparing a summary of budget authority by object class is budget formulation. It is also preparing budget estimates, as the information is found in the Congressional Justification, and other budgetary reports. This work assignment is within the parameters of your position description, and it is expected of a specialist at your grade level. In fact, this same duty has been in your present position description since 1999, and in your former GS-09 position description which you incumbered from 1998-99.

Due to your unwillingness to complete this project, I was forced to reassign it to another member of the team, who is already performing a large number of assignments, due to the budget submission. I have respectfully listened to your opinions and concerns. However, I will not tolerate insubordination from any employee who refuses to do assignments when they are given. Thus, I expect that you will continue to perform your duties as assigned, until you are no longer employed by the Employment Standards Administration. As such, I am giving you a deadline of June 15, to complete the May Space Rent Report. The Accounting Director and the former analyst will meet with you today, to give you any additional information you may need to complete this report. They will gladly provide you with any additional followup meetings/information which you might need. I also expect that the June, July, and August reports will be completed and provided to the programs by the end of each month.

Failure to complete this assignment will be interpreted as insubordination, and may result in further action. Should you have any questions, please do not hesitate to schedule a meeting with

14-4

me to discuss them.  Thank you.

# REQUEST FOR LEAVE OR APPROVED ABSENCE

| 1. NAME *(Last, First, Middle Initial)* | 2. EMPLOYEE OR SOCIAL SECURITY NUMBER |
|---|---|
| **Sewell, Audrey L.** | |

**3. ORGANIZATION**    DFM

| 4. TYPE OF LEAVE/ABSENCE *(Check appropriate box(es) below.)* | DATE From | DATE To | TIME From | TIME To | TOTAL HOURS | 5. FAMILY AND MEDICAL LEAVE |
|---|---|---|---|---|---|---|
| ☐ Accrued Annual Leave | | | 3:00 | 5:00 | 2 | If annual leave, sick leave, or leave without pay will be used under the Family and Medical Leave Act of 1993, please provide the following information: |
| ☐ Restored Annual Leave | | | | | | |
| ☐ Advance Annual Leave | | | | | | |
| ☒ Accrued Sick Leave | | | | | | ☐ I hereby invoke my to Family and Medical Leave for: |
| ☐ Advance Sick Leave | | | | | | |

**Purpose:**   ☐ Medical/dental/optical examination of requesting employee    ☐ Other

☐ Care of family member/bereavement, including medical/dental/optical examination of family member

☐ Birth/Adoption/Foster Care
☐ Serious Health Condition of Spouse, Son, Daughter, or Parent
☐ Serious Health Condition of Self

| | |
|---|---|
| ☐ **Compensatory Time Off** | Contact your supervisor and/or your personnel office to obtain additional information about our entitlements and responsibilities under the Family and Medical Leave Act of 1993. |
| ☐ **Other Paid Absence** *(Specify in Remarks)* | |
| ☐ **Leave Without Pay** | |

**6. REMARKS:**

*I don't feel well*

**7. CERTIFICATION:** I hereby request leave/approved absence from duty as indicated above and certify that such leave/absence is requested for the purpose(s) indicated. I understand that I must comply with my employing agency's procedures for requesting leave/approved absence (and provide additional documentation, including medical certification, if required) and that falsification of information on this form may be grounds for disciplinary action, including removal.

**EMPLOYEE SIGNATURE** *Audrey L. Sewell*    **DATE** 6/13/05

| 8. OFFICIAL ACTION ON REQUEST: | ☐ APPROVED | ☐ DISAPPROVED |
|---|---|---|
| *(If disapproved, give reason. If annual leave, initiate action to reschedule.)* | | |

**SIGNATURE**                                                    **DATE**

## PRIVACY ACT STATEMENT

Section 6311 of title 5, United States Code, authorizes collection of this information. The primary use of this information is by management and your payroll office to approve and record your use of leave. Additional disclosures of the information may be: To the Department of Labor when processing a claim for compensation regarding a job connected injury or illness; to a State unemployment compensation office regarding a claim; to Federal Life Insurance or Health Benefits carriers regarding a claim; to a Federal, State, or local law enforcement agency when your agency becomes aware of a violation or possible violation of civil or criminal law; to a Federal agency when conducting an investigation for employment or security reasons; to the Office of Personnel Management or the General Accounting Office when the information is required for evaluation of leave administration; or to the General Services Administration in connection with its responsibilities for records management.

Where the employee identification number is your Social Security Number, collection of this information is authorized by Executive Order 9397. Furnishing the information on this form, including your Social Security Number, is voluntary, but failure to do so may result in disapproval of this request.

If your agency uses the information furnished on this form for purposes other than those indicated above, it may provide you with an additional statement reflecting those purposes.

NSN 7540-00-753-5067
PREVIOUS EDITION MAY BE USED

STANDARD FORM 71 (Rev. 12-97)
PRESCRIBED BY OFFICE OF PERSONNEL MANAGEMENT, 5 CFR PART 630

000152

15-2

## Sewell, Audrey L - ESA

**From:**     Sewell, Audrey L - ESA
**Sent:**     Wednesday, June 15, 2005 11:32 AM
**To:**       Dunn, Charlene - ESA
**Subject:** Emergency Sick Leave Request

Charlene:

I am leaving for you, with Bettye, a Disability Certificate from my doctor, and a leave request. Among high blood pressure (which is a new for me within the last the 6 months), I am suffering from other medical problems. If I attempted to stay, I may have an accident in the floor, need I say more. I will call you next week.


Audrey

000154

16-1