# EXHIBIT 16

**DISABILITY CERTIFICATE**

LESLIE H. FENTON, M.D., P.C.
ASHESH D. PATEL, M.D.
1901 "R" Street, N.W.
Washington, D.C. 20009
Telephone: 296 4897

Date: 6/15/05

This is to certify that Audrey Sewell

has been under my professional care and was:

☑ Totally Incapacitated    ☐ Partially Incapacitated

from 6/15/05 to 7/5/05

Remarks: May return to work 7/6/05 blood pressure

Dr. Patel

#13101 — Medical Arts Press  1 800 328 2179