# EXHIBIT 17

**CSRS**
Civil Service
Retirement System

## APPLICATION FOR IMMEDIATE RETIREMENT
### CIVIL SERVICE RETIREMENT SYSTEM

See Privacy Act
Information on
Instruction Sheet

### Section A - Identifying Information

1 Name (Last, first, middle)
SEWELL, AUDREY L

2 List all other names you have used
N/A

3 Address (Number, street, city, State, ZIP Code)
1301 7th STREET, N.W. Apt #315
WASHINGTON, D.C. 20001

4 Telephone number (incl. area code)
202-667-0138

5 Date of birth (Mo., dy., yr.)
10 16 1941

6 Social Security Number
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

7 Are you a citizen of the United States of America?
☒ Yes
☐ No

7a Of what country are you a citizen?

8 Is this an application for disability retirement?
☐ Yes
☒ No

(Ask your employing office about other documents you must submit)

### Section B - Federal Service

1 Department or agency from which you are retiring (including Bureau or Division, address and ZIP Code)
U.S. DEPARTMENT OF LABOR-ESA
200 CONSTITUTION AVENUE, N.W.
ROOM S3201
WASHINGTON, D.C. 20210

2 Date of final separation (Mo., dy., yr.)

3 Title of position from which you are retiring
FINANCIAL MANAGEMENT SPECIALIST

4 Have you performed active honorable service in the Armed Forces or other uniformed services of the United States (see instructions for definitions)?
☐ Yes (Complete Schedule A and attach to this form.)
☒ No

5 Are you receiving or have you applied for military retired pay (including disability pay and/or pension or compensation from the Department of Veterans Affairs (formerly the Veterans Administration)) in lieu of military retired pay? Note: If you waive military retired pay, you must notify OPM
☐ Yes (Complete Schedule B and attach to this form.)
☒ No

### Section C - Marital Information

1 Are you married now? (A marriage exists until ended by death, divorce, or annulment.)
☐ Yes
☒ No → (Also complete items 1a - 1f below)

1a Spouse's name (Last, first, middle)

1b Spouse's date of birth (Mo., dy., yr.)

1c Spouse's Social Security No.

1d Place of marriage (City, State)

1e Date of marriage (Mo., dy., yr.)

1f Marriage performed by
☐ Clergyman or Justice of the Peace
☐ Other (explain)

2 Do you have a living former spouse(s) from whom you were divorced on or after May 7, 1985, and to whom a court order gives a survivor annuity?
☐ Yes (Attach a certified copy of the court order(s) and any agreements.)
☒ No

### Section D - Annuity Election

Make your election by initialing the box beside the type of annuity you want to receive and give any other information requested. Read the information pages of the instructions and the explanations below and consider your election carefully. No change will be permitted after your annuity is granted except as explained in the instructions. If you are married at retirement, the law provides an annuity with full survivor benefits for your spouse unless your spouse consents to your election not to provide maximum survivor benefits. You must attach SF 2801-2 to this form if you elect less than the maximum survivor annuity for your spouse.

**1a** INITIALS — I CHOOSE A REDUCED ANNUITY WITH MAXIMUM SURVIVOR ANNUITY FOR MY SPOUSE (EQUAL TO 55% OF MY BASIC ANNUITY.) If you are married at retirement you will automatically receive this type of annuity unless your spouse consents to your election not to provide maximum survivor benefits.

-OR-

**1b** INITIALS — I CHOOSE A REDUCED ANNUITY WITH A PARTIAL SURVIVOR ANNUITY FOR MY SPOUSE EQUAL TO 55% OF $_____ A YEAR.* If you choose this option, you must attach SF 2801-2 showing your spouse's consent

* The amount you select must be less than your yearly annuity

**2** INITIALS (AD) — I CHOOSE A ANNUITY PAYABLE ONLY DURING MY LIFETIME (If you are married and elect this, attach SF 2801-2 showing your spouse's consent.) If you are married at retirement, you cannot choose this type of annuity without your spouse's consent No survivor annuity will be paid to your spouse after your death if he or she consents to this election.

