# EXHIBIT 18

Case 1:06-cv-01534-ESH    Document 16-21    Filed 11/05/2007    Page 1 of 3

**Lauderdale, Eleanor - Union**

**From:** Keller, Bettye A - ESA
**Sent:** Wednesday, June 15, 2005 2:54 PM
**To:** Lauderdale, Eleanor - Union
**Subject:** FW: Emergency Sick Leave Request

Eleanor, Audrey asked me to forward this to you on her behalf.

-----Original Message-----
**From:** Dunn, Charlene - ESA
**Sent:** Wednesday, June 15, 2005 2:08 PM
**To:** Keller, Bettye A - ESA
**Subject:** FW: Emergency Sick Leave Request

Bettye,

Audrey left before she could get approval from me for her leave. Unfortunately, at this time, I am having difficulty approving it as it is written. If you speak with her, please let her know, that before I can approve this request, (`1) I need a doctor's note which says more than just the words blood pressure with no indication of what is wrong with her blood pressure, and (2) his note does not match the dates requested for leave on her leave slip. According to his note, she can expect to return to work on July 5, but her leave slip only says June 15-June 24.

Also, please have her send me/call me with the status of her very overdue report on Space Rent. Thank you

-----Original Message-----
**From:** Sewell, Audrey L - ESA
**Sent:** Wednesday, June 15, 2005 11:32 AM
**To:** Dunn, Charlene - ESA
**Subject:** Emergency Sick Leave Request

Charlene:

I am leaving for you, with Bettye, a Disability Certificate from my doctor, and a leave request. Among high blood pressure (which is a new for me within the last the 6 months), I am suffering from other medical problems. If I attempted to stay, I may have an accident in the floor, need I say more. I will call you next week.


Audrey


6/16/2005

000165

17-11

## Lauderdale, Eleanor - Union

**From:** Keller, Bettye A - ESA
**Sent:** Wednesday, June 15, 2005 3:08 PM
**To:** Lauderdale, Eleanor - Union
**Subject:** FW: Emergency Sick Leave Request


-----Original Message-----
**From:** Dunn, Charlene - ESA
**Sent:** Wednesday, June 15, 2005 3:06 PM
**To:** Keller, Bettye A - ESA
**Subject:** RE: Emergency Sick Leave Request

Bettye, please let Audrey know that I am not authorized to get health information from her doctor; she should have him fax it in to us, with the information I requested.
The leave cannot be approved without additional information.
Thank you.

   -----Original Message-----
   **From:** Keller, Bettye A - ESA
   **Sent:** Wednesday, June 15, 2005 2:51 PM
   **To:** Dunn, Charlene - ESA
   **Subject:** RE: Emergency Sick Leave Request

   Charlene, I spoke with Audrey (202-667-3138) and she said that you could call the doctor's office or get the Health Officer to call her doctor to get more medical information on her condition.

   Re: Overdue Space Rent Report – you had rescheduled meeting for today, Wednesday, June 15, 2005, I am at home in bed taking my medicine as prescribed by my doctor.

      -----Original Message-----
      **From:** Dunn, Charlene - ESA
      **Sent:** Wednesday, June 15, 2005 2:08 PM
      **To:** Keller, Bettye A - ESA
      **Subject:** FW: Emergency Sick Leave Request

      Bettye,

      Audrey left before she could get approval from me for her leave. Unfortunately, at this time, I am having difficulty approving it as it is written. If you speak with her, please let her know, that before I can approve this request, (`1) I need a doctor's note which says more than just the words blood pressure with no indication of what is wrong with her blood pressure, and (2) his note does not match the dates requested for leave on her leave slip. According to his note, she can expect to return to work on July 5, but her leave slip only says June 15-June 24.

      Also, please have her send me/call me with the status of her very overdue report on Space Rent.
      Thank you

         -----Original Message-----
         **From:** Sewell, Audrey L - ESA
         **Sent:** Wednesday, June 15, 2005 11:32 AM
         **To:** Dunn, Charlene - ESA
         **Subject:** Emergency Sick Leave Request

000166

6/16/2005