# EXHIBIT 19

**Stone, Elaine B - ESA**

| | |
|---|---|
| From: | Baird-Bridges, Anne - ESA |
| Sent: | Thursday, March 31, 2005 5:39 PM |
| To: | Smithwick, Ezora - ESA; Boucher, Denise M - ESA; Joy, Sheila; Rayburn, Cecily A - ESA; Flynn, Nancy M - ESA; Devore, Robert R - ESA; zzESA-PROGRAM-HEADS-AND-DEPUTIES-ALL; Keller, Bettye A - ESA; Sewell, Audrey L - ESA; Bowens, Barbara A - ESA; Countiss, Margaret C - ESA; Jennings, Todd L - ESA; Sanabria, Vicente - ESA; Stone, Elaine B - ESA; Bohanon, Bruce M - ESA; Bell, Hazel M - ESA; Blumenthal, Sue R - ESA; Broadwater, Rose G - ESA; Rhames, Towanda - ESA; Sinkovic, Bradford J - ESA; Countiss, John D - ESA; Beal, Mark D - ESA; Foronda, Boris G - ESA; Frederick, LaRuby - ESA; Jarl, Larry D - ESA; Coulopoulos, Daniel W - ESA; Jordan, Eric G - ESA; Mells, Jonmica M - ESA; Nelson, Madeline E - ESA; Wright, Elizabeth - ESA; Calogero, Christopher - OASAM; Dunn, Charlene; Dailey, Mitzi - OASAM |
| Cc: | zzESA-OMAP-LEADERS-ALL |
| Subject: | New Budget Analyst |

*Anne Baird-Bridges, Director*
*Office of Management Administration and Planning*
*202-693-0608*
*202-693-1451 fax*



Colleagues,

Please join me in welcoming Kimberly Bassett as the new senior budget analyst in OMAP's Division of Financial Management, Budget Branch (BBFI) on Monday, April 4th. Kimberly has experience as a senior budget analyst at EPA, Energy, and the Nuclear Regulatory Commission. Most recently, she served as a team leader for both execution and formulation at FAA, and has experience in the full range of execution and formulation activities, from apportionments, to MAX, to performance budgeting, Passback and preparation of the Congressional Justification. Kimberly has a BS in Economics, and a MBA from the University of Maryland.

Kimberly is a welcome addition who will contribute to building a stronger budget team which is responsive and dedicated to ESA interests.

Anne

03/31/2005