# EXHIBIT 20

Case 1:06-cv-01534-ESH  Document 16-23  Filed 11/05/2007  Page 1 of 2

-----Original Message-----
**From:** Dunn, Charlene
**Sent:** Monday, April 04, 2005 4:41 PM
**To:** Sanabria, Vicente - ESA; Stone, Elaine B - ESA; Countiss, Margaret C - ESA; Jennings, Todd L - ESA; Bowens, Barbara A - ESA
**Subject:** Working with Kim

Kim will be shadowing each one of you during the next month, in order to understand your programs. She will be spending 3-5 hours per day, as you go through your normal work routine. She will begin with:

Vicente—April 5-April 8

Barbara—April 11-13

Margaret—April 18-20

Elaine—April 21-22

Todd—April 25-26

http://netmail.verizon.net/webmail/servlet/HttpNimletDriver?nimlet=ManageEmailDetailN...   7/17/2005

000103

10-4