# EXHIBIT 21

**Sewell, Audrey L - ESA**

**From:** Baird-Bridges, Anne - ESA
**Sent:** Sunday, April 17, 2005 10:05 AM
**To:** Sanabria, Vicente - ESA; Sewell, Audrey L - ESA; Keller, Bettye A - ESA
**Cc:** Dunn, Charlene - ESA; Jarl, Larry D - ESA; Vastano, Patricia J - ESA; Copening, Linda M - ESA
**Subject:** Meeting
**Importance:** High

*Anne Baird-Bridges, Director*
*Office of Management Administration and Planning*
*202-693-0608*
*202-693-1451 fax*



Vicente, Audrey and Bettye,
I'd like to meet with you Monday, April 18th at 10:00am in our conference room.
Thanks!
Anne

FB 3077