# EXHIBIT 22

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDREY L. SEWELL, ) | |
| ) | |
| Plaintiff ) | |
| ) Case Number: 1:06CV01534 | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| ELAINE L. CHAO, ) | |
| Secretary of Labor ) | |
| U.S. Department of Labor ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DECLARATION OF THOMAS Z. SCALES

I, Thomas Z. Scales, do hereby declare and state under the penalty of perjury:

1. I am over eighteen years of age.

2. I am employed by the Employment Standards Administration's Division of Human Resources Management (DHRM) in the U.S. Department of Labor. I am the Operations Chief.

3. In this capacity it is my job to ensure, in conjunction with the HR Director, that the Human Capital operations for DHRM are carried out.

4. It is in the above capacity that I have gained the knowledge of the issues addressed herein.

5. The process for the removal of an employee from federal service requires adherence to a set of procedural requirements.

1

6. In the Department of Labor or any federal agency, an employee may be removed for conduct or performance. The regulations at 5 CFR § 752, Subpart D and the Department of Labor's Personnel Regulation ("DPR") at Chapter 752 govern removals for conduct. The regulations at 5 CFR Part 432, and the DPR at Chapter 432 govern removals for performance.

7. With respect to a conduct issue, a management official must first propose a particular form of discipline for the conduct in question.

8. The employee would then have seven (7) calendar days to respond to this proposal and provide its reasons for why the disciplinary action should be dismissed or reduced. See 5 CFR § 752.404(d) and DPR Chapter 752

9. After the proposal, the entire matter is reviewed by another management official, called the deciding official, who will review both the proposed discipline and the response provided by the employee. See 5 CFR § 752.404(f) and DPR Chapter 752

10. After reviewing that documentation the deciding official will then either affirm the proposed discipline as issued or reduce the amount of the proposed discipline. See 5 CFR § 752.404(f)

11. At any step in this process an employee may retire, if eligible, or resign, without incurring any discipline.

12. Where the proposed discipline is removal, it is always the unwritten practice of the Agency to allow a person to retire or resign in lieu of removal.

13. If a person does not retire, they can also appeal the decision to the Merit Systems Protection Board, for review of the process or file a grievance through their

collective bargaining representative, and/or utilize any other avenues of redress provided under the law.

14. If the Board, arbitrator, or other judicial body, determines that there was impropriety in the process, the person would be reinstated without any deleterious effect.

15. If a person is under the Civil Service Retirement System ("CSRS") and removed, and no appeal is filed or all appeals are lost, the individual would be entitled to receive in lump sum all contributions they paid into the retirement fund. No annuity would be paid by the employing agency.

16. The contributions are made by the employee at the rate of 7% per pay period for every pay period that the employee was employed.

17. Health benefits would be extended for 31 days during which time, the former employee would be eligible to convert to an individual policy (non-group) contract.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date 10\29\07

Thomas Z. Scales