# EXHIBIT 26

Performance Standards and Rating for Employees In the Local 12 Bargaining Unit

Office of the Assistant Secretary for Administration and Management



**Instructions:** Sections 1 through 6 and the first two parts of Section 8 will be completed by the supervisor after coordination with the employee, at the beginning of the appraisal period. Section 7 and the remainder of Section 8 and Sections 9 and 10, as appropriate, will be completed at the end of the appraisal period.

| 1. Name of Employee | 3. Organizational Location |
|---|---|
| Audrey L. Sewell | Employment Standards Administration, Office of Management, Administration and Planning, Division of Financial Management |

| 2. Title and Grade |
|---|
| Financial Systems Specialist-GS 11 |

| 5. Rating Due Date | 4. Title of Pay Deciding Official |
|---|---|
| 04-30-2001 | Director of OMAP |

**6. Establishment of Critical/Noncritical Elements and Performance Standards**

   a. Rater Certification After Discussion With the Employee

Gary D. Thayer — Signature of Rater    Date 7/12/00

   b. Employee Response

My supervisor ☑ has, ☐ has not discussed these standards and critical elements with me.
I ☐ have, ☑ have not included written comments on these performance standards.

Audrey L. Sewell — Signature of Employee    Date 7/12/00

   c. Higher Level Review

☑ These elements and standards have been reviewed and are approved.

Eleanor D. Smith — Signature of Reviewer   Date 7/14/00

   d. Employee Receipt

Audrey L. Sewell — Signature of Employee   Date 7/1/00

**7. Summary Performance Rating**

   a. Appraisal Period    From 7/14/00 To 4/30/01

   b. Type of Summary Rating (See explanation in Item 9.)   ☑ Rating of Record*   ☐ Interim Rating

   c. Summary Performance Rating (Check the definition which describes the employee's overall performance during the rating period and sign below.)

   ☑ **Outstanding Performance** — Performance exceeds the described level in the performance standards for all critical elements, and for 50 percent or more of the other elements. Performance does not fall below the standard for any element of the job.

   ☐ **Highly Effective** — Performance exceeds the described level in the performance standards for 50 percent or more of the critical elements. Performance does not fall below the standard for any element.

   ☐ **Fully Successful** — Performance meets the described level in the performance standards for all critical elements.

   ☐ **Minimally Satisfactory** — Performance in one or more critical elements is slightly below standard.

   ☐ **Unacceptable Performance** — Performance fails to meet the described level in the performance standard for one or more critical elements of the job.

   \* This annual rating of record ☐ does ☐ does not include other performance information. If it does, see item 9 for an explanation.

   \*\* If there is only one noncritical element, the percentage requirement does not apply.

   d. Gary D. Thayer — Signature of the Rater    Date 5/21/01

   e. Employee Response

My supervisor ☑ has, ☐ has not discussed this rating with me.
☐ I have, ☑ have not included written comments.

Audrey L. Sewell — Signature of Employee    Date 5/21/01

   f. Higher Level Reviewer

☑ I have reviewed and concur with this rating.

Anne L. Baird Bridgy — Signature of Reviewer   Date 5/22/01

   g. Employee Receipt

My signature on this form does not constitute agreement with the rating nor does it indicate that I will not grieve the rating.

Audrey L. Sewell — Signature of Employee   Date 5/23/01

DL 1-390
Rev. Sept. 1992

**8. Performance Standards and Rating**

(See DLS Appendix B to FPM 430 and Article 12 of the DOL/Local 12 Collective Bargaining Agreement for instructions on developing job elements, performance standards, and making appraisals.)

Each Performance Standard and Rating will be numbered consecutively and consist of the following:

a. **Element:** List the major objectives or responsibilities of the job.

b. **Performance Standards:** For each job element, describe the results expected when performance is at a satisfactory level in terms of quality, timeliness and quantity, as appropriate. The methods of measurement should also be included, when practicable.

c. **Element Rating and Narrative:** (1) Check the appropriate space as to whether the employee "Exceeds (E)," "Meets (M)," "Needs to Improve (NI)," or "Fails to Meet (FM)" the standards for the element and (2) give a brief narrative description of results achieved, except when the element is rated at meets level. (A narrative is optional when the employee is rated "Meets.") Do not rate the employee on any elements on which he/she has not been assigned work and given the opportunity to perform.

**(1) (Check One)    [X] Critical    [ ] Noncritical**

a. **Element:**

QUALITY   Working relatively independently, with minimal supervision, performs the following functions:

a) Prepares the monthly financial reports on expenditures by object class for ESA and its component programs, including special reports on expenditures for awards and PCS. Analyzes the rates of expenditure against availability and advises supervisor of irregularities.

b) Prepares monthly financial reports on Working Capital Fund expenditures, and advises supervisor of irregularities.

c) Verifies Treasury deposits of FLSA civil money penalties for the Back Wage accountant, and amounts to be registered in the DOLAR$ accounting system for the S&E accountant. Prepares monthly status report tracking total collections by deposit ticket and by region. Prepares status report reflecting distribution of collections for Wage and Hour and SOL and agency withdrawals from the account. At year end, or monthly if needed, assists accountants with determining adjustments to general ledger and subsidiary accounts.

d) Prepares other financial and statistical reports as requested.

e) Conducts management analyses of Division work processes as requested.

f) Prepares cumulative reports that consolidate the I-9 immigration inspection activity conducted by Wage Hour and OFCCP.

g) Independently oversees DFM work flow, including conducting analyses of processes that may produce recommendations for change.

h) As assigned, performs analyses of budget expenditure categories.

b. **PERFORMANCE STANDARD:**

Performance is successful when, with exceptions:

(1)   Written and oral work products are factually accurate, logical, and coherent in presentation of facts, materials and information and fulfill the objectives of the project;

(2)   presentations show adequate preparation of materials and understanding of subject matter;

(3)     work usually demonstrates an understanding of, and ability to
        correctly apply, policy and/or guidance;
(4)     work is technically accurate;
(5)     work is performed with minimal supervision and is reviewed to ensure
        accuracy and conformance to procedures and instructions; and,
(6)     work requires only infrequent minor revisions to ensure the
        achievement of objectives.

Method of Measurement

- Supervisor's logs and memoranda
- copies of work products
- weekly activity reports

**c. ELEMENT RATING AND NARRATIVE:** _____X__ E    _____M    _____NI    _____FM

Ms. Sewell continued to maintain the typical high standards of her work
that have been acknowledged in years past.  The Director of the Division of
Financial Management (DFM) was detailed to fill the position of OMAP Deputy
Director on an acting basis for the last four months of the appraisal
period.  During that time, Ms. Sewell's experience and expertise were
invaluable as she assisted and advised the Acting DFM Director and kept the
flow of work running smoothly.  Ms. Sewell ensured that the work was
distributed to the correct branch or individual and, where appropriate,
provided the oversight to make sure the work progressed to completion.  Her
experience and her ability to anticipate problems and recommend solutions
make her an invaluable asset to DFM.

She performed her primary functions as stated above independently with only
minimal supervision.  The quality and accuracy of her work were always
first-rate.  She has strong analytical abilities as well as skill on
working with spreadsheets.  Because of her functional approach to work, she
observes a lot of the workflow within DFM and OMAP and advises the DFM
Director regarding potential problems that may be developing.  She
recommends alternate courses of action to resolve or head off potential
problems.  Because of her experience, expertise, and work ethic, her
services are highly regarded.

