# EXHIBIT 27



# PERFORMANCE MANAGEMENT PLAN
# FOR NON-MANAGERS AND NON-SUPERVISORS

## General Information

Name: __Audrey Sewell__

Organization: __ESA/OMAP/DFM__

Appraisal Period: __05/02/2005__  To  __09/30/2005__

## Establishment of the Performance Management Plan

We have discussed this plan; written comments have ☐ have not ☑ been attached.

Employee: _[signature] Audrey V. Sewell_  Date: _5/4/05_

Rating Official: _Charlene Dunn_  Date: _5/2/05_

Reviewing Official: _Anne Baird-Bridge_  Date: _5/2/05_

## Mid-Term Progress Review Certification

The mid-term progress review has been conducted.

Employee: _[signature] Audrey V. Sewell_  Date: _5/4/05_

Rating Official: _____  Date: _____

## Performance Appraisal and Rating

| | | |
|---|---|---|
| ☐ | **Exemplary** | Exceed standards for all elements |
| ☐ | **Highly Effective** | Exceed standards for 50% or more elements but not all; meet standards for all other elements |
| ☐ | **Effective** | Meet standards for all elements and may exceed standards for less than 50% of elements |
| ☐ | **Minimally Satisfactory** | Need to improve performance for one or more elements |
| ☐ | **Unsatisfactory** | Fail to meet standards on one or more elements |

We have discussed this appraisal; written comments have ☐ have not ☐ been attached.

Employee: _____  Date: _____

Rating Official: _____  Date: _____

Reviewing Official: _____  Date: _____

DL 1-384
7/2003

| Performance Summary |
|---|

For each element, use an "X" to indicate the appropriate rating.
Element ratings:  E = Exceed, M = Meet, NI = Need to Improve, F = Fail

| ELEMENT | ELEMENT RATING ||||
|---|---|---|---|---|
|  | E | M | NI | F |
| Result 1   Analysis |  |  |  |  |
| Result 2   Communications |  |  |  |  |
| Result 3   Technical Competence |  |  |  |  |
| Result 4   Research, review and analyze reports |  |  |  |  |
| Result 5   Prepares financial reports |  |  |  |  |

**PURPOSE OF APPRAISAL:**    \_\_\_\_\_ **Interim Rating**    \_\_\_\_\_ **Rating of Record.**

**CONSIDERATION GIVEN TO OTHER RATINGS IN RATING OF RECORD:**
Any written performance information (including interim ratings and performance information on details or temporary reassignments/promotions) since the last annual rating of record will be taken into account in this rating of record. If these interim performance ratings or information impact the overall rating of record, explain fully in this space.

| Other Significant Accomplishments |
|---|

Comments:

DL 1-384
7/2003

| Elements | |
|---|---|
| | **1: Analysis** – Information gathering, assessment, problem solving, and the development of customer-focused recommendations. |

Performance meets the standard for this element when with few exceptions the incumbent performs the following:

- Analysis reflects detailed knowledge of the mission, functions, policies, and procedures of the organization and an understanding of the relationships among units at different levels in the organization.
- Identifies and evaluates alternatives, and makes sound and timely decisions, even in uncertain, complex, or sensitive situations and problems.
- Decisions involve complex issues, contribute to the mission, functions, policies, or procedures of the organization and impact the work and outcomes of an organization.
- Anticipates problems, and identifies and evaluates potential sources of information and generates alternatives to solve problems where precedents do not exist.
- Interprets or analyzes highly complex information to discern patterns, trends, and relationships and to draw conclusions by applying rules that involve many steps.
- The level of supervision required is appropriate to the grade level.

METHOD OF MEASUREMENT:

- Supervisor's review of written material such as tables, graphs, spreadsheets, reports, etc.
- Direct supervisory observation.
- Data accurately and adequately addresses the ESA's financial performance.
- Report and data provide recommendations for improvement.
- Feedback from affected parties within and outside ESA.

NARRATIVE:

RATING
☐ Exceeds described level of performance (narrative required)
☐ Meets described level of performance (no narrative required)
☐ Needs to improve in order to meet the level of performance in the standard (narrative required)
☐ Fails to meet described level of performance (narrative required)

**Elements**

**2: Communications** – Effective interaction with parties within OMAP, with program staff, and with external parties, including both oral and written communication.

