**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AUDREY L. SEWELL )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>ELAINE L. CHAO )<br>)<br>  Defendant. )<br>_____) | Civil Action No. 06 CV 1534 (ESH) |

## **ORDER**

Upon consideration of defendant's Motion for Summary Judgment, plaintiff's Opposition thereto, and the record herein, it is on this ____ day of December, 2007, hereby

**ORDERED,** that defendant's Motion be and hereby is **DENIED**.

_____
Ellen S. Huvelle
United States District Court Judge

Copies to:

Lisa Alexis Jones, Esq.

Karen L. Melnik, Esq.