Sent: Wednesday, June 05, 2002 12:01 PM
To: 'pspolar@fenix2.dol-esa.gov'; 'Ann L. Baird-Bridges'; 'Pat Vastano'
Cc: 'winfield-arleen@dol.gov'; 'lcopen@fenix2.dol-esa.gov'; 'drake-larry@dol.gov'
Subject: RE: Non Receipt of an Appraisal for the Period Ending April 30, 2002

For the period ending April 30, 2002, Gary Thayer was my Supervisor. Gary Thayer completed my Appraisal and submitted it to Pat Vastano on May 1, 2002, for Higher Level Review. Pat Vastano has never supervised me, so, why would she be redoing my Appraisal a month after it has been completed and signed by the Supervisor of record? No one discussed making any changes with me! If there was something wrong with the Appraisal, why Pat did not consulted Gary before he left May 3, 2002, COB, so, that he could have made any changes that she felt should be made? <u>If this is a Age Discrimination tactic, to pressure me into retiring, it is not going to work! I will retire when I am ready!</u>

May I remind OMAP Management, of the Agreement Between AFGE Local 12, and the U.S. Department of Labor, of which ESA, OMAP is a part of, Article 23, Section 15 "Employee Review of Annual Appraisal", a. "The proposed appraisal must be discussed with the employee informally to avoid misunderstanding and possible inaccuracies (this was done by Thayer). Any resultant changes must then be made and discussed with the employee before forwarding it to the designated official (no changes were discussed). A copy of the appraisal forwarded to the reviewing official will be given to the employee (This was not done). b. "The employee has the right to respond in writing to the rating official concerning the content of the rating or the procedure used. Such written response is to be forwarded to the reviewing official along with the appraisal." Also, I want to remind the Director and Deputy Director, OMAP, of Article 23, Section 25. Assuring Deliverance of Performance Appraisal. a. "The Department will develop a system to notify employees at least 120 days before their performance appraisal is due (this was done by Thayer). Such notice will inform the employee in the unit of the date on which their appraisal is due, and right to grieve the non-receipt of the appraisal or the appraisal itself in accordance with Article 14 of the Agreement." Ann Baird-Bridges, Director, OMAP, set the deadline of May 31, 2002, for the rating period April 30, 2002, for ESA National Office and Regional Offices with OMAP Notice 02-11, dated March 12, 2002. First Paragraph "The rating period for non-supervisory personnel ends April 30, 2002. As such, we would like to remind you that appraisals for these employees should be completed by May 31, 2002." Did this OMAP Notice apply to me as a DOL-ESA employee? My last appraisal was signed May 21, 2001, and ended with the period 4/30/01, so why would this appraisal period not end 4/30/02? My appraisal was completed on time and discussed with me, by Gary Thayer before he retired May 3, 2002. It is June 5, 2002, and I am just being notified that someone other than the supervisor of record, is revising/changing the appraisal it without any discussion with me!

I will not be intimidated, or harassed. I have been with the Department of Labor, Employment Standards Administration for 30 years and I have worked hard for Labor over these 30 years! In that time I have never had to file a grievance or a discrimination complaint, but, I will if I have to.
During my thirty years with the Department of Labor, ESA, I have seem many an Administration come and go. I have had many supervisors, of all races, and no one has even complained to me about my performance. I can't say anyone in this case has complained either. That is the problem! Since Gary Thayer, the former Director, DFM, and Supervisor of record as of April 30, 2002, retired no one has mentioned the appraisal to me, until I inquired to the Acting DFM Director, on Monday, June 3, 2002. If this matter is not settled by COB today; I plan to have Local 12 to initiate an official grievance on my behalf concerning this matter. Management cannot just toss out the official appraisal and come up with another!

With this E-Mail message, I am requesting that I be provided today, a copy of the appraisal that Gary Thayer, the Supervisor of Record, completed for the period ending April 30, 2002, and gave to Pat Vastano on May 1, 2002. I am not requesting that it be signed off by the higher level reviewer.

2



000043