**U.S. Department of Labor**   Employment Standards Administration
Washington, D.C. 20210

12/17/04

| | |
|---|---|
| MEMORANDUM FOR: | AUDREY SEWELL |
| FROM: | PATRICIA J. VASTANO, Deputy Director, Office of Management, Administration and Planning |
| SUBJECT: | Written Reprimand for Inappropriate Behavior and Insubordination |

On December 6, 2004, in my capacity as Acting Director of OMAP during the Director's absence, I received a request from an ESA contractor, Mr. George Baily, who is a part of an assignment that the Director had given you earlier that morning before she left for the day. Mr. George Baily contacted me because he did not know whom the Director had assigned on the staff to work with him. He requested that I identify the individual so that he could meet with him or her. I identified you and sent you an e-mail (with a copy to the contractor) to clarify the original assignment that the Director had given you that morning and to explain the need for you to meet with the contractor.

Apparently, you received the contractor's e-mail contact to you before you received my message to you. You e-mailed me, forwarding the contractor's message and your response, and noted to me that you thought it was odd to receive my message attached to the contact from the contractor. In forwarding me this initial string of messages, you included your response to the contractor which included a line that said, "... As an ESA contractor, I am at odds as to why you have to meet with me. ..." When I read this, I called you on the phone to explain to you again, why it was necessary to meet with the contractor the next day. You barely let me get out any explanation before you interrupted me. When I began to reiterate the reason for the involvement of the contractor and to clarify the assignment (i.e., that you did not need to develop a new format but use the format that OASAM had already developed) you shouted at me and interrupted again telling me that the OMAP Director had given you this assignment and that she trusted you to develop the format. You went on to further shout at me telling me that I did not know what I was talking about and then you abruptly hung up. This behavior was inappropriate in the workplace and your refusal to follow instructions was insubordinate. Ten minutes or so later, at 1:46 p.m. on December 6th you sent a rude e-mail message to me. I responded at 3:24 p.m. with an e-mail message again trying to explain the reason for my phone call and I concluded it with the statement that, "It was rude and inappropriate for you to hang up on me." You responded at 4:27 p.m. stating that on the call you had



requested that I satisfy my instructions in writing and hang up the phone (this is true). This behavior was inappropriate in the workplace and your refusal to take any further instruction from me was insubordinate.

The next day, December 7th, at 9:47 a.m. I sent you another e-mail. It was brief. It reiterated that your message was inappropriate and not accurate. The message informed you that I would now be sitting in on your meeting with the contractor. You responded at 10:53 a.m. on December 7 with an e-mail to me (with a copy to the Director) that was inappropriate for the workplace, abusive, slanderous and totally without basis. Your message accused me of lying, harassment, and racism. Your unprofessional words and activities throughout this entire episode demonstrate disruptive workplace behavior, insubordination, and interference with the mission of our agency. You displayed conduct unbecoming a federal employee. In addition, the inappropriate behavior – the shouting and hanging up the phone; the refusal to take instructions; and the tone, language and disrespect in your e-mail messages demonstrated a complete disregard for me and for the chain of command in our organization. Your offenses relate to your lack of respect for authority and your inability to receive instruction in an appropriate manner. As the Deputy Director of OMAP, I expect everyone in the organization to be treated with respect and I hold you to the same standard. Your behavior on December 6th and 7th will not be tolerated now, nor will it be in the future. Failure to correct such inappropriate behavior and instances of repeated outbursts will result in disciplinary action up to and including dismissal. As mentioned at the outset of this memorandum I have attached the series of e-mail exchanges from December 6th and 7th to this memorandum.

This memorandum constitutes an official reprimand, which is being placed in your personnel file for a period not to exceed three years. It is in response to your inappropriate behavior on December 6 and December 7, 2004. Your behavior was inappropriate in the workplace, disrespectful to me as the Deputy Director of the Office of Management, Administration and Planning (recognized in labor law as having the prerogative to assign work and to determine the personnel by which the work will be conducted), slanderous, libelous and insubordinate. It was extremely disruptive to the mission of the Employment Standards Administration, and will not be tolerated now or in the future within the United States Federal Government. This reprimand not only outlines the intolerable behavior, but also serves as a warning to you that any repeat of similar outbursts and insubordination will result in disciplinary action up to and including removal.

This reprimand will be placed in your official personnel folder for a period not to exceed three calendar years. This reprimand may be grieved in accordance with the provisions of Article 43 of the <u>Agreement Between Local 12, AFGE, AFL-CIO and the U.S. Department of Labor.</u>

Attachments