**From:** Sewell, Audrey L - ESA
**Sent:** Tuesday, December 07, 2004 10:53 AM
**To:** Vastano, Patricia J - ESA
**Cc:** Baird-Bridges, Anne - ESA
**Subject:** RE: Reply

Pat, the message that I sent you yesterday, <u>was the truth, therefore, it is more than appropriate</u>. That is the problem in dealing with you verbally, you bend the truth. I have never in all of my days have met any one who bends the truth the way that you does. I don't know what this is about now, but, I feel it is harassment; for what reason, I don't know. While you use to harass me some time back, I don't know why you have started up again! If you continue these variable attacks, I am filing a compliant. What you don't understand or do not want to understand is, Afro American's have a brain also.

Pat, when you called me yesterday, in response to a cc of an e-mail message that I sent the contractor, whom I was looking for a response from, I told you that I did not know what you were talking about and that was the truth. You did not want to hear anything that I had to say! You said "you were speaking for the contractor". <u>I hung up the phone after telling you to put in writing whatever you were requesting, because I was not going to continue to be harassed on the telephone!</u>

It was not until the end of the day, that I realized from Anne's message that I was to have received some type of electronic booklet from her Assistant. I never received any electronic booklet, and never received an e-mail from Vivian yesterday. So, I guess that was what you were talking about, and assumed that I had! Nevertheless, that is neither here nor there, you should have known something was wrong, and that did not give you the right to talk down to me as if I was your dog! I am not your dog.

-----Original Message-----
**From:** Vastano, Patricia J - ESA
**Sent:** Tuesday, December 07, 2004 9:47 AM
**To:** Sewell, Audrey L - ESA
**Subject:** RE: Reply

This message is inappropriate, Audrey, and not accurate. I will be sitting in on the meeting today with you and George Baily.

Patricia J. Vastano
Deputy Director
Office of Management, Administration and Planning
Employment Standards Administration
U.S. Department of Labor
200 Constitution Avenue, NW -- Rm S-3201
Washington, DC 20210
Phone: 202-693-0319/Fax: 202-693-1451
E-mail: vastano.patricia@dol.gov

-----Original Message-----
**From:** Sewell, Audrey L - ESA
**Sent:** Monday, December 06, 2004 4:27 PM



EXHIBIT F