## DOL/Local 12 Standard Grievance Form

**GRIEVANT'S NAME:** Audrey Sewell   **AGENCY:** ESA

### Step 1 Information

**Official Presented To:** Anne Baird-Bridges   **Agency:** ESA

**Local 12 Representative:** Linda Copening   **Agency:** ESA

**Date of Alleged Violation (or continuing):** Continuing

**Basic Facts:** Ms. Anne Baird-Bridges has fostered a hostile work environment against the grievant. Ms. Baird-Bridges has discriminated against the grievant on the basis of age.

**Signature of Grievant:** *Audrey L. Sewell*   **Date Filed:** 12/20/04

**Date of Receipt and Initials:** _____

### Step 2 Information

**Official Presented To** _____   **Agency:** _____

**Local 12 Representative:** _____   **Agency:** _____

**Additional Information:**

**Alleged Violations of Contract Article(s) and/or Regulations:** _____

**Remedy Sought:**

**Signature of Grievant:** _____   **Date Filed:** _____

**Agency Chief Steward's Initials:** _____   **Date of Receipt and Initials:** _____



EXHIBIT H

B1 6 of 20