Sewell, Audrey L - ESA

| | |
|---|---|
| From: | Baird-Bridges, Anne - ESA |
| Sent: | Wednesday, March 30, 2005 3:41 PM |
| To: | Sewell, Audrey L - ESA |
| Cc: | Vastano, Patricia J - ESA; Jarl, Larry D - ESA; Dunn, Charlene |
| Subject: | Distribution of Reports and Analysis |
| Importance: | High |

*Anne Baird-Bridges, Director*
*Office of Management Administration and Planning*
*202-693-0608*
*202-693-1451 fax*



Audrey,
When you complete your review of the Detailed Fund Report please give a copy to Charlene and Larry. George will return the February report to you with your comments so that you can distribute to Charlene and Larry. I also want to have a written analysis to accompany each report in the future. George will work with you on a format for summarizing your findings. If you have questions please let me know.
Thanks!
Anne



06/10/2005

000120    2-1