AFFIDAVIT

DISTRICT OF COLUMBIA:

I, Larry Jarl, made [make] the following statement freely and voluntarily to Jeffrey Juster, who has identified him/herself to me as a Contract EEO Investigator for the U.S. Department of Labor, investigating a complaint of discrimination filed by Audrey Sewell, knowing that this statement may be used in evidence. I understand that this statement is not confidential and may be shown to the interested parties (those with a legal right to know). I hereby solemnly swear or affirm:

1. I was [am] the Accounting Officer, GS-15, for the Division of Financial Management (DFM). As Accounting Officer, from [From] about November 2004 to October 2005, I was also [the Chief of the Branch of Accounting and] Financial Services (BAFS). I have been in DFM for about twenty years. I have worked for DOL for about thirty-three years.

2. I was born in 1950.

3. In about May 2005, Audrey Sewell was reassigned to the Budget Formulation & Implementation [Integration] Branch (BBFI) [BIB]. At about the same time Vicente Sanabria, a Budget Analyst in BBFI [BIB], was reassigned to BAFS. Vicente was an Accountant. Before coming to DFM, he had been working as an Accountant in CFO and then worked in [headed up] the space rent program for OASAM [OSAM]. When he came to BBFI [BIB], he was given responsibility for, among other things, the space rent report which he was very familiar with from his work in OASAM [OSAM]. Vicente had developed a number of spread sheets which he used in formulating the monthly space rent report for BBFI [BIB]. I have never been involved with the space rent report and am not familiar with exactly how it is put together each month. I am not sure if the level of detail Vicente used to generate the report was absolutely necessary but the report itself was not straight forward and required whoever did it to make changes at the accounting code level. Once someone learned to do the space rent report it was not complicated. However, to someone who had never done the report before, it would have looked complicated.

Page 1 of 4

EXHIBIT J

Initials _____

F5 1 of 4

4. I don't recall there being any issues regarding Vicente's availability to provide training to Audrey on how to do this task. Vicente met with Audrey several times to explain his process for putting together the space rent report. However, Vicente was a GS-13 and had done the report for a number of years while Audrey had never done it and was not at the same grade level or in a professional series. It was clear that it would take Audrey time to master the new task. I like Audrey. From my experience working with Audrey, she was fully capable of doing the space rent report if she was given enough time to learn how. I had always found Audrey willing to take on new tasks even ones that were repetitious and, once she had learned how to do the task, Audrey worked quickly ~~but~~ was very thorough and her work product was good.

I have read this statement, consisting of 3 pages, and it is true, complete, and correct to the best of my knowledge and belief.

_____
                Signature

_____2-7-2006_____
                Date

Signed and sworn to before me
on this _7_ day of _February_, _2006_,
at _12:30 PM_____.

_____
Neutral witness, notary, or Investigator

Page 3 of 4        Initials

**PRIVACY ACT NOTICE TO EEO COMPLAINT INTERVIEW WITNESSES (OTHER THAN COMPLAINANT) FOR DISCRIMINATION COMPLAINT INVESTIGATION INTERVIEW**

### GENERAL

This information is provided pursuant to Public Law 93-579 (Privacy Act of 1974), December 31, 1974, for individuals supplying information for inclusion in a system of records.

### AUTHORITY

The authority to collect the information requested by affidavit, statement or other type of testimony is derived from one or more of the following:

Title 5, Code of Federal Regulations, Sections 5.2 and 5.3; Title 29, Code of Federal Regulations, Section 1613/1614; Title 5, United States Code, Sections 1303 and 1304; Title 42, United States Code, Section 2000e-16; and Executive Order 11478, as amended.

### PURPOSES AND USES

The information you supply will be used along with data developed to resolve or otherwise determine the merits of the equal employment opportunity (EEO) complaint of discrimination and/or reprisal. This information may be furnished to designated officers and employees of agencies and departments of the Federal Government in order to resolve or otherwise determine the merits of the EEO complaint of discrimination and/or reprisal. The information may also be disclosed to any agency of the Federal Government having a working relationship with regard to Equal Employment Opportunity Commission activities, or to others for uses as published in the Federal Register.

### EFFECTS OF NON-DISCLOSURE

Disclosure of the information sought is voluntary; however, failure to furnish the information will result in a direction by the head of the agency, or his/her designated representative, to produce or provide such information as is available. Failure to provide the information at that time may result in the initiation of disciplinary proceedings against you up to and including removal. Applicants in such cases may be refused employment.

Disclosure of information by present or prospective Government contractors is also voluntary, although failure to furnish the above requested information where the contract so provides may result in administrative sanctions, including disqualification to enter into a contract or termination of an existing contract.

_____    _____
Signature of Interviewer            Signature of Affiant

_____    _Washington D.C._____
Date                                Place