# AFFIDAVIT

STATE OF VIRGINIA:

I, Vicente Sanabria, make the following statement freely and voluntarily to Jeffrey Juster, who has identified him/herself to me as a Contract EEO Investigator for the U.S. Department of Labor, investigating a complaint of discrimination filed by Audrey Sewell, knowing that this statement may be used in evidence. I understand that this statement is not confidential and may be shown to the interested parties (those with a legal right to know). I hereby solemnly swear or affirm:

1  I worked for DOL for about sixteen years. In a meeting on about April 18, 2005, I was informed by management that I was being reassigned from my position of Budget Analyst, GS-13, in the Budget Formulation and Implementation Branch, to the position of Accountant, GS-13 [Systems VS], in the Accounting and Financial Services Branch. The reassignment was effective May 1, 2005. I am an Accountant by profession. In about September 2005, I left DOL to take a position with another Federal agency. My home telephone number is 703-426-0834.

2.     My date of birth is February 23, 1968.

3.     One of my duties as a Budget Analyst was to produce the monthly [GSA VS] space rent report. At the time that I was reassigned to the Budget [Accounting VS] Branch, Audrey Sewell and Betty [Kimberly VS] Keller were reassigned to the Accounting [Budget VS] Branch. At about that same time, Kim Bassett, a GS-14, came to the Budget Branch from another part of DOL [Federal agency]. A few days after I was told of my reassignment, I was informed that Ms. Bassett would be taking over my duties. However, after Ms. Sewell moved to the Budget Branch on about May 1, 2005, she came to tell me she had been informed she would have the space rent report assignment. Ms. Sewell asked me for training in how to do the report. I wanted to assist her, but I was trying to learn my new job. Ms. Bassett and others also came to me for guidance or training on some of my other former assignments that she had

Page 1 of 4 [80?]


EXHIBIT K

Initials VS

F6 10f4

take over. I was also juggling my own responsibilities for the Brannan Building to help

Ms. Sewell and Ms. Bassett. I worked with my new supervisor, Larry Jarl, to try and find time to

help them while at the same time get my own work done.

4. Ms. Sewell had worked on the space rent report about seven years before. When she came and told me she had been assigned to do it, I explained that I had developed procedures for the report but they needed to be updated because since they had been drafted I had tried to automate the process of producing the report as much as I could using programs like ACCESS and EXCEL. Since my reassignment was unexpected, I had to find some time to revise the procedures. It took me several days to do it. In order to do the report, I needed to access a GSA database. (I downloaded the database from GSA in a text format and then used ACCESS to make it readable). I told Ms. Sewell she needed to obtain a user identification and a password from GSA. I warned her that she needed to stay on top of GSA to make sure she got them. It could take GSA two or three weeks to send you the information. GSA kept changing its requirements. I know at some point the user identification and password were case sensitive. I cannot remember if that was the case in May 2005.

5. I tried to schedule training for Ms. Sewell but Mr. Jarl would give me assignments of GSA ✓VS higher priority that prevented me from training her. I can recall I met with her on the space rent VS report at least ~~once maybe~~ twice (once in my cubicle and the second time with Larry Jarl, Audrey Sewell and Kimberly Bassett) VS. I felt we had to take baby steps because Ms. Sewell was not used to this type of transaction. As I recall, we had another meeting scheduled for training but Ms. Sewell took ill and then retired so she did not receive the training. I met with Mr. Jarl and Ms. Bassett for the training the required VS.

6. I believe that with training Ms. Sewell would have been fully capable of learning the GSA space rent reports. George ~~Bailey~~ Baily VS was a contractor. He trained Ms. Sewell to do the detail fund

Page 2 of ~~4~~ or       Initials VS

tb 20v4

reports, 02:00, which kept track of documents (accounts payable) monitored us against *Bailey vs* that were not normal, or did not appear to be good patterns. Mr. Bailey praised Ms. Sewell's ability to learn and take over that job. If she could learnt the detail fund report she could also learn the space rent report.

I have read this statement, consisting of 3 pages, and it is true, complete, and correct to the best of my knowledge and belief.

_Vicente Sanabria_
Signature

_January 30, 2006_
Date

Signed and sworn to before me
on this 30th day of _January, 2006_,
at _Alexandria, Virginia_.

_Heidi Mesa_
(Neutral witness) notary, or Investigator

Page 3 of 4

Initials _VS_

PRIVACY ACT NOTICE TO INTERVIEW WITNESS (OTHER THAN COMPLAINANT)
FOR DISCRIMINATION COMPLAINT INVESTIGATION INTERVIEW

### GENERAL

This information is provided pursuant to Public Law 93-579 (Privacy Act of 1974), December 31, 1974, for individuals supplying information for inclusion in a system of records.

### AUTHORITY

The authority to collect the information requested by affidavit, statement or other type of testimony is derived from one or more of the following:

Title 5, Code of Federal Regulations, Sections 5.2 and 5.3; Title 29, Code of Federal Regulations, Section 1613/1614; Title 5, United States Code, Sections 1303 and 1304; Title 42, United States Code, Section 2000e-16; and Executive Order 11478, as amended.

### PURPOSES AND USES

The information you supply will be used along with data developed to resolve or otherwise determine the merits of the equal employment opportunity (EEO) complaint of discrimination and/or reprisal. This information may be furnished to designated officers and employees of agencies and departments of the Federal Government in order to resolve or otherwise determine the merits of the EEO complaint of discrimination and/or reprisal. The information may also be disclosed to any agency of the Federal Government having a working relationship with regard to Equal Employment Opportunity Commission activities, or to others for uses as published in the Federal Register.

### EFFECTS OF NON-DISCLOSURE

Disclosure of the information sought is voluntary; however, failure to furnish the information will result in a direction by the head of the agency, or his/her designated representative, to produce or provide such information as is available. Failure to provide the information at that time may result in the initiation of disciplinary proceedings against you up to and including removal. Applicants in such cases may be refused employment.

Disclosure of information by present or prospective Government contractors is also voluntary, although failure to furnish the above requested information where the contract so provides may result in administrative sanctions, including disqualification to enter into a contract or termination of an existing contract.

_____        _Vicente Sanabria_____
Signature of Interviewer                Signature of Affiant

_January 30, 2006_____        _Alexandria, Virginia_____
Date                                    Place