*Rec'd in ESA HR Office on 4-12-05 from Dennik (Galen Yoder)*
*N. White*

**American Federation of Government Employees**
*Local No. 12, AFL-CIO*

April 7, 2005

Ms. Sandy Keppley
Director
Office of Employee and
  Labor-Management Relations
OASAM
200 Constitution Ave., NW
Washington, DC 20210

Re: L12-ARB-05-15 (Audrey Sewell, Letter of Reprimand, filed on December 17, 2004)

Dear Sandy:

Pursuant to Article 43 of the CBA, we are invoking the above-referenced matter to arbitration.

Please contact me should you have any questions.

Sincerely,

Alex Bastani
Executive Vice President

March 20, 2005 Contract Case 1



EXHIBIT
M

B\ 5 of 20

200 Constitution Avenue, NW, N-1501, Washington, DC 20210, 202/219-6941, 202/219-6804(fax)