Sewell, Audrey L - ESA
___

**From:** Sewell, Audrey L - ESA
**Sent:** Friday, April 08, 2005 3:16 PM
**To:** Baird-Bridges, Anne - ESA
**Cc:** Copening, Linda M - ESA
**Subject:** RE: 2pm Meeting in S3215-C

Anne:

The entire office heard you yelling at me today, around 1:05 pm, 4/8/05, concerning what you perceived as my lack of acknowledging receipt of two e-mails that you sent, which was not true! The individual, who came to my desk to attempt to provide assistance after overhearing the commotion, was over on the entire end of the office. You stated that I would not stop talking and listen to the issue. That is not true, and everyone in here knows it. After you accuse me of not sending you a receipt, I was trying to explain to you how the e-mail works at my desk, but, you did not want to hear about it, and that is why I asked you to listen to me also. If fact, this "you listen to me" and pointing your finger in an employee's face is downright frightening and degrading.

I hope the ESA desk person explained to you how ESA's e-mail system works.


-----Original Message-----
From: Baird-Bridges, Anne - ESA
Sent: Friday, April 08, 2005 1:51 PM
To: Sewell, Audrey L - ESA
Cc: Copening, Linda M - ESA
Subject: RE: 2pm Meeting in S3215-C

Audrey,
First, I did not yell at you. You would not stop talking to listen to the issue. My concern is that I am not able to determine if you have received a message that I sent to you. The specific reason I asked you to call the Help Desk is because you said your system didn't work as others. That is what the Help Desk is for – to resolve problems. Obviously there is a problem with your system. I have talked to the Help Desk staff and explained the problem. The issues I asked the Help Desk to address are:

1. The delay in your receiving messages as compared with other staff who were sent the same message at the same time.
2. That your machine does not give you a pop up that gives you the option of sending a return receipt
3. That your machine does not automatically generate acknowledgement of receipt of message when it is opened. The Help Desk staff member, Vicent, also does not get the pop up box but when he opened the message I did get a receipt acknowledging that he got the message.

They will look into in and resolve the issue.

Anne
-----Original Message-----
From: Sewell, Audrey L - ESA
Sent: Friday, April 08, 2005 12:59 PM
To: Baird-Bridges, Anne - ESA
Cc: Copening, Linda M - ESA
Subject: RE: 2pm Meeting in S3215-C


EXHIBIT

B1 70/20