April 11, 2005

To Whom It May Concern:

On Friday, April 8, 2005, around 1:05 p.m., I was coming in the office and heard Anne Baird Bridges talking in a manner to Audrey Sewell that wasn't professional at all. I also, observed her pointing her fingers toward her, along with Elaine Stone, we went into the kitchen area, and could still hear Ms. Bridges, very loudly and stating to Ms. Sewell that she needed to listen to her and wouldn't let Ms. Sewell get her point out to her.

**I DO NOT WANT MY NAME TO BE USED IN THE DEPARTMENT OF LABOR BECAUSE OF REPRISAL AT A LATER DATE.**

*Bettye A. Keller*

BETTYE A. KELLER
202-693-0368


EXHIBIT

To Whom It May Concern:

On Friday, April 8, 2005, in the afternoon, as I was entering the office through the side door near the appliance area, I noticed a staff person, Bettye Keller, looking out from the open entry of that cubicle. As I look at her, I heard very loud voices in the next cubicle over from where Bettye was standing. I could hear two females raising their voices at each other. As I walked down one isle to approach my cubicle which passing the isle where the voices could be heard, I happen to notice whose the voices belongs to Ms. Audrey Sewell and Ms. Anne Baird-Bridges. As they were loudly talking over each other, Audrey ask Ms. Baird-Bridges to be quiet and listen then Ms. Baird-Bridges, as she bend over leaning toward Audrey, raised her voice even louder and repeat what Audrey had just requested of her, she explained what she wanted from Audrey. Then another co-worker approached me about the bickering and walked around the entire office to se who were having the disagreement.

Elaine Stone

P. S.

I prefer to stay as an anonymous patron on this matter, in a lieu to possible unjust consequents that may be engage o this patriot.