**From:** Dunn, Charlene
**Sent:** Monday, April 04, 2005 4:41 PM
**To:** Sanabria, Vicente - ESA; Stone, Elaine B - ESA; Countiss, Margaret C - ESA; Jennings, Todd L - ESA; Bowens, Barbara A - ESA
**Subject:** Working with Kim

Kim will be shadowing each one of you during the next month, in order to understand your programs. She will be spending 3-5 hours per day, as you go through your normal work routine. She will begin with:

Vicente----April 5-April 8

Barbara---April 11-13

Margaret---April 18-20

Elaine----April 21-22

Todd---April 25-26

http://netmail.verizon.net/webmail/servlet/HttpNimletDriver?nimlet=ManageEmailDetailN...  7/17/2005

*Charlene Dunn ordered this Training in this Dorm for the 30 year old Analyst!*



000103

10-4