# EEO COUNSELOR'S SUMMARY REPORT

**Complainant's Name**          Audrey Sewell

Place of employment           ESA – 200 Constitution Ave. NW
                              Washington, DC, Room S-3201
Work phone                    202-693-0415

Home Phone                    (202) 667-3138

Home Address                  1301 7th. Street, NW # 315
                              Washington, DC 20001

**Chronology of EEO Counseling**

Complainant made initial contact with    Ms. Lillian Winstead on April 11, 2005

Date complaint assigned to counselor:    April 22, 2005

Date of initial interview:               April 29, 2005

Date of alleged discriminatory event:    April 8, 2005

Date of Final Interview                  May 13, 2005

Date counseling report submitted:        May 13, 2005

**Basis for alleged discrimination**

Age: 63

**Remedy (ies) complainant requested to resolve the complaint**
Ms. Sewell wants ESA to cease efforts to make her retire before she is willing to do it. Also to ask them not to use work as harassment to reach their objective.

**EEO counselor's checklist (CRC-2 Rights and Responsibilities Letter)**
On April 29, 2005 a copy of the rights and responsibilities letter was given to Ms. Audrey L. Sewell and discussed the rights and responsibilities with her.

**Description of the Issues Counseled**
Ms. Sewell alleges that on April 8 2005 her supervisor came up behind her started yelling at her concerning two recent e-mail messages that her supervisor was supposed to have sent her. Also Ms. Sewell alleges that efforts are being made to force her to retire, and that she has been harassed by being giving assignments that which are difficult for her grade level.



EXHIBIT Q    000008

R_ 5/13/05

Whether ESA discriminated against Audrey L. Sewell on the basis of age (63) by attempting to *force her to retire before she is choosing to do so* or by using work as a tool of harassment.

### Summary of interviews

### Interview on 05/03/05 with Anne Baird-Bridges, Director Office of Management Administration and Planning
### ESA – Telephone #   202-693-0608

Ms. Baird-Bridges stated, in response to Ms. Sewell's allegation of the finger pointing incidence that it did not happen. Ms. Baird-Bridges added that Ms. Sewell had been given assignments that fall within the standards for her grade level. As far as her work performance Ms. Sewell has met the standards for her position. She mentioned that her communication skills are not the best when it comes to dealing with her co-workers, her attitude is causing the problem.

### Resolution Efforts during Informal Stage

### Final Interview with Ms. Audrey L. Sewell
On 05/13/05 a resolution had not been achieved during the informal stage and Ms. Sewell was given her "Notice of Right to File a Complaint" and a formal complaint form.


Jose A. Figueroa, EEO Counselor
National Office
Washington, D.C.
(202) 693-4023

May 13, 2005