Sewell, Audrey L - ESA

| | |
|---|---|
| From: | Baird-Bridges, Anne - ESA |
| Sent: | Sunday, April 17, 2005 10:05 AM |
| To: | Sanabria, Vicente - ESA; Sewell, Audrey L - ESA; Keller, Bettye A - ESA |
| Cc: | Dunn, Charlene - ESA; Jarl, Larry D - ESA; Vastano, Patricia J - ESA; Copening, Linda M - ESA |
| Subject: | Meeting |
| Importance: | High |

*Anne Baird-Bridges, Director*
*Office of Management Administration and Planning*
*202-693-0608*
*202-693-1451 fax*



Vicente, Audrey and Bettye,
I'd like to meet with you Monday, April 18th at 10:00am in our conference room.
Thanks!
Anne



000094

06/10/2005