IMO-R-129



# Informal
complaint of discrimination



**U.S. Department of Labor**
Office of the Assistant Secretary for Administration and Management
Civil Rights Center

Note: Complete this form, sign it, and return it to the EEO Counselor within 2 work days of your initial contact with the Counselor. See back for additional information and for help in completing this form.

**1a. Name** Audrey L. Sewell

**2. Job title and grade** Financial Mgmt. Specialist GS-11

**1b. Anonymity—** ☐ I would like to remain anonymous.   ☒ I do not care to remain anonymous.

**3a. Home address** 1301 7th Street, N.W., #315 Washington, D.C. 20001

**3b. Office address** MDOL, ESA, OMAP, DFM Rm. S3201

**4. Telephone, including area code, extension**
home 202-667-3158
office 202-693-0415

**5. Bases of your complaint** (Check as appropriate and specify where a blank is provided):

☐ race ___   ☐ religion ___   ☐ sex ___
☐ color ___   ☒ age  63   ☐ sexual orientation*
☐ national origin ___   ☐ disability ___
☐ reprisal ___

Please specify the prior EEO activity in which you were involved and the date.

*Protected by Executive Order, not by federal statute. Claimants on this basis may request a final decision, but have no hearing or appeal rights.

**6. Specify the action(s) that gave rise to this complaint.** (Please use the back of this page if needed, and check here ☐ if continued on back.)

Date(s) | Specific action(s)
April 8, 2005 | See Attachment #1

**EXHIBIT**
T

**7. Please specify remedy(ies) you believe will resolve your complaint.**

See Attachment #2

**8. Person you first contacted on this matter:** ☐ an EEO Counselor   ☐ a Civil Rights Officer   ☐ the National Coordinator of Counselors

**9. Date of contact** 4/11/05   **10. Person's name and telephone** Ms. Linda Copenins - 202-693-8135

**11. Have you filed a complaint on this same matter with:** Not this Incident Age Discrimination

☐ Administrative grievance system?
☒ A union (specify  Local 12 )?
☐ Merit Systems Protection Board (MSPB)?

If yes, date(s) of other filing(s): 12/20/04

**12a. Representative's name** Linda Copenins
**12b. Representative's address** DOL
**12c. Representative's telephone** 202-693-0135

**Date** 4/18/05   **Signature** Audrey L. Sewell

APR 19 2005

CRC use only   Date received  4/19/05   Issue ___   IM# ___