IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AUDREY L. SEWELL            )
                            )
    Plaintiff,               )
                            )
    v.                      ) Civil Action No. 06 CV 1534 (ESH)
                            )
ELAINE L. CHAO              )
                            )
    Defendant.              )
_____)

## DECLARATION OF AUDREY SEWELL

I, Audrey L. Sewell, do hereby declare and state under the penalty of perjury:

1. I am over eighteen years of age.

2. I am the plaintiff in the above titled action.

3. On June 15, 2005, I received a call from Linda Copening, my Local 12 representative from the American Federation of Government Employees. During that call, Ms. Copening informed me that she had received a telephone call at home from Anne Baird-Bridges. Ms. Baird-Bridges wanted more information concerning my June 15, 2005, request for leave and accompanying medical certificate.

4. I spoke with Ms. Copening about my leave and informed her that I had decided to retire immediately.

5. On June 16, 2005, I again spoke with Ms. Copening by telephone. Ms. Copening informed me that she had spoken with Ms. Baird-Bridges and that Ms. Baird-Bridges's was approving my request for sick leave. Ms. Copening informed Ms. Baird-Bridges that I would be retiring immediately. Ms. Copening then informed me that Ms. Baird-Bridges asked Ms.

1



Copeling to tell me that she would withdraw the letter of reprimand if I withdrew my EEO complaint against her.

6. At the time of my retirement and constructive termination, I believed that I would lose all of my retirement benefits, including any annuity, health benefits and life insurance, if I had been removed from service. I knew that I would receive back what I paid into the retirement system.

7. I knew of no "unwritten practice" that allowed an individual to retire or resign in lieu of removal.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

12/6/07
Date

*Audrey L. Sewell* (signature)
Audrey L. Sewell