- DFM has undergone a number of changes in the past year
    - Staff retirements
    - Staff departures for other organizations
    - A number of new initiatives and increasing demands on us
    - Filled critical vacancies
        - Budget and Accounting Branch Chiefs
        - Senior Budget Analyst
        - DFM Director still vacant
            - Don't anticipate filling quickly

- Have looked at how best to manage DFM given the current circumstances
    - Reviewed organizational structure
    - Looked at position descriptions
    - Looked at workload
    - Looked at staff skills

- Determined that reassignment within DFM is the best way to address the organizational needs

    - Asked you to meet as a group so that everyone hears at the same time
    - Reassignments are not adverse actions since they are at the same grade level
    - Reassignments will be effective **May 1, 2005**
        - Vicente will be assigned to the Branch of Accounting and Financial Systems as an Accountant
            - Position description is being revised and will be given to you prior to that date
            - You are an Accountant
            - You've indicated that Budget work is not what you enjoy
        - Audrey and Bettye will be assigned to the Branch of Budget Formulation and Implementation
            - No change in position descriptions except location
    - Vicente and Bettye will be relocated
        - Bettye to the cube in front of Audrey
        - Vicente to the cube where Grace used to sit
    - WebPars actions will be initiated after the payroll migration
    - Your new supervisors will give you performance standards and discuss your expected performance with you prior to May 1st



ALL-STATE LEGAL®   EXHIBIT

V

Recd by D 7/31/07