Sewell, Audrey L - ESA

| | |
|---|---|
| From: | Sewell, Audrey L - ESA |
| Sent: | Wednesday, June 08, 2005 9:44 AM |
| To: | Dunn, Charlene - ESA |
| Cc: | Copening, Linda M - ESA; Drake, Larry - UNION |
| Subject: | Retirement |

Tracking:

| Recipient | Delivery | Read |
|---|---|---|
| Dunn, Charlene - ESA | Delivered: 06/08/2005 9:44 AM | |
| Copening, Linda M - ESA | Delivered: 06/08/2005 9:44 AM | |
| Drake, Larry - UNION | Delivered: 06/08/2005 9:44 AM | Read: 06/08/2005 1:03 PM |

MEMORANDUM FOR:   Ms. Charlene Dunn (Supervisor)
                            Chief, Branch of Budget Formulation
                            and Implementation
                            U.S. Department of Labor
                            Employment Standards Administration
                            Division of Financial Management

FROM:                   Ms. Audrey L. Sewell
                            Financial Management Specialist

RE:                          Retirement



EXHIBIT 4

At a time when most Department of Labor Employees were having mid-term reviews (OMAP Notice 05-06) dated March 23, 2005, I was given new standards, dated May 2, 2005, prepared by Anne Baird-Bridges, Acting Director, for the Division of Financial Management, and the Director, Office of Management Administration and Planning and my acting supervisor until May 1, 2005.

For the most part, one could read and apply the standards to just about any subject. What little that was spelled out in the standards, was new duties added that I had never performed or been trained to perform. These standards lead me to see the handwriting on the wall.

**While I would have loved to have worked here at the U.S. Department of Labor, for two more years. Due to the fact that I feel that I still have the knowledge and skills to contribute to the Department's mission; but, the work environment has become such, that I do not feel that I can effectively contribute; therefore, as I stated on the telephone on Tuesday, June 7, 2005, I plan to retire from Federal Service after 33 years of service, effective September 3, 2005.**

The above final decision was made by me after you placed a telephone call to me on June 7, 2005, via speakerphone with your lead Budget Analyst present concerning the GSA Space Rent automated report(s) which you stated had not been prepared for May 2005. You knew I did not have the experience or training to retrieve the needed information from GSA's database to prepare the reports.

After Ms. Baird-Bridges transferred my position to your Branch via memorandum dated April 18, at an emergency meeting she called on April 18, the subject of the Space Rent was discussed at your May 4, 2005, meeting in which I was present as well as others, including Anne Baird-Bridges, you were informed by me when the subject of Space Rent came up that I did not know anything about the automation and the

06/10/2005

current preparation of the space rent reports. I also informed you that the last time that I participated in the preparation of the reporting on the agency's space rent changes it was a manual function.

Also, at the May 4, 2005, meeting, I was presented, by you, the standards that Ms. Anne Baird-Bridges had said she was preparing at a March 14, 2005, meeting in which she had directed me to meet with her to discuss the standards. At that meeting Linda Copening, ESA's Local 12 First Vice-President was present. When Anne Baird-Bridges stated that she was preparing my standards to match my Position Description, Ms. Copening question her as to how many other Department of Labor employees duties match their Position Descriptions because employees duties changes over time. Anne Baird-Bridges did not comment on that question. It was at that meeting that Anne Baird-Bridges stated that she was taking the Space Rent project from the GS 13 Budget Analyst and assign it to me; although the Budget Analyst was not informed of this until April 18, 2005, at the emergency meeting. I was not told to get with him for training until your May 4, 2005, meeting and this was after he had been transferred to his new position on May 1, 2005, and in training himself.

Anne Baird-Bridges could have asked him to train me as far back as March 2005, when he had time to do the training, but, she did not. As you know, when Anne Baird-Bridges was asked at the April 18, 2005, emergency meeting, as to why she had not discussed the transfer of the GS 13 Budget Analyst with the Budget Analyst in advance, she stated that "she did not believe in discussing anything with an employee when regardless of what they had to say, it would not effect the outcome". With that attitude, I feel it is neither the Budget Analyst's fault nor my fault that I was not trained in time to produce the May electronic Space Rent Reports. As I stated in our June 7, 2005, telephone conversation, I am not going to participate in the direct harassment or indirectly harassment of the former Budget Analyst in forcing him to train me in the automated space rent assignment. I feel that the former budget analyst is doing the best that he can given the circumstances of being in training himself and learning a new job with deadlines of his own to meet. He did take time to give me an overview and I feel when he got to a certain point in his own training, he would get back to me and he did. We had planned to start again on Friday, June 10.

Given these facts, the only duty that Anne Baird-Bridges have spelled out in my new standards to rate me upon on September 30, 2005, (with no input from me) is **Space Rent**. The one duty that she knew I had never performed and was being performed at that time by the GS 13 Budget Analyst. It would stand to reason if a GS 13 Budget Analyst had been doing the function for the last 10 years, I would be behind the times. When I did assist the Budget Analysts with the Space Rent reporting some time back; it was only gathering and confirming the accuracy of the information. That function was taken from me years ago and reassigned, and I was given other duties. The Position Description just was never accurately updated.

Also, recently you assigned me a FY 2007 Budget Exhibit to prepare and finalize. After I retrieved and reviewed the format, I did not even know where to start. As I have reminded you, I have never participated in preparing Budget Exhibits. I feel that I should have been sent to a Budget Formulation course before being assigned critical Budget Exhibits to prepare. I have never told anyone that I was an expert in Budget Formulation and Implementation. I feel my position should have been reassigned to the Branch of Accounting where my area of knowledge is and which all of my present duties supports.

While Anne Baird-Bridges stated at the May 4, 2005, meeting that my work assignments were in line with my Position Description, (not what she stated in the April 18, memorandum in which she had wrote that the duties would remain the same), she had to have been aware that the Position Description was outdated. That Position Description was prepared in 1999 and since that time, there have been many changes in duties and how duties are distributed among staffs.

If she was going to hold me to standards based upon my Position Description, than she should have added another Major Duty and Responsibility, such as the review and analyzing and manually preparing a report on the entire Regional Detail Fund Report generated by $Dollars. If she does not consider it a Major task, than why would she have hired a Contractor to perform the task? I inherited the newly introduced responsibility to the Division from a Contractor. Also, if one reviews the outdated Position Description, the

06/10/2005                                                                                                          000065

only area in which it refers to budget is "assisting in the preparation of Budget Estimates", not being responsible for a final budget product.

Also, as you know, all of my present duties are in the accounting area, and my duties are in line with my grade level because the main duty, reporting on the FLSA Civil Money Penalties was at one time a prim responsibility of a GS 13, who is now the Accounting Branch Chief.

Charlene, I do not have any hard feeling towards you, I understand that you are only following orders.