**From:** Sewell, Audrey L - ESA
**Sent:** Monday, May 02, 2005 11:40 AM
**To:** Copening, Linda M - ESA
**Subject:** FW: 3:30pm Meeting Availability

Linda:

Charlene has stated that it is OK to reschedule the meeting with Bettye & Me until Wednesday, April Mary 4th, at 2:PM. To simplify this procedure, Bettye and I have decided to just have the meeting combined, so, we both will be in the meeting. Will you be able to join us? As you know, we have a meeting with Anne for 10:00 am, on Wednesday, May 4.

Thanks!!

Audrey


-----Original Message-----
**From:** Sewell, Audrey L - ESA
**Sent:** Monday, May 02, 2005 9:55 AM
**To:** Copening, Linda M - ESA
**Subject:** 3:30pm Meeting Availability

Linda:

I know this is got to stop, how, and when I don't know. I am sorry, but, I must impose upon you again to join me in a meeting today at 3:30pm, in Charlene Dunn's office. As you know, me and Bettye's positions were transferred to Budget, although, for the life of me, one would wonder why they would transfer my position which is 99 Percent Accounting to Budget? At the time of the reassignment by Anne Baird-Bridges, Bettye and I were given a letter that clearly stated "Your duties remain the same". The position description was to be revised to reflect only the new location.

I don't think this is the case. Remember the March 11, meeting with Anne allegedly concerning the overdue standards, and she was talking about everything except the standards. By the way, I never did receive the so-called standards because that was not the purpose of the meeting! Remember she kept talking about Flexi place and internet, and the biggest subject was "What was the difference between what Elaine Stone, a GS 13 Budget Analyst did concerning a report, and what I did as a GS 11? The report that I do, which is an object class report, is complied using actual data taken from the accounting report, and it can be done at home.

The Budget Forecast which Elaine does is a much more complex report, in which she has to combine the other Budget Analyst forecast into one document. This information mainly comes from the Program Budget Planning personnel. It is a document that is very complex (require budget knowledge) and time consuming, because it is subject to many changes during the final preparation. This is the duty that Elaine has that they used as an excuse to remove her from the flexi place program; although she had internet and this could have been done at home.

The rumor mile has it that Anne/Charlene plan to take the Budget Forecast from Elaine and give it to me, thus, an excuse to remove me from the flexi place program. I have never worked in Budget, nor have I ever prepared a Budget Forecast. With the present workload that I have, I could not physically or mentally do it even if I knew how.

The information listed above is the reason I need you to go to the meeting with me. I certainly would appreciate it. I smell something bad coming on. Charlene was suppose to meet with me and Bettye last week, but, she kept changing the date and time because her and Anne spent all last week meeting for most of the days.

And about my being a union steward, that will never happen, they will make sure that I will never have one minute to devote to training or any union related matters.

Let me know if you cannot make it.

EXHIBIT 2

000097

/2/2005                                                                                                                              7-2