**From:** Sewell, Audrey L - ESA
**Sent:** Wednesday, May 18, 2005 9:48 AM
**To:** Sanabria, Vicente - ESA
**Cc:** Dunn, Charlene
**Subject:** RE: space rent training

Vicente: I agree with you and I will forward this message to Charlene at once. I understand it is hard to learn a new job, and teach someone at the same time. I feel the training should have taking place before you transferred to BAFS, but, nevertheless, would very much appreciate your training me when you get time. The space rent function has been put into my standards.

Audrey

> -----Original Message-----
> **From:** Sanabria, Vicente - ESA
> **Sent:** Tuesday, May 17, 2005 7:38 AM
> **To:** Sewell, Audrey L - ESA
> **Subject:** RE: space rent training
>
> Good morning, Audrey!
>
> I will feel comfortable if this training request goes from your supervisor to my supervisor because the space rent training may require time and effort on my part, and I will be unable to devote time and energy into my new functions in the Bran of Accounting and Financial Systems (BAFS).
>
> Thank you,
> Vicente Sanabria
> ESA/DFM/OMAP/BBFI
> Off (202) 693-0409
> Fax (202) 693-1451
>
> > -----Original Message-----
> > **From:** Sewell, Audrey L - ESA
> > **Sent:** Monday, May 16, 2005 2:50 PM
> > **To:** Sanabria, Vicente - ESA
> > **Subject:** FW: space rent training
> >
> > Wednesday 9:45am
> >
> > -----Original Message-----
> > **From:** Sewell, Audrey L - ESA
> > **Sent:** Monday, May 16, 2005 1:21 PM
> > **To:** Sanabria, Vicente - ESA
> > **Subject:** RE: space rent training
> >
> > How about 2:30? Please!!
> >
> > > -----Original Message-----
> > > **From:** Sanabria, Vicente - ESA
> > > **Sent:** Monday, May 16, 2005 1:00 PM
> > > **To:** Sewell, Audrey L - ESA
> > > **Subject:** RE: space rent training
> > >
> > > Audrey,


EXHIBIT
AA

000100

05/18/2005

18-1

Vicente Sanabria
ESA/DFM/OMAP/BBFI
Off (202) 693-0409
Fax (202) 693-1451

-----Original Message-----
**From:** Sewell, Audrey L - ESA
**Sent:** Monday, May 16, 2005 12:06 PM
**To:** Sanabria, Vicente - ESA
**Subject:** space rent training

Hi Vicente:

As discussed last week, what time will you have today to train me in the space rent function?

Thanks!!!

Audrey

000101

05/18/2005

10-2