

**U.S. Department of Labor**
Office of the Assistant Secretary for Administration and Management
Civil Rights Center

# Formal
complaint of discrimination

F05-11-100

*Note:* Complete this form, sign it, and send it in accordance with instructions from your EEO Counselor to Director, Civil Rights Center. See back for additional information or for help in completing this form.

**1a. Name:** Audrey L. Sewell

**2. Job title and grade:** Financial Mgmt. Specialist - GS-11

**3a. Home address:** 1301 7th Street, N.W., Apartment 315, Washington, D.C. 20001

**3b. Office address:** U.S. Dept. of Labor, ESA, Room S3201, 200 Constitution Ave, N.W., Wash., D.C. 20210

**4. Telephone, including area code, extension:**
home: 202-667-3138
office: 202-693-0415

**5. Bases of your complaint** (Check as appropriate and specify where a blank is provided):

- ☐ race
- ☐ color
- ☐ national origin
- ☐ religion
- ☒ age ___63___
- ☐ disability
- ☐ sex
- ☐ sexual orientation*
- ☐ reprisal

Please specify the prior EEO activity in which you were involved and the date.

*Protected by Executive Order 13087, not by federal statute. Claimants on this basis may request a final decision, but have no hearing or appeal rights.

**6. Specify the action(s) that gave rise to this complaint.** (Please use the back of this page if needed, and check here ☐ if continued on back.)

Date(s): April 8, 2005     Specific action(s): — See Attachment #1 —

EXHIBIT BB

**7. Please specify remedy(ies) you believe will resolve your complaint.**
— See Attachment #2 —

**9. Counselor's name:** Jose Figueroa

**10. Counselor's telephone:** (202) 693-4023

**8. Date notice of right to file was issued:** 5-13-05

**11. Have you filed a complaint on this same matter with:** Not this Action of 4/8/05
- ☐ Administrative grievance system?
- ☐ A union (specify _____)?
- ☐ Merit Systems Protection Board (MSPB)?

**If yes, date(s) of other filing(s):**

**12a. Representative's name:**
**2b. Representative's address:**
**12c. Representative's telephone:**

A1 of 3

**Date:** May 23, 2005     **Signature:** Audrey L. Sewell     MAY 23 2005

CRC use only   Date received

## FORMAL COMPLIANT - ATTACHMENT 1

### ITEM 6 - Specify the actions(s) that gave rise to this complaint

| Complainant | Accused |
|---|---|
| Audrey L. Sewell<br>Financial Mgmt. Specialist<br>Division of Financial Management<br>Office of Management, Administration<br>and Planning<br>Employment Standards Administration<br>U.S. Department of Labor | Anne Baird-Bridges<br>Director, Office of Mgmt.,<br>Administration & Planning<br>& Acting Director, Division of<br>Financial Management<br>Employment Standards Admin.<br>U.S. Dept. of Labor |

**The frightening incident on Friday, April 8, 2005, was just one of the many cumulating of intimidating and harassing events/actions that Ms. Anne Baird-Bridges, have personally inflicted upon me, and supported over the course of the last two years in her effort to force me to retire from Federal Service.**

On Friday, April 8, 2005, around 1:05 PM, as I was sitting at my desk, Ms. Baird-Bridges came up behind me and started yelling at me if I had received two recent e-mail messages that she had sent. One was sent directly to me on March 30, 2005, which directed me to work with the ESA Contractor on a project, which the contractor read at my desk when I opened it, and the other was sent on April 8, 2005, to about twenty individuals including myself concerning a meeting. I told Anne that I had received the messages, and that the last one I received was about 5 minutes after the contractor received his. The contractor was the first to alert me of the meeting. She than started yelling again, that I was not clicking on the pop up box and sending her a receipt and that I should have received the April 8, e-mail at the same time as every one else! She stated that she had **received** a receipt that I had **read** it, but, she had not received a receipt that I had **received** it! That statement alone stuck with me. It would stand to reason, if someone read something, they received it. I told Anne at this point, that I did not know what she was talking about, because I did not have a "**Pop-up**" on the computer assigned to me. She than screamed, " **you listen to me**", when I send you an e-mail you are to click on the pop-up box and send me a receipt, all the while she was shaking her finger about two inches from my right eye, with a long fingernail on it! I was scared to death! I than said "wait a minute, why don't you listen to me." as I attempted to explain to her how the e-mail worked from my desk, but, she would not listen, she just kept screaming, "**no, you listen to me**", over and over while still **shaking her finger in my face!** Ms. Baird-Bridges had me at a disadvantage due to the fact that I was in a siting position and she was within a foot of me, standing over me, so, I was trapped. At one point, I asked her to remove her finger out of my face, and she did, but, she raised her hand as if she was going to slap my face, but, she did not. Knowing that she had physically attacked

