*Confidential*

Naomi, (FYI)
Re: Audrey L. Sewell
CCC No. 05-11-100

Attached are copies of two grievances which CP filed with Local 12.

Lillian
6/1/05

EXHIBIT
CC

B1 4 of 20