Sewell, Audrey L - ESA

From: Dunn, Charlene - ESA
Sent: Friday, June 10, 2005 12:19 PM
To: Sewell, Audrey L - ESA
Subject: Response to your June 8 Memorandum



EXHIBIT
EE

Audrey,

I received your June 8, 2005 memorandum in which you announced your retirement, and provided detailed concerns regarding your present standards and job responsibilities. I would like to take this opportunity to address each of your concerns, as outlined in your memorandum.

First, you refer to the telephone call which I made to you on June 7, 2005, in which I asked you about the status of the GSA space rent reports. During this discussion, I asked you what was the status of the GSA space rent report, as you had not completed it for May. You also referenced a May 4, 2005 meeting in which you informed me that you did not know anything about the current preparation of the space rent reports. At that meeting, I also requested that you meet with the former analyst who had previously done the report. At least on two occasions after that meeting, I asked you about the status of the report, and was told that you had initially met with the analyst, that he was busy, and that you would get with him to complete the report. I stated to you several times, that if he did not meet with you, and provide you with the information, that you were to inform me immediately. You chose not to inform me about your lack of training, and as a result, the May report which was due twenty-seven days after I gave you the assignment, was not completed. Since I do not sign-off on this report, I was not aware that it was not completed, until I received a call from the programs asking why they had not received the report last week.

Though I directed you to meet with the analyst, you made the decision not to meet with him again, based upon your belief, as you outlined in your memorandum, that "you would not participate in the direct harassment of the former budget analyst in forcing him to train me in the automated space rent assignment. I feel that the former budget analyst is doing the best that he can given the circumstances of being in training himself, and learning a new job with deadlines of his own to meet." As you know, the assignment of work is strictly a management decision, based upon the grade level and workload of an employee. The decision as to whether he had sufficient time to train you, and whether he had deadlines and training of his own, was not within your purview to make. As an employee of this office, I expect you to follow instructions, and complete your tasks on time.

Secondly, I want to address your concern that the GSA space rent report should not have been assigned to you because you knew nothing about it. In 1999, you received a promotion from a financial systems specialist Grade-09 to a financial systems specialist, Grade 11. Your promotion was based upon the additional assignments which you presumably had assumed, predominately the GSA Rent program, and the CMP assignment. When you were transferred to this position description, you clearly knew that the position required what was in the description: "Total knowledge of Civil Monetary Penalties Procedures, the Rent Program, and the Debt Collection Improvement Act requirements so that the incumbent can monitor the programs and correct mistakes when necessary." Thus, my assignment of this duty was strictly in conformance with what was expected in your position description, and one of the grade controlling factors in it.

Thirdly, your memorandum discusses my assigning you a budget exhibit to prepare and finalize. I had assigned you this task because you had expressed interest in assuming new tasks, and I thought, based upon your position description, that you possessed the skills to complete the exhibit with a minimum of effort. I provided you with the Congressional budget justification, explained to you what it was, and assigned the Senior Budget Analyst to meet with you and assist you in its preparation as necessary. Again, I refer to your position description in which budget analysis is found throughout it. Specifically, your position description says that you will: "perform routine budget analysis functions and special projects anywhere within ESA. Work may be performed in any segment of the normal range of budget administration work performed by DFM, including budget formulation, presentation, and implementation." Additionally it says that your duties include: "assisting in the preparation of budget estimates, justifications....."

Preparing a summary of budget authority by object class is budget formulation. It is also preparing budget estimates, as the information is found in the Congressional Justification, and other budgetary reports. This work assignment is within the parameters of your position description, and it is expected of a specialist at your grade level. In fact, this same duty has been in your present position description since 1999, and in your former GS-09 position description which you incumbered from 1998-99.

Due to your unwillingness to complete this project, I was forced to reassign it to another member of the team, who is already performing a large number of assignments, due to the budget submission. I have respectfully listened to your opinions and concerns. However, I will not tolerate insubordination from any employee who refuses to do assignments when they are given. Thus, I expect that you will continue to perform your duties as assigned, until you are no longer employed by the Employment Standards Administration. As such, I am giving you a deadline of June 15, to complete the May Space Rent Report. The

000071

06/10/2005

Accounting [Director ...] Analyst [...] today [...] year [...] edition [...] you may complete this report. They will gladly provide you with any additional followup meetings/information which you migh[t] expect that the June, July, and August reports will be completed and provided to the programs by the end of each m[onth].

