**U.S. Department of Labor**  Office of the Assistant Secretary
for Administration and Management
Washington, D.C. 20210



AUG 1 2005

Sent by Federal Express No. 7923 4535 4355

Ms. Audrey Sewell
1301 7th Street, N.W., Apt. 315
Washington, D.C. 20001

                      CRC Complaint No. 05-11-100

Dear Ms. Sewell:

This letter serves to advise you that the Civil Rights Center (CRC) has transferred your aforementioned EEO complaint to the Chairperson of the Department of Labor's Administrative Review Board (ARB) for processing due to a potential conflict of interest. This action does not constitute an admission of culpability by the CRC or the Department of Labor with respect to any pending action. Any future correspondence on your complaint should be directed to the ARB. Should you have any questions on this matter, please contact Ms. Priscilla Schwartz of the ARB at (202) 693-6200.

Sincerely,

*Annabelle T. Lockhart*
ANNABELLE T. LOCKHART
Director
Civil Rights Center

cc:    Pamela Gibbs
        M. Cynthia Douglass
        Priscilla Schwartz

EXHIBIT FF

000010