May 4, 2005

NOTE TO CHARLENE DUNN
        Supervisor as of May 1, 2005

FROM:    AUDREY L. SEWELL

RE:    Comments concerning 2004 - 2005 Standards for the Appraisal Period May 2, 2005, to September 30, 2005, **received May 4, 2005,**

Charlene, I note in the Standards that the only duty that was spelled out was Space Rent, which is a newly assigned responsibility as of May 4, 2005.

As I told you today in the meeting, I have never worked with the Space Rent function as it is presently handled by the GS 13 Budget Analyst. I don't feel that it is fair to include in one's standards an element in which the employee have not been train or ever performed. I presented you with a list of my current duties today; non of which is listed in the standards that Anne Baird-Bridges prepared.

As you know, we are in the 8th month of the 2004 - 2005 rating period and most DOL employees have been presented Standards by January 2005. Therefore, due to the time that the standards is being presented, and as far as I am concern, mine contain new duties, I hope that you will take that in consideration when rating me.

Per you request, I will get with the GS 13 Budget Analyst, who as you know, is in the mist of receiving training himself for his newly assigned Accountant position and request that he train me when he gets time in the Space Rent function.



EXHIBIT
GG

000132

7-7