UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDREY L. SEWELL,<br><br>      Plaintiff,<br><br>v.<br><br>ELAINE L. CHAO,<br>Secretary, Department of Labor,<br><br>      Defendant. | )<br>)<br>)<br>)  Case No. 06CV1534 (ESH)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

Defendant in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to file a reply in support of its motion for summary judgment. In support of this request, the defendant states as follows:

1. The defendant's reply brief is due to be filed on December 26, 2007.[1]

2. Due to filing deadlines in other matters, including motions for summary judgment in Millican v. United States, 06cv1582, and DeMartino v. FBI, 06cv879, as well as an answer in Hunter v. Rice, 07cv1268, the defendant needs a brief extension of time in which to file its reply.

3. The defendant is requesting an additional nine (9) days, until January 4, 2008, to draft and file a reply.

4. Pursuant to LCvR 7(m), the undersigned communicated with plaintiff's attorney, Lisa Alexis Jones, who indicated that she consents to this motion.

---

[1] The due date on the docket sheet is December 24, 2007, however, the President issued an Executive Order closing executive departments and agencies of the federal government on December 24, 2007.

Wherefore the defendant requests until January 4, 2008, to file a reply in support of its motion for summary judgment. A proposed Order accompanies this motion.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR,  DC Bar #498610
United States Attorney

/s/
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

/s/
KAREN L. MELNIK DC BAR # 436452
Assistant United States Attorney
555 4TH Street, N.W. Rm. E-4112
Washington, D.C. 20530
(202) 307-0338