UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AUDREY L. SEWELL** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | )   Case No. 06CV1534 (ESH) |
| v. | ) |
| | ) |
| **ELAINE L. CHAO,** | ) |
| Secretary, Department of Labor, | ) |
| | ) |
|     **Defendant.** | ) |

**ORDER**

UPON CONSIDERATION of the Defendant's Consent Motion For Enlargement of Time, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is GRANTED. It is further

ORDERED, that Defendant will have until January 4, 2008, to file a reply in support of its motion for summary judgment.

_____
UNITED STATES DISTRICT COURT JUDGE

copies to:

Lisa Alexis Jones, Esq..
1200 G Street, N.W. Suite 800
Washington, D.C.  20005

AUSA Karen L. Melnik
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W. Rm. E-4112
Washington, D.C. 20530