UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AUDREY L. SEWELL,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 06-1534 (ESH) |
| **ELAINE L. CHAO,** Secretary, U.S. Dept. of Labor, | ) |
| **Defendant.** | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, defendant's motion for summary judgment [16] is **GRANTED** and the above-captioned case is dismissed with prejudice.

**SO ORDERED**.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date:   February 1, 2008