**3** INITIALS — I CHOOSE A REDUCED ANNUITY TO PROVIDE A FORMER SPOUSE OR COMBINATION CURRENT/FORMER SPOUSE SURVIVOR ANNUITY. The attached SF 2801-3 gives my election. If you are married and elect this option, you must also attach SF 2801-2 showing your spouse's consent

**4** INITIALS — I CHOOSE A REDUCED ANNUITY WITH SURVIVOR ANNUITY FOR THE PERSON NAMED BELOW WHO HAS AN INSURABLE INTEREST IN ME. You must be healthy and willing to provide medical evidence if you choose this type of annuity. (Disability annuitants are not eligible to choose this type of annuity.) If you are married and name your spouse, you must attach SF 2801-2 showing your spouse's consent. (See the information page in the instructions.)

| Name of person with insurable interest | Relationship to you | Date of birth | Social Security Number |
|---|---|---|---|
|  |  |  |  |

U.S. Office of Personnel Management
CSRS/FERS Handbook for Personnel and Payroll Offices
National Stock Number 7540-00-634-4234

Standard Form 2801
Previous editions are not usable
Revised January 1998

RECEIVED
USDA NFC
PAYROLL/PERS SECTION

## Section E - Insurance Information

See the information in the instructions (Section E, page 7) about the requirements for continuing Federal Employees Health Benefits and Federal Employees' Group Life Insurance as a retiree.

1  Are you eligible to continue Federal Employees Health Benefits coverage as a retiree?   [X] Yes  [ ] No

2  Are you eligible to continue Federal Employees Group Life Insurance coverage as a retiree?   [X] Yes  [ ] No

## Section F - Other Claim Information

1  Are you receiving, have you ever received, or have you applied for workers' compensation from the Department of Labor because of a job-related illness or injury?   [X] Yes (Complete Schedule C, and attach to this form.)  [ ] No

2  Have you previously filed any application under the Civil Service Retirement System (for retirement, refund, deposit or redeposit, or voluntary contributions)?   [ ] Yes (Complete item 2a and 2b below.)  [X] No

2a  Type of application   [ ] Retirement  [ ] Refund  [ ] Deposit or Redeposit  [ ] Voluntary Contributions   2b  Claim Number(s)

## Section G (Optional) - Information About Your Unmarried Dependent Children

| 1. Dependent child's name (First, middle, last) | 2. Date of birth (Mo., dy., yr.) | 3. Disabled (✓) | 1. Dependent child's name (First, middle, last) | 2. Date of birth (Mo., dy., yr.) | 3. Disabled (✓) |
|---|---|---|---|---|---|
| N/A |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

## Section H - Applicant's Certification

**WARNING**
Any intentional false statement in this application or misrepresentation relative thereto is a violation of the law punishable by a fine of not more than $10,000 or imprisonment of not more than 5 years, or both. (18 U.S.C. 1001)

I hereby certify that all statements made in this application are true to the best of my knowledge and belief. I have read and understand all of the information provided in the instructions to this application.

Signature (Do not print)   _Linda E. Sewell_   Date   6/25/05

### Applicant's Checklist

This checklist is provided to help you be certain you have attached all necessary documentation and to help your employing office be certain it forwards all of your retirement documentation to the Office of Personnel Management.  IMPORTANT: The final processing of your application for retirement may be delayed if you fail to submit any forms or schedules which apply to you.

|  |  | Yes | No |
|---|---|---|---|
| 1. | If you answered "yes" to Section B, Item 4, did you attach Schedule A? | [ ] | [ ] |
| 2. | If you completed Schedule A, did you attach a copy of your discharge certificate or other certificate of active military service? | [ ] | [ ] |
| 3. | If you answered "yes" to Section B, Item 5, did you attach Schedule B? | [ ] | [ ] |
| 4. | If you completed Schedule B and answered "yes" to item e, did you attach a copy of your request for waiver and a copy of the military finance officer's acknowledgement or approval of your request for waiver (if available)? | [ ] | [ ] |
| 5. | If you are married and you elect either less than full survivor benefits (Election 1b) or an annuity payable only to you during your lifetime (Election 2), did you attach SF 2801-2, Spouse's Consent to Survivor Election? | [ ] | [ ] |
| 6. | If you elected a former spouse or combination current/former spouse annuity (Election 3), did you attach SF 2801-3, Election of Former Spouse Survivor Annuity or Combination Current/Former Spouse Annuity? If you are married, did you also attach SF 2801-2, Spouse's Consent to Survivor Election? | [ ] | [ ] |
| 7. | If you are married and you elected an insurable interest survivor annuity (Election 4) for your spouse instead of a maximum or partial survivor annuity, did you attach SF 2801-2, Spouse's Consent to Survivor Election? | [ ] | [ ] |
| 8. | If you answered "yes" to Section E, Item 2, did you attach SF 2818, Continuation of Life Insurance Coverage? | [X] | [ ] |
| 9. | If you answered "yes" to Section F, Item 1, did you attach Schedule C? If applying for disability retirement, did you also attach all medical evidence submitted to OWCP and any decision or evaluation received from OWCP, if available? | [ ] | [ ] |

U.S. Office of Personnel Management
CSRS/FERS Handbook for Personnel and Payroll Offices
National Stock Number  7540-00-634-4250

Standard Form 2801
Previous editions are not usable