Ms. Sewell continued to work with a lower level clerical employee, not only
to provide guidance and instruction in the work processes but also, in a
larger sense, instructed her on the overall protocol of the workplace.  In
a bow to succession planning, Ms. Sewell has been giving this employee more
responsibility in her assignments so that she will be able to perform
certain functions independently without Ms. Sewell's assistance.  This
employee, who came in under the Welfare to Work program, has made great
strides and was recently promoted to a GS-4.  Much of the credit for that
must go to Ms. Sewell.

(2) (Check One)    [X] Critical        [ ] Noncritical

a. ELEMENT:

PRODUCTIVITY:        With minimal supervision:

(a)  Plans and executes all tasks necessary to complete **assignments**,
     including assignments performed as part of a team or **task group**.

(b)  Assignments are accomplished and the expenditure of **hours** is
     proportionate to the results obtained.

b. PERFORMANCE STANDARD:

   Performance is successful when:

(1)  when applicable, a project plan for routine or special duty,
     including a statement of objectives, a schedule, and methodology of
     accomplishment, is discussed with and accepted by the supervisor
     within five work days of making the assignment;

(2)  the time dedicated to the assignment is properly managed to produce
     interim and final results which are reflective of the level of
     effort and which accomplish the stated objectives.

Method of Measurement

   - Project plan and schedule discussions
   - Weekly activity reports
   - Supervisor's logs and memoranda
   - Copies of work products

c. ELEMENT RATING AND NARRATIVE:        __X__ E    _____ M    _____ NI    _____ FM

Ms. Sewell is responsible for a number of tasks that go beyond all Branch
boundaries.  She produces a number of work products such as the monthly
object class report that details obligations by object class and program;
she maintained a running total for Civil Money Penalties (CMP's) for Wage
and Hour and prepared a monthly CMP report; she also updated monthly the
Working Capital Fund expenditures and tracked the actual expenditures
against the plan.  In addition, Ms. Sewell maintained the correspondence
control, property management, and time and attendance systems, tasks which
~~she has been training the above referenced clerical employee (see #1~~
Quality) to assume.

Ms. Sewell is resourceful when it comes to completing a task.  Her
expenditure of hours is proportional to the results obtained.  She manages
her time wisely and always completes her assignments on time.

(3  (Check One)    [ X ] Critical        [ ] Noncritical

a. **ELEMENT:**

<u>TIMELINESS</u>

Completes all projects and assignments in a timely manner.

b. **PERFORMANCE STANDARD:**

Performance is successful when, with rare exceptions:

(1)  The assigned project is completed within the established due dates(s); and,

(2)  when necessary, extensions to due dates are obtained as early as possible before the assigned due date.

Method of Measurement

- The planned schedule of assignments
- Weekly activity reports
- Supervisor's logs and memoranda

c.  **ELEMENT RATING AND NARRATIVE:**        __X__ E        _____ M        _____ NI        _____ FM

Ms. Sewell's assignments were always completed on or before the due date. Her assignments that were on a cyclical basis (weekly, monthly, etc.) were always done promptly, ensuring that any ad hoc requests will not impact upon her overall ability to complete either the recurring or the ad hoc assignments.  She makes good use of her time and never leaves things until the last minute, which provides her a margin of error should other assignments or external events intrude upon her time.

**(4) (Check One)     [ ] Critical        [ X ] Noncritical**

**a. ELEMENT:**

<u>WRITTEN COMMUNICATION</u>

(a)  With minimal guidance from the supervisor, prepares statistical reports, memoranda and other written communication necessary for the completion of assigned work.

(b)  Such written work might be plans and schedules, final and interim reports, expenditure, employment, FTE, Rent, or case analyses, data updates to spreadsheets, and responses to inquiries, etc.

**b.  PERFORMANCE STANDARD:**

Performance is successful when:

(1)  written work is completed by assigned due dates;

(2)  texts are logical, thorough and coherent in their treatment of topics;

(3)  written document is responsive;

(4)  written work is conducted under the general supervision of the supervisor;

(5)  final written work products are free of typographical and grammatical errors and the style is appropriate to the document being prepared;

(6)  data compilations are presented in an orderly, logical and accurate manner; and,

(7)  the Incumbent contributes regularly to the Weekly Activity Report.

Method of Measurement

- Correspondence files
- Completed and draft documents
- Documents returned for corrections

**c.  ELEMENT RATING AND NARRATIVE:        X  E  _____ M  _____ NI  _____ FM**

Ms. Sewell generally worked independently to prepare written products as the need arose.  These products could be in the form of draft memos, OMAP Notices, spreadsheets, responses to inquires, etc.  She is skillful in the use of Word and Excel software which enhances her abilities in this area and makes for a better presentation of the information.

(5) **(Check One)**    [ ] Critical        [ X ] Noncritical

a. **ELEMENT:**

REVIEWS OF REPORTS AND STUDIES

With minimal guidance from the supervisor, reviews reports, studies, proposals, etc., submitted for comment; prepares responses to written correspondence; and, prepares reports on areas of expertise.

b. **PERFORMANCE STANDARD:**

Performance is successful when:

(1)    review is thorough;

(2)    all points that may be of interest to the Director are commented upon;

(3)    comments are written clearly;

(4)    reports are coherent and respond to substantive issues;

(5)    work is conducted under the general supervision of the supervisor; and,

(6)    reports are timely.

Method of Measurement

   - Correspondence files
   - Comments from Division Director and other management personnel

c. **ELEMENT RATING AND NARRATIVE:**    _____E    **X** M    _____NI    _____FM

There was a minimal amount of activity under this element during the past appraisal period.  Ms. Sewell routinely reviewed incoming material and alerted the Director if there were items pertinent to the way DFM does business.

9.  CONSIDERATION GIVEN OTHER RATINGS IN RATINGS OF RECORD: Ratings of record are prepared annually and issued normally on or near, but not later than the end of the waiting period or anniversary date of a within-grade increase.  Any written performance information (including interim ratings and performance information on details or temporary reassignments/promotions) since the last rating of record in the current appraisal year will be taken into account in this rating of record.

In considering this other performance information, take into consideration such factors as level of performance, nature and level of duties and responsibilities of the assignments, importance to accomplishment of organizational goals, and length of time spent.  If these interim performance ratings or information change the overall rating of record, explain fully in this space.

10.  OTHER SIGNIFICANT ACCOMPLISHMENTS:  Any significant work accomplishments not covered by an element/performance standard under item 8 should be described on an attachment.

Performance Standards and Rating for
Employees in the Local 12 Bargaining
Unit

**U.S. Department of Labor**
Office of the Assistant Secretary for Administration and
Management

**Instructions:** Sections 1 through 6 and the first two parts of Section 8 will be completed by the supervisor after coordination with the employee, at the beginning of the appraisal period. Section 7 and the remainder of Section 8 and Sections 9 and 10, as appropriate, will be completed at the end of the appraisal period.

| | |
|---|---|
| 1. **Name of Employee** <br> Audrey L. Sewell | 3. **Organizational Location** <br> Employment Standards Administration, Office of Management, Administration and Planning, Division of Financial Management |
| 2. **Title and Grade** <br> Financial Systems Specialist-GS 11 | |
| 5. **Rating Due Date** <br> 04-30-2002 | 4. **Title of Pay Deciding Official** <br> Director of OMAP |

6. **Establishment of Critical/Noncritical Elements and Performance Standards**

   a. Rater Certification After Discussion With the Employee

   Gary D. Thayer _____(signature)_____   Date 7/20/01
   Signature of Rater

   b. **Employee Response**
   My supervisor ☑ has, ☐ has not discussed these standards and critical elements with me.
   I ☐ have, ☑ have not included written comments on these performance standards.