Performance meets the standard for this element when with few exceptions the incumbent performs the following:

- Communicates, explains, or defends complex ideas or information to individuals or groups clearly and adapts to the audience's level of knowledge and need for information.
- Communications are well organized and reflect a detailed knowledge of the mission, functions, policies, and procedures of the organization and an understanding of the relationships among units at different levels in the organization.
- Actively listens to others and clarifies communications, attends to nonverbal cues, and responds appropriately.
- Composes documents or correspondence involving routine technical information, and adapts writing to the audience's level of knowledge and need for information.
- Establishes and maintains ongoing working relationships with management, other employees, internal or external stakeholders, and customers.
- Remains courteous when discussing information or eliciting highly sensitive or controversial information from people who are reluctant to give it.
- Effectively handles situations involving a high degree of tension or discomfort involving people who are demonstrating a high degree of hostility or distress.

METHOD OF MEASUREMENT:

- Supervisor's observations.
- Supervisor's review of written materials
- Feedback from parties with ESA, including OMAP and program staff, and with external parties

NARRATIVE:

RATING
☐ Exceeds described level of performance (narrative required)
☐ Meets described level of performance (no narrative required)
☐ Needs to improve in order to meet the level of performance in the standard (narrative required)
☐ Fails to meet described level of performance (narrative required)

| Elements | |
|---|---|
| | **3: Technical Competence** – Utilizing knowledge and skills to achieve quality customer service as well as actively seeking to improve knowledge and skills to increase the level of service provided. |
| | Performance meets the standard for this element when with few exceptions the incumbent performs the following:<br><br>- Job performance reflects knowledge that is acquired through formal training or extensive on the job experience.<br>- Works with, understands, and evaluates technical information related to the job; and advises others on technical issues.<br>- Shares information with customers and co-workers to facilitate meeting the needs of customers.<br>- Serves on and contributes to the mission of ad hoc or special purpose teams.<br>- Demonstrates a willingness to learn new tasks, learn new areas of knowledge, or take on additional responsibilities.<br>- Independently plans and executes tasks necessary to complete assignments.<br>- The time dedicated to an assignment is appropriate and properly managed and the final product is reflective of the effort expended.<br><br>METHOD OF MEASUREMENT:<br><br>- Supervisor's observations<br>- Supervisor's review of written materials such as reports, graphs, charts, spreadsheets<br>- Data accurately and adequately addresses the ESA's financial performance.<br><br>NARRATIVE: |
| | RATING<br>☐ Exceeds described level of performance (narrative required)<br>☐ Meets described level of performance (no narrative required)<br>☐ Needs to improve in order to meet the level of performance in the standard (narrative required)<br>☐ Fails to meet described level of performance (narrative required) |

DL 1-384
7/2003

| Elements |
|---|
| **4: Research, review and analyze financial reports.** |

Performance meets the standard for this element when with few exceptions the incumbent performs the following:

- Analyzes simple account or transactions accurately.
- Identifies errors and over estimates
- Resolves routine problems
- Refers more complex issues to Accountants and Budget Analysts
- Prepares reports and provides to Accountants and Budget Analysts
- Analyzes GSA Rent bills

METHOD OF MEASUREMENT:

- Supervisor's observations
- Supervisor's review of written materials such as reports, spreadsheets
- Reduction in the volume of errors
- Accuracy of GSA rent bills

NARRATIVE:

RATING:
☐ Exceeds described level of performance (narrative required)
☐ Meets described level of performance (no narrative required)
☐ Needs to improve in order to meet the level of performance in the standard (narrative required)
☐ Fails to meet described level of performance (narrative required)

| Elements | |
|---|---|
| | **5: Prepares financial reports and performs financial related administrative work for DFM** |
| | Performance meets the standard for this element when with few exceptions the incumbent performs the following:<br><br>- Reports accurately reflect financial status, and are used by ESA management in making financial decisions for the Agency<br>- Reports are prepared in a timely manner<br>- Collects and analyzes data and prepares special reports as assigned<br>- Researches financial issues and concerns<br><br>METHOD OF MEASUREMENT:<br><br>- Supervisor's observations<br>- Supervisor's review of reports, spreadsheets and supporting documentation<br>- Feedback from customers<br>- Accuracy of data<br>- Timeliness of completion<br><br>NARRATIVE: |
| RATING:<br>☐ Exceeds described level of performance (narrative required)<br>☐ Meets described level of performance (no narrative required)<br>☐ Needs to improve in order to meet the level of performance in the standard (narrative required)<br>☐ Fails to meet described level of performance (narrative required) | |

DL 1-384
7/2003

June 16, 2005

MEMORANDUM FOR CHARLENE DUNN
        Chief, Branch Budget Formulation
        and Implementation (Supervisor)
        Division of Financial Management
        Room S3201 - FPB

THROUGH:    ELEANOR LAUDERDALE
                   Head Steward for Local 12

FROM:         AUDREY L. SEWELL
                   ESA Employee, OMAP, DFM

This memorandum is to notify you that effective June 24, 2005, I am retiring from the U.S. Department of Labor (I moved up my retirement date).

Attached is the DL 1-107, signed Separation Clearance form, with attached ID, and keys, and a note to assist you in its completion, and the proof of the return of the computer loaned to me in 1999 during the Clinton Administration.

If you have any questions, please direct them to Ms. Lauderdale. I am still a member of Local 12 until COB June 24, 2005. You have my permission to direct any and all questions to her. At the present time, **I am dealing with a life and death health problem that will be monitored weekly by my Doctor.** Ms. Lauderdale has my permission to represent me by any means that she deems necessary.

I called you the mourning of June 15, and told you I had a doctor's appointment at 10:00am. As you know, I took sick in the office on June 13, 2005, and left 2 hours early, and I called you on June 14, from Flexiplace and informed you that I was on leave because I was very sick.

I left for you on June 15, 2005, a Disability Certificate from Ashesh D. Patel, M.D., dated June 15, 2005, listing what I was being treated for, and he has checked "Totally Incapacitated". He did not want me to return to the office to bring the disability certificate. He ordered an **immediate** change of environment for me in order to see if this would correct or improve the health problem.

When I gave Ms. Keller the Disability Certificate and the SF 71 (which I really did not need because I could have just mailed you the disability certificate) her involvement was limited to just take it, bend down, and put it under your door (I watched her do it), because I was unable to bend down and put it under your door myself. Ms. Keller did not read any of my private medical information and would not have known any of the medical details until you informed her of the exact nature of my medical condition via e-mails on June 15, 2005.

00167

/8-1

Charlene, people have medical emergencies every day, and they call in to their place of employment to verbally request the use of their earned leave. My case is no different. The only difference is, I hand carried the medical information to you, and filled out a form to request the use of my earned leave.

I will return to DOL as soon as my Doctor releases me, hopefully, and God willing, sometime during the first week of July 2005. At that time, I will clean off the desk, and pick up my personal effects (I would need the desk key returned or the desk unlocked to do this). In the meantime, I am sure that you will not have any problems assessing the hard drive on the computer I worked on. But, when I do return, I will be glad to answer questions, explain, and go over any work that any staff member has concerning any of my inherited duties.

Attachments

cc: Eleanor Lauderdale

2

000180

18-2

July 15, 2005

NOTE TO LARRY JARL
     Chief, Branch of Accounting

FROM:    AUDREY

RE:      BACKUP OF WORK

Larry, I have come in the office today to get my personnel belonging from the desk (Bettye got the key from Charlene).

As promised on July 6, enclosed are the backup disks for the Accounting Booklet, the FLSA Reporting (major adjustments needed to be made to June's report for funds that have been transferred from the region to the National Office that was mistakenly deposited by Regional personnel to other accounts), and other subjects, for a total of 5 disks. Although, the same information could have been retrieved from the hard drive of the computer that I used when employed there.

If you or any member of your staff have any questions, please feel free to call me at 202-667-3138. I don't view answering a question on a telephone as work and I really don't mind.

Attachments

19-1