At 2 of 3

another co-worker back in August 2004 first hand, I knew I had to be careful, because I suffer from severe arthritis and I could not afford to be physically injured by Ms. Anne Baird-Bridges. So when she said, if your machine don't have a "Pop-up box, then there is something wrong with your machine, and that I needed to call the ESA help desk", I jumped at the chance and told her that I would call them, and I went for the phone to get away from her. She left with, "in the future when I send you an e-mail, I want you to send me a receipt".

I called the ESA help desk immediately and explained to them what she said, and the person handling the call, stated that he did not have a "pop-box" on his machine either, and that he would call Anne to see what was the problem, because, I did not know specifically what she wanted!

I than e-mailed Anne, a copy of her April 8, e-mail that she had sent, and informed her that I never saw any so-called **"pop-up box"**! Also, I informed her in that e-mail that I did not appreciate her yelling at me, and pointing her finger in my face. The entire Division of Financial Management staff that was in the office that day, and time, heard her yelling at me, including those coming in from out of the hallway! Also, one DFM staff member actually saw her sticking her finger in my face.

I found the entire episode humiliating, degrading and frightening and it left me visibly shaken. I could barely look my fellow co-workers in the eye when they came up to me later and asked what had sent her off! One of my co-workers must have felt sorry for me and came to my workstation and she attempted to work on the computer to activate the so-called "pop-up" feature. When Mr. Richardson from the ESA help desk, came on Monday, April 11, and after going from my computer to Anne's computer, he found that the "receipt of receive" feature was off on my computer. It was never activated when the computer was set-up by ESA's Information Technology staff.

I feel that I should be treated like a human being in the workplace, and not made to work in fear of being attacked! Later that day, a co-worker told me that Anne Baird-Bridges had asked her if she had a pop-up on her computer, and she had told her that she did not! **Than the co-worker said to me, "Audrey, you know, she did not speak to me in the same manner as she spoke to you."** I do believe that I am being targeted because of my age.

## FORMAL COMPLIANT - ATTACHMENT 1

### ITEM 6 - Specify the actions(s) that gave rise to this complaint

| Complainant | Accused |
|---|---|
| Audrey L. Sewell<br>Financial Mgmt. Specialist<br>Division of Financial Management<br>Office of Management, Administration<br>  and Planning<br>Employment Standards Administration<br>U.S. Department of Labor | Anne Baird-Bridges<br>Director, Office of Mgmt.,<br>  Administration & Planning<br>  & Acting Director, Division of<br>Financial Management<br>Employment Standards Admin.<br>U.S. Dept. of Labor |

**The frightening incident on Friday, April 8, 2005, was just one of the many cumulating of intimidating and harassing events/actions that Ms. Anne Baird-Bridges, have personally inflicted upon me, and supported over the course of the last two years in her effort to force me to retire from Federal Service.**

On Friday, April 8, 2005, around 1:05 PM, as I was sitting at my desk, Ms. Baird-Bridges came up behind me and started yelling at me if I had received two recent e-mail messages that she had sent. One was sent directly to me on March 30, 2005, which directed me to work with the ESA Contractor on a project, which the contractor read at my desk when I opened it, and the other was sent on April 8, 2005, to about twenty individuals including myself concerning a meeting. I told Anne that I had received the messages, and that the last one I received was about 5 minutes after the contractor received his. The contractor was the first to alert me of the meeting. She than started yelling again, that I was not clicking on the pop up box and sending her a receipt and that I should have received the April 8, e-mail at the same time as every one else! She stated that she had **received** a receipt that I had **read** it, but, she had not received a receipt that I had **received** it! That statement alone stuck with me. It would stand to reason, if someone read something, they received it. I told Anne at this point, that I did not know what she was talking about, because I did not have a "**Pop-up**" on the computer assigned to me. She than screamed, " **you listen to me**", when I send you an e-mail you are to click on the pop-up box and send me a receipt, all the while she was shaking her finger about two inches from my right eye, with a long fingernail on it! I was scared to death! I than said "wait a minute, why don't you listen to me." as I attempted to explain to her how the e-mail worked from my desk, but, she would not listen, she just kept screaming, "**no, you listen to me**", over and over while still shaking her finger in my face! Ms. Baird-Bridges had me at a disadvantage due to the fact that I was in a siting position and she was within a foot of me, standing over me, so, I was trapped. At one point, I asked her to remove her finger out of my face, and she did, but, she raised her hand as if she was going to slap my face, but, she did not. Knowing that she had physically attacked