Failure to complete this assignment will be interpreted as insubordination, and may result in further action. Should y[ou have] questions, please do not hesitate to schedule a meeting with me to discuss them. Thank you.

**Sewell, Audrey L - ESA**

From: Dunn, Charlene - ESA
Sent: Friday, June 10, 2005 6:55 PM
To: Sewell, Audrey L - ESA; Drake, Larry - UNION; Lauderdale, Eleanor - Union; Jarl, Larry D - ESA
Cc: Baird-Bridges, Anne - ESA; Vastano, Patricia J - ESA
Subject: RE: Response to your June 8 Memorandum

Audrey, I will discuss your various comments at the proposed meeting. I agree to meet with you and your representative. Since this meeting concerns you and your failure to complete one of your job assignments, I see no reason to involve Vicente and Larry in this matter.

I will again remind you that you were given this assignment on May 4, therefore there should be no need for "emergency training." Had you followed my instructions to meet with Vicente, you would have already been trained, and the Space Rent report would have been finished on time.

However, in the meantime, you are to meet with Kim and Vicente to go over the reports process next week. The determination as to who meets with Vicente, has already been made by Larry Jarl and myself. Both you and Kim will meet with Vicente, as I requested.

Also, I am baffled by your statement: "Maybe next month we all three can get together to produce June's reports." I have clearly instructed you, as to your job responsibilities as outlined by your position description. You are to complete the June report, not Vicente, not Kim. I cannot be any clearer regarding this responsibility. As chief of this branch, I determine who will complete assignments, when they are due, and what my expectations are regarding the work. This assignment is not negotiable.

Please keep me apprised as to the status of the report's completion, as our programs are anxiously awaiting its arrival. Thank you.

-----Original Message-----
From: Sewell, Audrey L - ESA
Sent: Friday, June 10, 2005 6:02 PM
To: Dunn, Charlene - ESA; Drake, Larry - UNION; Lauderdale, Eleanor - Union; Jarl, Larry D - ESA; Sanabria, Vicente - ESA
Subject: RE: Response to your June 8 Memorandum

Thanks for the reply. **I will forward this e-mail to all parties concerned to see if the Tuesday, June 21, 2005, 8:00am date is OK with them.** I may need to request you to reschedule. Eleanor Lauderdale, Local 12 Head Steward, will be representing me in this matter due to the fact that you see it as **insubordination** because I did not know how, and did not have access to the data (no ID), or proper training to complete the reports, which you were aware of before you sent the e-mail. I requested that Larry Jarl, and his staff member who will be doing the **emergency training**, Vicente Sanabria, to sit in on the meeting only to explain to you and the union representative the detailed process of producing the reports.

**What I don't understand here is why would you directed me via an e-mail to meet with Larry Jarl, Vicente Sanabria, and your lead budget analyst today at 10:30am, on the subject of the space rent reports; and while I was in the meeting with all parties, and all parties worked together and came up with a working plan, and as far as I could see everything went well, you were, while we were meeting, preparing the e-mail message to me accusing me of insubordination for not completing the Space Rent Reports? Your e-mail was sent at 12:19pm, the meeting was not over until around 12:10pm. What was your purpose of ordering the meeting or the subject?**

Nevertheless; inasmuch as I have such a short turnaround time to train and produce the reports on Monday June 13, in time to get them to you by June 15, 2005, I will be meeting with Vicente alone. Your e-mail clearly stated that "**failure to complete this assignment will be interpreted as insubordination, and may result in further action. I am sure that working together, we will have the reports to you by May 15 the deadline set by you.**

Maybe next month we all three can get together to produce June's reports. I expect Vicente to work with me on producing May's space rent reports, as you have directed, but, I don't expect him to do 100 percent of the work.

I am again requesting that you cite for me where in my June 8, 2005, memorandum to you that I "**refused to do the assignment**", as stated in your June 10, 2005, 12:19pm, e-mail message.

000090

06/13/2005

14-1