   Audrey L. Sewell _____(signature)_____   Date 7/20/01
   Signature of Employee

   c. **Higher Level Review**
   ☑ These elements and standards have been reviewed and are approved.

   _____(signature)_____   Date 7/20/01
   Signature of Reviewer

   d. **Employee Receipt**
   Audrey L. Sewell _____(signature)_____   7/20/01
   Signature of Employee   Date

7. **Summary Performance Rating**

   a. **Appraisal Period**

   From 7/20/01 To 4/30/02   b. **Type of Summary Rating** (See explanation in Item 9.)
   ☑ Rating of Record*   ☐ Interim Rating

   c. Summary Performance Rating (Check the definition which describes the employee's **overall performance** during the rating period and sign below.)

   ☐ **Outstanding Performance** — Performance exceeds the described level in the performance standards for all critical elements, and for 50 percent or more of the other elements. Performance does not fall below the standard for any element of the job.

   ☑ **Highly Effective** — Performance exceeds the described level in the performance standards for 50 percent or more of the critical elements. Performance does not fall below the standard for any element.

   ☐ **Fully Successful** — Performance meets the described level in the performance standards for all critical elements.

   ☐ **Minimally Satisfactory** — Performance in one or more critical elements is slightly below standard.

   ☐ **Unacceptable Performance** — Performance fails to meet the described level in the performance standard for one or more critical elements of the job.

   \* This annual rating of record ☐ does ☐ does not include other performance information. If it does, see item 9 for an explanation.
   \*\* If there is only one noncritical element, the percentage requirement does not apply.

   d. _____(signature)_____   Date 5/3/02
   Signature of the Rater

   e. **Employee Response**
   My supervisor ☑ has, ☐ has not discussed this rating with me.   ☐ I have, ☑ have not included written comments.

   Audrey L. Sewell _____(signature)_____   Date 6/7/02
   Signature of Employee

   f. **Higher Level Reviewer**
   ☑ I have reviewed and concur with this rating.

   Patricia J. Vaxton _____(signature)_____   Date 6/7/02
   Signature of Reviewer

   g. **Employee Receipt**
   My signature on this form does not constitute agreement with the rating nor does it indicate that I will not grieve the rating.

   Audrey L. Sewell _____(signature)_____   6/7/02
   Signature of Employee   Date

DL 1-390
Rev. Sept. 1992

## 8. Performance Standards and Rating

(See DLS Appendix B to FPM 430 and Article 12 of the DOL/Local 12 Collective Bargaining Agreement for instructions on developing job elements, performance standards, and making appraisals.)

Each Performance Standard and Rating will be numbered consecutively and consist of the following:

a. **Element:** List the major objectives or responsibilities of the job.

b. **Performance Standards:** For each job element, describe the results expected when performance is at a satisfactory level in terms of quality, timeliness and quantity, as appropriate. The methods of measurement should also be included, when practicable.

c. **Element Rating and Narrative:** (1) Check the appropriate space as to whether the employee "Exceeds (E)," "Meets (M)," "Needs to Improve (NI)," or "Fails to Meet (FM)" the standards for the element and (2) give a brief narrative description of results achieved, except when the element is rated at meets level. (A narrative is optional when the employee is rated "Meets.") Do not rate the employee on any elements on which he/she has not been assigned work and given the opportunity to perform.

---

**(1) (Check One)     [ X ] Critical        [ ] Noncritical**

a. **Element:**

   QUALITY  Working relatively independently, with minimal supervision, performs the following functions:

   a) Prepares the monthly financial reports on expenditures by object class for ESA and its component programs, including special reports such as expenditures for awards and PCS. Analyzes the rates of expenditure against availability and advises supervisor of irregularities.

   b) Prepares monthly financial reports on Working Capital Fund expenditures, and advises supervisor of irregularities.

   c) Verifies Treasury deposits of FLSA civil money penalties for the Back Wage accountant, and amounts to be registered in the DOLAR$ accounting system for the S&E accountant. Prepares monthly status report tracking total collections by deposit ticket and by region. Prepares status report reflecting distribution of collections for Wage and Hour and SOL and agency withdrawals from the account. At year end, or monthly if needed, assists accountants with determining adjustments to general ledger and subsidiary accounts.

   d) Prepares other financial and statistical reports as requested.

   e) Conducts management analyses of Division work processes as requested.

   f) Independently oversees DFM work flow, including conducting analyses of processes that may produce recommendations for change.

   g) As assigned, performs analyses of budget expenditure categories.

b. **PERFORMANCE STANDARD:**

   Performance is successful when, with exceptions:

   (1) Written and oral work products are factually accurate, logical, and coherent in presentation of facts, materials and information and fulfill the objectives of the project;

   (2) presentations show adequate preparation of materials and understanding of subject matter;

   (3) work usually demonstrates an understanding of, and ability to correctly apply, policy and/or guidance;

2

(4)  work is technically accurate;

(5)  work is performed with minimal supervision and is reviewed to ensure accuracy and conformance to procedures and instructions; and,

(6)  work requires only infrequent minor revisions to ensure the achievement of objectives.

Method of Measurement

- Supervisor's logs and memoranda
- copies of work products
- weekly activity reports

c. **ELEMENT RATING AND NARRATIVE:**  ✓  E  _____ M  _____ NI  _____ FM

**(2) (Check One)    [X] Critical        [ ] Noncritical**

**a. ELEMENT:**

<u>PRODUCTIVITY:</u>        With minimal supervision:

(a)    Plans and executes all tasks necessary to complete assignments, including assignments performed as part of a team or task group.

(b)    Assignments are accomplished and the expenditure of hours is proportionate to the results obtained.

**b. PERFORMANCE STANDARD:**

Performance is successful when:

(1)    when applicable, a project plan for routine or special duty, including a statement of objectives, a schedule, and methodology of accomplishment, is discussed with and accepted by the supervisor within five work days of making the assignment;

(2)    the time dedicated to the assignment is properly managed to produce interim and final results which are reflective of the level of effort and which accomplish the stated objectives.

Method of Measurement

- Project plan and schedule discussions
- Weekly activity reports
- Supervisor's logs and memoranda
- Copies of work products

**c. ELEMENT RATING AND NARRATIVE:**        _____E      ✓ M      _____NI      _____FM

(3  (Check One)    [X] Critical    [ ] Noncritical

a. **ELEMENT:**

<u>TIMELINESS</u>

Completes all projects and assignments in a timely manner.

b. **PERFORMANCE STANDARD:**

Performance is successful when, with rare exceptions:

(1)  The assigned project is completed within the established due dates(s); and,

(2)  when necessary, extensions to due dates are obtained as early as possible before the assigned due date.

Method of Measurement

- The planned schedule of assignments
- Weekly activity reports
- Supervisor's logs and memoranda

c.  **ELEMENT RATING AND NARRATIVE:**    √____E    _____M    _____NI    _____FM

**(4) (Check One)     [ ] Critical       [X] Noncritical**

**a. ELEMENT:**

WRITTEN COMMUNICATION

(a)  With minimal guidance from the supervisor, prepares statistical reports, memoranda and other written communication necessary for the completion of assigned work.

(b)  Such written work might be plans and schedules, final and interim reports, expenditure, employment, FTE, Rent, or case analyses, data updates to spreadsheets, and responses to inquiries, etc.