another co-worker back in August 2004 first hand, I knew I had to be careful, because I suffer from severe arthritis and I could not afford to be physically injured by Ms. Anne Baird-Bridges. So when she said, if your machine don't have a "Pop-up box, then there is something wrong with your machine, and that I needed to call the ESA help desk", I jumped at the chance and told her that I would call them, and I went for the phone to get away from her. She left with, "in the future when I send you an e-mail, I want you to send me a receipt".

I called the ESA help desk immediately and explained to them what she said, and the person handling the call, stated that he did not have a "pop-box" on his machine either, and that he would call Anne to see what was the problem, because, I did not know specifically what she wanted!

I than e-mailed Anne, a copy of her April 8, e-mail that she had sent, and informed her that I never saw any so-called **"pop-up box"**! Also, I informed her in that e-mail that I did not appreciate her yelling at me, and pointing her finger in my face. The entire Division of Financial Management staff that was in the office that day, and time, heard her yelling at me, including those coming in from out of the hallway! Also, one DFM staff member actually saw her sticking her finger in my face.

I found the entire episode humiliating, degrading and frightening and it left me visibly shaken. I could barely look my fellow co-workers in the eye when they came up to me later and asked what had sent her off! One of my co-workers must have felt sorry for me and came to my workstation and she attempted to work on the computer to activate the so-called "pop-up" feature. When Mr. Richardson from the ESA help desk, came on Monday, April 11, and after going from my computer to Anne's computer, he found that the "receipt of receive" feature was off on my computer. It was never activated when the computer was set-up by ESA's Information Technology staff.

I feel that I should be treated like a human being in the workplace, and not made to work in fear of being attacked! Later that day, a co-worker told me that Anne Baird-Bridges had asked her if she had a pop-up on her computer, and she had told her that she did not! **Than the co-worker said to me, "Audrey, you know, she did not speak to me in the same manner as she spoke to you."** I do believe that I am being targeted because of my age.

2

000021

ITEM 7 - Remedy(ies) sought                                        Attachment 2

Submitted - May 23, 2005

**EEO Formal Compliant of Age Discrimination**

Ms. Audrey L. Sewell
Financial Systems Specialist
Division of Financial Management
Office of Management, Administration
 and Planning
Employment Standards Administration
U. S. Department of Labor

**From Ms. Anne Baird-Bridges, Acting Director, Division of Financial Management, and Director, Office of Management, Administration and Planning, I expect:**

- Equal Treatment in the workplace - (approach, speaking tone) - <u>no</u> yelling at me, and making threatening advances.

- Equal expectations - if a young woman is not expected to lift 100 lbs., don't expect me to lift 100 lbs. If professionals in a specific field have no knowledge of an issue, don't expect me to have more knowledge than that of the professionals in the specific field. Don't demand any more of me than she demands of any of my younger fellow co-workers.

- Equal rewards for equal work performed on special projects. If I work on a special project with a younger worker and perform the same amount and quality of work, or more, and if a special monetary award is given to the younger worker, I should receive the same.

- Stop attempting to force me to retire. I should be allowed to retire at a time of my own choosing, which is December 2007.

- Cease directly harassing and participating in the harassment of me, and take action to stop harassment of me by any other persons when the harassment has been brought to her attention, or at least, investigate the matter.

- Equal treatment in the assignment of work.

- Some assurance that I am not going to be physically assaulted or injured by her. That I can be assured that she is going to keep her hands to herself.

- Treat me as a human being with the same human rights as any other person in America, and an apology for her actions on April 8, 2005.

- If she receives a letter of appreciation from any party commending my work, and if she would share that information with any other staff member had she received a letter of appreciation concerning them, than she should share the letter(s) of commendation received concerning outstanding work performed by me with me.

000022