**b. PERFORMANCE STANDARD:**

  Performance is successful when:

(1)  written work is completed by assigned due dates;

(2)  texts are logical, thorough and coherent in their treatment of topics;

(3)  written document is responsive;

(4)  written work is conducted under the general supervision of the supervisor;

(5)  final written work products are free of typographical and grammatical errors and the style is appropriate to the document being prepared;

(6)  data compilations are presented in an orderly, logical and accurate manner; and,

(7)  the Incumbent contributes regularly to the Weekly Activity Report.

Method of Measurement

  - Correspondence files
  - Completed and draft documents
  - Documents returned for corrections

**c. ELEMENT RATING AND NARRATIVE:**      √   E      ____ M      ____ NI      ____ FM

6

(5) (Check One)    [ ] Critical    [ X ] Noncritical

a. **ELEMENT:**

<u>INTERNAL AND EXTERNAL COMMUNICATION</u>

(a)  Demonstrates good judgement and tact in personal contacts with co-workers and other National Office staff.

(b)  Keeps supervisor apprised of issues, potential problems and other matters which affect overall performance of the Division.

(c)  As required, and to the extent it falls within the incumbent's area of expertise, provides relevant assistance to OMAP and other ESA program staff when requested.  Forwards other requests for assistance to the responsible organization or to the supervisor.

b. **PERFORMANCE STANDARD:**

Performance is successful when:

(1)  Good judgement, tact, and sensitivity in personal contacts are demonstrated;

(2)  established chain of command is observed;

(3)  supervisor is kept apprised of all major developments and issues.


Method of Measurement

    - Supervisor's observations
    - Feedback of others


c. **ELEMENT RATING AND NARRATIVE:**    _____E    √ ___M    _____NI    _____FM

(6) (Check One)    [ ] Critical        [X] Noncritical

a. ELEMENT:

REVIEWS OF REPORTS AND STUDIES

With minimal guidance from the supervisor, reviews reports, studies, proposals, etc., submitted for comment; prepares responses to written correspondence; and, prepares reports on areas of expertise.

b. PERFORMANCE STANDARD:

   Performance is successful when:

(1)   review is thorough;

(2)   all points that may be of interest to the Director are commented upon;

(3)   comments are written clearly;

(4)   reports are coherent and respond to substantive issues;

(5)   work is conducted under the general supervision of the supervisor; and,

(6)   reports are timely.

Method of Measurement

   - Correspondence files
   - Supervisor's observations

c. ELEMENT RATING AND NARRATIVE:    _____E    √ ___M    _____NI    _____FM

8

9.  CONSIDERATION GIVEN OTHER RATINGS IN RATINGS OF RECORD: Ratings of record are prepared annually and issued normally on or near, but not later than the end of the waiting period or anniversary date of a within-grade increase.  Any written performance information (including interim ratings and performance information on details or temporary reassignments/promotions) since the last rating of record in the current appraisal year will be taken into account in this rating of record.

In considering this other performance information, take into consideration such factors as level of performance, nature and level of duties and responsibilities of the assignments, importance to accomplishment of organizational goals, and length of time spent.  If these interim performance ratings or information change the overall rating of record, explain fully in this space.

10.  OTHER SIGNIFICANT ACCOMPLISHMENTS:  Any significant work accomplishments not covered by an element/performance standard under item 8 should be described on an attachment.

## PERFORMANCE APPRAISAL PROCESSING

Name _Audrey R. Sewell_ _____ SSN_____

Date Received: _5-23-2001_ ____ Pay Deciding Unit _____

Appraisal Type: [✓] 5-Inside [✓] 9-Outside [ ] 6-NCFLL [ ] S-SES   7½T

            [ ] 3-Supv/Manager

Effective Date: _5-22-2001_ .  (Higher level reviewer's signature date)

Rating: [✓] 2-Outstanding [ ] Q-Highly Effective [ ] G-Fully Successful [ ]

Date of Ending Period: _4-30-2001_ (End of fixed rating period)

Start of Rating Period: _5-1-2001_

Date of the next rating period: _4-30-2005_

| | Exceed | Met | Remarks |
|---|---|---|---|
| Critical  1 | ✓ | | |
| Critical  2 | ✓ | | |
| Critical  3 | ✓ | | |
| Critical | | | |
| Critical | | | |
| Critical | | | |
| Non-Critical  4 | ✓ | | |
| Non-Critical  5 | | ✓ | |
| Non-Critical | | | |

_J. Tyler_ _____       _5-23-2001_
    Reviewed By                 Date

Performance Standards and Rating for Employees in the
Local 12 Bargaining Unit

**U.S. Department of Labor**
Office of the Assistant Secretary for
Administration and Management



---

**Instructions:** Sections 1 through 6 and the first two parts of Section 8 will be completed by the supervisor after coordination with the employee, at the beginning of the appraisal period. Section 7 and the remainder of Section 8 and Sections 9 and 10, as appropriate, will be completed at the end of the appraisal period.

| 1. Name of Employee | 3. Organizational Location |
|---|---|
| Audrey L. Sewell | ESA/OMAP/DFM |

**2. Title and Grade**
GS-0560-11 Financial Management Specialist

| 5. Rating Due Date | 4. Title of Pay Deciding Official |
|---|---|
| 09 ~~04~~-30-2003 | Director of OMAP |

**6. Establishment of Critical/Noncritical Elements and Performance Standards**

a. Rater Certification After Discussion With the Employee

Yoko Albayrak _____     1/31/03
Signature of Rater                          Date

b. Employee Response

_____ (signature)     1/31/03
Signature of Employee                    Date

c. Higher Level Review
These elements and standards have been reviewed and are approved.
Anne Baird-Bridges   1/31/03
Signature of Reviewer   Date

d. Employee Receipt
1/31/03 _____ (signature) 1/31/03
Signature of Employee   Date

**7. Summary Performance Rating**

a. Appraisal Period

From 1/31/03 To 9/30/03

b. Type of Summary Rating (See explanation in item 9.)

X  Rating of Record*          Interim Rating

a. Summary Performance Rating (Check the definition which describes the employee's **overall performance** during the rating period and sign below.)

( )  **Outstanding Performance** – Performance exceeds the described level in the performance standards for all critical elements, and for 50 percent or more of the other elements. Performance does not fall below the standard for any element of the job.

(X)  **Highly Effective** – Performance exceeds the described level in the performance standards for 50 percent or more of the critical elements. Performance does not fall below the standard for any element.

( )  **Fully Successful** - Performance meets the described level in the performance standards all critical elements.

( )  **Minimally Satisfactory** - Performance in one or more critical elements is slightly below standard.

( )  **Unacceptable Performance** - Performance fails to meet the described level in the performance standards for one or more critical elements of the job.

* This annual rating of record _ does _does not include other performance information. If it does, see item 9 for explanation.

** If there is only one Noncritical element, the percentage requirement does not apply.

d. _____     10/21/03
Signature of Rater                Date

e. Employee Response
_____ (signature)     10/22/03
Signature of Employee                    Date

f. Higher Level Reviewer
I have reviewed and concur with this rating.
Anne Baird-Bridges   10/21/07
Signature of Reviewer   Date

g. Employee Receipt
My signature on this form does not constitute agreement with the rating nor does it indicate that I will not grieve the rating. _____ (signature) 10/22/03
Signature of Employee   Date

1

## 8. Performance Standards and Rating

(See DLS Appendix B to FPM 430 and Article 12 of the DOL/Local 12 Collective Bargaining Agreement for instructions on developing job elements, performance standards, and making appraisals.)

Each Performance Standard and Rating will be numbered consecutively and consists of the following:

a) **Element:** List the major objectives or responsibilities of the job.

b) **Performance Standards:** For each job element, describe the results expected when performance is at a satisfactory level in terms of quality, timeliness, and quantity, as appropriate. The methods of measurement should also be included, when practicable.

c) **Element Rating and Narrative:** (1) Check the appropriate space as to whether the employee "Exceeds (E)," "Meets (M)," "Needs to Improve (NI)," or "Fails to Meet (FM)" the standard for the element and (2) give a brief narrative description of the results achieved, except when the element is rated at meets level. (A narrative is optional when the employee is rated meets.") Do not rate the employee on any elements on which he/she has not been assigned work and given the opportunity to perform.

2

(1)  (Check One)                    _X_ Critical                    Noncritical

**a.  Element:**
Analysis - Information gathering, assessment, problem solving, and the development of customer-focused recommendations.

**b.  Performance Standard:**
Performance meets the standard for this element when with few exceptions the incumbent performs the following:
- Analysis reflects detailed knowledge of the mission, functions, policies, and procedures of the organization and an understanding of the relationships among units at different levels in the organization.
- Identifies and evaluates alternatives, and makes sound and timely decisions, even in uncertain, complex, or sensitive situations and problems.
- Decisions involve complex issues, contribute to the mission, functions, policies, or procedures of the organization and impact the work and outcomes of an organization.
- Anticipates problems, and identifies and evaluates potential sources of information and generates alternatives to solve problems where precedents do not exist.
- Interprets or analyzes highly complex information to discern patterns, trends, and relationships and to draw conclusions by applying rules that involve many steps.
- The level of supervision required is appropriate to the grade level.

**Method of Measurement:**
- Supervisor's review of written material such as tables, graphs, spreadsheets, reports and etc.
- Direct supervisory observation.
- Data accurately and adequately addresses the ESA's financial performance.
- Report and data provide recommendations for improvement.
- Feedback from parties with ESA, including OMAP and Program staff, and with external parties

| **c.  Element Rating and Narrative:** | E X | M | NI | FM |
|---|---|---|---|---|

Ms. Sewell's performance in this element exceeds the standards during this rating period. Ms. Sewell demonstrates a strong power of analytical reasoning and utilizes a variety of analytical techniques to solve problems. Ms. Sewell thoroughly analyzes conditions and reaches independent decisions. Ms Sewell generally worked independently to prepare written products involving organizational complexities that required the extensive knowledge of the agency's mission and functions. She often displayed professional pride to resolve any issues and problems involving her duties and excelled in tedious research. She is skillful in the use of Word and Excel that enhances her ability to generate and analyze the complex data and problems. She has proven herself submitting accurate and reliable financial reports (e.g., CMP, WCF, Object Class, weekly reports, etc.) for OMAP management, DFM Director, budget analysts, accountants and the ESA programs. Her contribution in this area was noticeable and invaluable to the DFM operations.

(2)  (Check One)                    X Critical                        Noncritical

**a.  Element:**
Communication - Effective interaction with parties within OMAP, with program staff, and with external
Parties, including both oral and written communication.

**b.  Performance Standard:**
Performance meets the standard for this element when with few exceptions the incumbent performs the following:

- Communicates, explains, or defends complex ideas or information to individuals or groups clearly and adapts to the audience's level of knowledge and need for information.
- Communications are well organized and reflect a detailed knowledge of the mission, functions, policies, and procedures of the organization and an understanding of the relationships among units at different levels in the organization.
- Actively listens to others and clarifies communications, attends to nonverbal cues, and responds appropriately.
- Composes documents or correspondence involving complex or technical information, and adapts writing to the audience's level of knowledge and need for information.
- Reviews and/or edits complex or technical writing of others, adding value to the product.
- Establishes and maintains ongoing working relationships with management, other employees, internal or external stakeholders, and customers.
- Remains courteous when discussing information or eliciting highly sensitive or controversial information from people who are reluctant to give it.
- Effectively handles situations involving a high degree of tension or discomfort involving people who are demonstrating a high degree of hostility or distress.

**Method of Measurement:**

- Supervisor's observation
- Supervisor's review of written materials
- Feedback from parties with ESA, including OMAP and Program staff, and with external parties.

| | | | | |
|---|---|---|---|---|
| **c.  Element Rating and Narrative:** | **E** | **M X** | **NI** | **FM** |

Ms. Sewell' performance in this element meets the standards during this rating period.  Ms Sewell obtains excellent
wiring skills.  She consolidated three DFM branches weekly reports and edited them to convey the core points of the
detailed lengthy reports to the well-focused and documented comprehensive reports for the OMAP Management, DFM
Director, and OMAP staff in a timely manner.  She communicated well with the DFM Director to inform and discuss
issues in a professional manner throughout this fiscal year.

(3)  (Check One)                    X  Critical                    Noncritical

**a.  Element:**
Technical Competence - Utilizing knowledge and skills to achieve quality customer service as well as actively
Seeking to improve knowledge and skills to increase the level of service provided.

**b.  Performance Standard:**
Performance meets the standard for this element when with few exceptions the incumbent performs the following:
- Job performance reflects knowledge that is acquired through formal training or extensive on the job experience.
- Works with, understands, and evaluates technical information related to the job; and advises others on technical issues.
- Shares information with customers and co-workers to facilitate meeting the needs of customers.
- Serves on and contributes to the mission of ad hoc or special purpose teams.
- Demonstrates a willingness to learn new tasks, learn new areas of knowledge, or take on additional responsibilities.
- Independently plans and executes tasks necessary to complete assignments.
- The time dedicated to an assignment is appropriate and properly managed and the final product is reflective of the
  effort expended.

**Method of Measurement:**

- Supervisor's observations
- Supervisor's review of written materials such as reports, graphs, charts, spreadsheets and decision papers
- Data accurately and adequately addresses the ESA's financial performance.

**c.  Element Rating and Narrative:**          E X          M          NI          FM

Ms. Sewell's performance in this element exceeds the standards during this rating period.  Ms. Sewell performed
her duties with a high degree of professionalism and confidence.  She obtains extensive experience of her duties
and institutional knowledge.  Ms. Sewell has demonstrated the ability to generate consistently reliable financial
documents including the monthly Object Class report, the FLSA Civil Money Penalty, Working Capital Fund, and
other ad hoc reports.  She is proficient in Excel and Word which able her to compile various source documents.
She analyzes complex data and generates accurate final reports, utilizing the power of Excel. Her reports have been
instrumental to the DFM Director, budget analysts, accountants, OMAP management and ESA programs.
Especially, her diligent performance has helped the WH management and budget analysts during the year end.  Ms.
Sewell has demonstrated her willingness to learn new tasks by assisting the CATARS accountant and participated
in the physical inventory process during this fiscal year.  Especially, her involvement with DITMIS regarding
CATARS was essential to the completion of this task.   In addition, she was always resourceful to the DFM
Director and willing to share her institutional knowledge with co-workers as well.

(4) (Check One)                    X Critical                      Noncritical

**a. Element:**
Provide aid and assistance to accountants and budget analysts of DFM by performing a variety of nonprofessional accounting and budget tasks, and providing accurate and timely financial data.

**b. Performance Standard:**

- Analyze a simple account or transactions accurately
- Help formulating a routine financial report
- Provide advice and guidance regarding nonprofessional accounting and budget issues to organizations serviced.
- Assist accountants in aiding management in applying financial data.
- Assist weekly report submission

**Method of Measurement:**

- Supervisor's observations
- Supervisor's review of written materials such as reports, graphs, charts, spreadsheets and decision papers
- Feedback from parties with ESA, including OMAP and Program staff, and with external parties.

**c. Element Rating and Narrative:**      **E X**          **M**          **NI**          **FM**

Ms. Sewell's performance in this element exceeds the standards during this rating period. **Ms. Sewell successfully** demonstrated the ability to produce reliable financial reports throughout the fiscal year. She worked with budget analysts and accountants to verify accuracy of financial data and reconciled discrepancies in an effective manner. As a result, her work was always accurate and reliable (e.g., CMP report, WCF reports, Object Class report, weekly report, etc.) Ms. Sewell has successfully assisted the accountant to compile the CATARS source data, generate the correspondence letters, and obtain the documents required from DITMS and programs. During the critical time for the accountant, her assistance to this task was invaluable. Ms. Sewell obtains an extensive knowledge of the DFM workflows as a whole. She applied her knowledge effectively to edit the weekly reports from BBFI, BAFS and BMRIC. Her work in this assignment demonstrated a high level of expertise. Her assistance to this assignment was invaluable to the DFM operations.

(5)  (Check One)                    X Critical    ,              Noncritical

**a.  Element:**
Provide DFM's budget, accounting and financial related administrative work to assist the director of DFM.

**b.  Performance Standard:**

Performance meets the standard for this element when with few exceptions the incumbent performs the following:

- Prepares the monthly financial reports on expenditures by object class for ESA and its component programs, including special reports such as expenditures for awards and PCS.  Analyzes the rates of expenditure against availability and advises supervisor of irregularities.

- Prepares monthly financial reports on Working Capital Fund expenditures, and advises supervisor of irregularities.

- Verifies Treasury deposits of FLSA civil money penalties for the Back Wage accountant, and amounts to be registered in the DOLARS accounting system for the S&E accountant.  Prepares monthly status report tracking total collections by deposit ticket and by region.  Prepares status report reflecting distribution of collections for Wage and Hour and SOL and agency withdrawals from the account.  At year end, or monthly if needed, assists accountants with determining adjustments to general ledger and subsidiary accounts.

- Prepares other financial and statistical reports as requested.

- Conducts management analyses of Division work processes as requested.

- Independently oversees DFM work flow, including conducting analyses of processes that may produce recommendations for change.

- As assigned, performs analyses of budget expenditure categories.

| c.  Element Rating and Narrative: | E X | M | NI | FM |
|---|---|---|---|---|

**Method of Measurement:**

Supervisor's observations
Supervisor's review of written materials such as reports, graphs, charts, spreadsheets and decision papers
Feedback from parties with ESA, including OMAP and Program staff, and with external parties.

Ms. Sewell's performance in this element exceeds the standards during this rating period.  Ms. Sewell consistently demonstrated the ability to generate reliable financial reports including the monthly Object Class report, the FLSA Civil Money Penalty report, Working Capital Fund report, and etc..  Ms. Sewell successfully maintained the quality and accuracy of her work products in a professional manner.  She analyzed source documents and data thoroughly with care and immediately alerted any problems foreseen to the Director of DFM, budget analysts and accountants properly.  Ms. Sewell reconciled the discrepancies independently and/or with budgets analysts/accountants in an effective manner.  Her analysis skills especially on Working Capital funds and Civil Money Penalties (CMP) have been invaluable to the Division.  Her reports provided adequate and timely information to the Director of DFM, budget analysts and accountants as well as the programs.  Ms. Sewell has helped and assisted the WH management during the year-end closing, providing the daily up-to-date CMP information.  Ms. Sewell often took the initiative to research the applicable laws and regulation materials for the Director and staff, and help the operations.  Ms. Sewell also maintained the library of the entire DFM desk procedures and effectively assisted the staff for accuracy.  During this fiscal year, Ms. Sewell took initiative to do a PC physical inventory for DFM and reported to the DFM Director and it was used as a part of FMFIA audit findings backups.  Ms. Sewell also assisted the CATARS accountant to prepare a memo to the nationwide ESA program offices and dealt with DITMS to gather and analyze required/necessary documents for the accountant.  Ms. Sewell often did an independent research regarding the financial and regulatory matters and submitted them to the DFM Director.  They were used as reference materials as needed.

7

**9.     Consideration Given Other Ratings in Rating of Record:** Ratings of record are prepared annually. Any written performance information (including interim ratings and performance information on details on temporary reassignments/promotions) since the last rating of record in the current appraisal year will be taken into account in this record. In considering this other performance information, take into consideration such factors as level of performance, nature and level of duties and responsibilities of the assignments, importance to accomplishment of organizational goals, and length of time spent. If these interim performance ratings or information change the overall rating of record, explain fully in this space.

**10. Other Significant Accomplishments:** Any significant work accomplishments not covered by an element/performance standard under item 8 should be described on an attachment.

## PERFORMANCE APPRAISAL PROCESSING

Name _Sewell_____    SSN _____

Date Received _06-11-02_____    Pay Deciding Unit _DLRPC2_____

Appraisal Type: [X] 5-Inside  [ ] 9-Outside  [ ] 6-NCFLL  [ ] SES
                [ ] 3-Supv/Manager

Effective Date: _06-07-02_____ . (Higher level reviewer's signature date)

Rating: [ ] 2-Outstanding  [X] Q-Highly Effective  [ ] G-Fully Successful  [ ]

Date of Ending Period: _04-30-02___   (End of fixed rating period)

Start of Rating Period: _07-20-01___

Date of next rating period: _05-01-03___

|              | Exceed | Met | Remarks |
|--------------|--------|-----|---------|
| Critical     | 1      |     |         |
| Critical     |        | 2   |         |
| Critical     | 3      |     |         |
| Critical     | 4      |     |         |
| Critical     |        |     |         |
| Critical     |        |     |         |
| Non-Critical |        | 5   |         |
| Non-Critical |        | 6   |         |
| Non-Critical |        |     |         |

_____          _06-19-02_____
     Reviewed By                    Date



# PERFORMANCE MANAGEMENT PLAN
# FOR NON-MANAGERS AND
# NON-SUPERVISORS

## General Information

Name: ___AUDREY L . SEWELL_____

Organization: __Employment Standards Administration OMAP/DFM_____

Appraisal Period: ____October 1, 2003_____To ___September 30, 2004_____

## Establishment of the Performance Management Plan

We have discussed this plan; written comments have _____ have not __X__ been attached.

Employee: _Audrey L. Sewell_                     Date: _3/22/04_

Rating Official: _Jane T Uh_                      Date: _3-22-04_

Reviewing Official: _Patricia of Waste_          Date: _3-22-04_

## Mid-Term Progress Review Certification

The mid-term progress review has been conducted.

Employee: _Audrey L. Sewell_                     Date: _5/21/04_

Rating Official: _Jane 2 Udy_                    Date: _5-21-04_

## Performance Appraisal and Rating

|  | Exemplary | Exceed standards for all elements |
|---|---|---|
| ✓ | Highly Effective | Exceed standards for 50% or more elements but not all; meet standards for all other elements |
|  | Effective | Meet standards for all elements and may exceed standards for less than 50% of elements |
|  | Minimally Satisfactory | Need to improve performance for one or more elements |
|  | Unsatisfactory | Fail to meet standards on one or more elements |

We have discussed this appraisal; written comments have ___ have not _✓_ been attached.

Employee: _Audrey L. Sewell_                     Date: _10/29/04_

Rating Official: _Wat..._                        Date: _10..._

| Performance Summary | | |
|---|---|---|
|  | _Anne Baird - indy_ | _10/29/04_ |

For each element, use an "X" to indicate the appropriate rating.

For each element, use an "X" to indicate the appropriate rating.
Element ratings:  E = Exceed, M = Meet, NI = Need to Improve, F = Fail

| ELEMENT | ELEMENT RATING | | | |
|---|:---:|:---:|:---:|:---:|
|  | E | M | NI | F |
| Result 1 Analysis | X |  |  |  |
| Result 2 Communications |  | X |  |  |
| Result 3 Technical Competence | X |  |  |  |
| Result 4 Provide Aid and Assistance to Accountants ... | X |  |  |  |
| Result 5 Provide DFM's budget, accounting and financial... | X |  |  |  |
| Result 6 |  |  |  |  |
| Result 7 |  |  | • |  |
| Result 8 |  |  |  |  |

**PURPOSE OF APPRAISAL:** _____ **Interim Rating** __X__ **Rating of Record**

**CONSIDERATION GIVEN TO OTHER RATINGS IN RATING OF RECORD:**
Any written performance information (including interim ratings and performance information on details or temporary reassignments/promotions) since the last annual rating of record will be taken into account in this rating of record.   If these interim performance ratings or information impact the overall rating of record, explain fully in this space.

**Other Significant Accomplishments**

# Elements

a. **Element:  Analysis - Information gathering, assessment, problem solving, and the development of customer-focused recommendations.**

b. **Performance Standard:**

Performance meets the standard for this element when with few exceptions the incumbent performs the following:

- Analysis reflects detailed knowledge of the mission, functions, policies, and procedures of the organization and an understanding of the relationships among units at different levels in the organization.
- Identifies and evaluates alternatives, and makes sound and timely decisions, even in uncertain, complex, or sensitive situations and problems.
- Decisions involve complex issues, contribute to the mission, functions, policies, or procedures of the organization and impact the work and outcomes of an organization.
- Anticipates problems, and identifies and evaluates potential sources of information and generates alternatives to solve problems where precedents do not exist.
- Interprets or analyzes highly complex information to discern patterns, trends, and relationships and to draw conclusions by applying rules that involve many steps.
- The level of supervision required is appropriate to the grade level.

**Method of Measurement:**

- Supervisor's review of written material such as tables, graphs, spreadsheets, reports and etc.
- Direct supervisory observation.
- Data accurately and adequately addresses the ESA's financial performance.
- Report and data provide recommendations for improvement.
- Feedback from parties with ESA, including OMAP and Program staff, and with external parties

Rating:

- [X] Exceeds described level of performance (narrative required)
- [ ] Meets described level of performance (no narrative required)
- [ ] Needs to improve in order to meet the level of performance in the standard (narrative required)
- [ ] Fails to meet described level of performance (narrative required)

| Elements | | | | | |
|---|---|---|---|---|---|

**a.  Element:  Communications - Effective interaction with parties within OMAP, with program staff, and with external parties, including both oral and written communication.**

**b.  Performance Standard:**

Performance meets the standard for this element when with few exceptions the incumbent performs the following:

- Communicates, explains, or defends complex ideas or information to individuals or groups clearly and adapts to the audience's level of knowledge and need for information.
- Communications are well organized and reflect a detailed knowledge of the mission, functions, policies, and procedures of the organization and an understanding of the relationships among units at different levels in the organization.
- Actively listens to others and clarifies communications, attends to nonverbal cues, and responds appropriately.
- Composes documents or correspondence involving complex or technical information, and adapts writing to the audience's level of knowledge and need for information.
- Reviews and/or edits complex or technical writing of others, adding value to the product.
- Establishes and maintains ongoing working relationships with management, other employees, internal or external stakeholders, and customers.
- Remains courteous when discussing information or eliciting highly sensitive or controversial information from people who are reluctant to give it.
- Effectively handles situations involving a high degree of tension or discomfort involving people who are demonstrating a high degree of hostility or distress.

**Method of Measurement:**

- Supervisor's observations
- Supervisor's review of written materials
- Feedback from parties with ESA, including OMAP and Program staff, and with external parties.

Rating:
- [ ] Exceeds described level of performance (narrative required)
- [X] Meets described level of performance (no narrative required)
- [ ] Needs to improve in order to meet the level of performance in the standard (narrative required)
- [ ] Fails to meet described level of performance (narrative required)

DL 1-384E
Rev. Feb. 1997

## Elements

**a.  Element:**

**Technical Competence - Utilizing knowledge and skills to achieve quality customer service as well as actively seeking to improve knowledge and skills to increase the level of service provided.**

**b.  Performance Standard:**

Performance meets the standard for this element when with few exceptions the incumbent performs the following:

- Job performance reflects knowledge that is acquired through formal training or extensive on the job experience.
- Works with, understands, and evaluates technical information related to the job; and advises others on technical issues.
- Shares information with customers and co-workers to facilitate meeting the needs of customers.
- Serves on and contributes to the mission of ad hoc or special purpose teams.
- Demonstrates a willingness to learn new tasks, learn new areas of knowledge, or take on additional responsibilities.
- Independently plans and executes tasks necessary to complete assignments.
- The time dedicated to an assignment is appropriate and properly managed and the final product is reflective of the effort expended.

**Method of Measurement:**

- Supervisor's observations
- Supervisor's review of written materials such as reports, graphs, charts, spreadsheets and decision paper
- Data accurately and adequately addresses the ESA's financial performance.

Rating:
- [X] Exceeds described level of performance (narrative required)
- [ ] Meets described level of performance (no narrative required)
- [ ] Needs to improve in order to meet the level of performance in the standard (narrative required)
- [ ] Fails to meet described level of performance (narrative required)

DL 1-384E
Rev. Feb. 1997

| Elements | | | | |
|---|---|---|---|---|

**a. Element:** Provide aid and assistance to accountants and budget analysts of DFM by performing a variety of nonprofessional accounting and budget tasks, and providing accurate and timely financial data.

**b. Performance Standard:**

Performance meets the standard for this element when with few exceptions the incumbent performs the following:

- Analyzes a simple account or transactions accurately.
- Help formulating a routine financial report.
- Provide advice and guidance regarding non-professional accounting and budget issues to organizations serviced.
- Assist accountants in aiding management in applying financial data.
- Assist weekly report submission.

**Method of Measurement:**

- Supervisor's observations
- Supervisor's review of written materials such as reports, graphs, charts, spreadsheets and decision papers
  Feedback from parties with ESA, including OMAP and Program staff, and with external parties.

Rating:
- [X] Exceeds described level of performance (narrative required)
- [ ] Meets described level of performance (no narrative required)
- [ ] Needs to improve in order to meet the level of performance in the standard (narrative required)
- [ ] Fails to meet described level of performance (narrative required)

DL 1-384E
Rev. Feb. 1997

## Elements

a. **Element:** Provide DFM's budget, accounting and financial related administrative work to assist the Director of DFM.

b. **Performance Standard:**

Performance meets the standard for this element when with few exceptions the incumbent performs the following:

- Prepares the monthly financial reports on expenditures by object class for ESA and its component programs, including special reports such as expenditures for awards and PCS. Analyzes the rates of expenditure against availability and advises supervisor of irregularities.

- Prepares monthly financial reports on Working Capital Fund expenditures, and advises supervisor of irregularities.

- Verifies Treasury deposits of FLSA civil money penalties for the Back Wage accountant, and amounts to be registered in the DOLARS accounting system for the S&E accountant.

- Prepares monthly status report tracking total collections by deposit ticket and by region.

- Prepares status report reflecting distribution of collections for Wage and Hour and SOL and agency withdrawals from the account. At year end, or monthly if needed, assists accountants with determining adjustments to general ledger and subsidiary accounts.

- Prepares other financial and statistical reports as requested.

- Conducts management analyses of Division work processes as requested.

- Independently oversees DFM work flow, including conducting analyses of processes that may produce recommendations for change.

- As assigned, performs analyses of budget expenditure categories.


**Method of Measurement:**

- Supervisor's observations
- Supervisor's review of written materials such as reports, graphs, charts, spreadsheets and decision papers feedback from customers.


Rating:
- ☒ Exceeds described level of performance (narrative required)
- ☐ Meets described level of performance (no narrative required)
- ☐ Needs to improve in order to meet the level of performance in the standard (narrative required)
- ☐ Fails to meet described level of performance (narrative required)

Sewell, Audrey L.

**OTHERS:**

During this appraisal period, at the request of the Director, DFM, Ms. Sewell prepared over 45 leave audits of National Office employees. This assistance greatly helped in the Agency's effort to transfer these duties to the One-Stop-Shop in preparation for the Department's transfer of DOL's payroll function. It was critical that the agency clear up discrepancies in all National Office employees' leave accounts before the transfer. Ms. Sewell's contribution in this area was invaluable.

**Element #1. Analysis – Information gathering, assessment, problem solving, and the development of customer-focused recommendations.**

**Rating: Exceeds**
**Narrative:**
Ms. Sewell **exceeded** the standard for this element during this rating period. Ms. Sewell performs her primary functions independently with only minimal supervision and utilizes a variety of analytical techniques to solve problems. The quality and accuracy of her work is always first-rate. She has demonstrated strong analytical abilities in working with spreadsheets. When she observes potential problems that may be developing she advises the DFM Director (Acting DFM Director) as well as appropriate accounting and budget staffs, and she recommends solutions. She is proficient in the use of Word and Excel which has enhanced her ability to generate and analyze complex data. Ms. Sewell generates and submits accurate and reliable financial reports (e.g., CMP, WCF, Object Class, and weekly reports, etc.) for OMAP Management, DFM Director, budget analysts, BW Accountant and ESA Program Officials. She willingly accepts assignments to research issues and provide information.

**Element #2. Communications – Effective interaction with parties within OMAP, with program staff, and with external parties, including both oral and written communications.**

**Rating: Meets**
**Narrative:**
Ms. Sewell prepares the DFM Weekly Report from the three DFM branch activity reports and edits them to convey the core point of the combined DFM detailed lengthy report which is well-focused for OMAP Management, DFM Director and OMAP staff in a timely manner. She communicates with ESA Program officials; Departmental personnel; DFM Director, OMAP staffs, and Division staffs effectively via written and oral communications. She has informed and discusses issues in a professional manner throughout this rating period. She is skillful in the use of Word and Excel software which enhances her abilities in this area and makes for a better presentation of information.

**Element #3. Technical Competence – Utilizing knowledge and skills to achieve quality customer service as well as actively seeking to improve knowledge and skills to increase the level of service provided.**

**Rating: Exceeds**
**Narrative:**

Ms. Sewell's performance for this element **exceeds** the standard during this rating **period. She** has extensive experience and institutional knowledge and has demonstrated the **ability to generate** consistently reliable financial documents including the monthly Object Class report, **the FLSA** Civil Money Penalty report, Working Capital Fund report and other ad hock reports. **She is** proficient in Excel and Word which enables her to compile various source documents. **Her** diligent performance has help Wage Hour Management, Back Wage Accountant, **and budget** analyst during year-end. Ms. Sewell completed a physical inventory for the Division **Director** during this fiscal year. In addition, she is always resourceful to the DFM Director, **(Acting** Director) and is always willing to share her institutional knowledge with co-workers **as well. Ms.** Sewell makes good use of her time and never leaves things until the last minute. Her **assignments** are always done promptly. She participated in an all employee Budget and Accounting Training Session this fiscal year.

**Element #4.  Provide aid and assistance to accountants and budget analysts within DFM by performing a variety of nonprofessional accounting and budget tasks and providing accurate and timely financial data.**

**Rating:  Exceeds**
**Narrative:**
Ms. Sewell's performance **exceeds** the standards for this element for this rating period. **Ms.** Sewell has successfully demonstrated the ability to produce reliable financial reports **throughout** the year.  She constantly works with budget analysts and accountant to verify the **accuracy of** financial data and reconcile discrepancies in an effective manner.  An example of this **was Ms.** Sewell's ability to provide the lead Budget Analysts, at a moments notice, a five year **history of** the Agency's Working Capital charges so that the lead Budget Analysts could prepare **a report for** ESA management in a timely fashion.  She also advised, recommended, and implemented **a** course of action to transfer FLSA Funds from Wage Hour to SOL without the processing of a **DL** 1-280.  She is called upon for assistance and advice by accounting staff as well **as budget** analysts.  She applies her knowledge effectively to edit the weekly reports from BBFI, BAFS, and BMRIC for OMAP Management.  Ms. Sewell recommends alternate courses of actions to resolve or head off potential problems.  Because of her experience, expertise, and work ethic, **her services** have been invaluable to DFM's operations.

**Element #5.  Provide DFM's budget, accounting and financial related administrative work to assist the Director of DFM.**

**Rating:  Exceeds**
**Narrative:**
Ms. Sewell's performance in this element **exceeds** the standard during this rating period.  Ms. Sewell consistently demonstrated the ability to generate reliable financial reports which includes the monthly Object Class report, the FLSA Civil Money Penalty report, Working Capital Fund report, and etc.  Ms. Sewell continues to maintain the quality and accuracy of her work products in a professional manner.  She analyzes the source documents and data thoroughly with care and immediately alerts the DFM Director (Acting Director), of any foreseen problems; also, she worked with budget analysts, accounting staff, and program staff during the year-end closing to head of any problems.  Ms. Sewell often takes the initiative to research the applicable laws and regulation materials for the Director and staff with the use of such research tools as the Treasury Financial Manual, and the DLMS, etc.  Ms. Sewell often did independent research regarding financial and regulator matters for the DFM Director.  This research was used as reference materials as needed.

## PERFORMANCE APPRAISAL PROCESSING

Name _Audrey Sewell_      SSN _____

Date Received _____      Pay Deciding Unit _____

Appraisal Type: [✓] 5-Inside  [ ] 9-Outside  [ ] 6-NCFLL  [ ] SES
                    [ ] 3-Supv/Manager

Effective Date: _10-21-2003_ .  **(Higher level reviewer's signature date)**

Rating:  [ ] 2-Outstanding  [✓] Q-Highly Effective  [ ] G-Fully Successful  [ ]

Date of Ending Period:  _9-30-2003_   **(End of fixed rating period)**

Start of Rating Period:  _10-1-2003_

Date of next rating period: _9-30-2004_

|  | Exceed | Met | Remarks |
|---|---|---|---|
| Critical      1 | ✓ | | |
| Critical      2 | | ✓ | |
| Critical      3 | ✓ | | |
| Critical      4 | ✓ | | |
| Critical      5 | ✓ | | |
| Critical | | | |
| Non-Critical | | | |
| Non-Critical | | | |
| Non-Critical | | | |

_2. Thomas_                     _11-18-2003_
**Reviewed By**                      **Date**