UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDREY SEWELL, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 06-1534 (ESH) |
| ELAINE L. CHAO,<br>Secretary of Labor, | ) |
| Defendant | ) |

## SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Harry B. Roback, Assistant United States Attorney, as counsel of record for the defendant in this action. The Clerk of the Court will please withdraw Karen Melnik as counsel for the defendant in the above-captioned case.

Respectfully submitted,

/s/ Harry B. Roback
HARRY B. ROBACK (DC Bar # 485145)
Assistant U.S. Attorney
Civil Division
501 Third Street, N.W.
Washington, D.C. 20530
(202) 616-5309

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February 2008, I caused the foregoing Substitution of Counsel to be served on counsel for plaintiff by the court's Electronic Case Filing System (ECF):

**Lisa Alexis Jones**
LISA ALEXIS JONES, PLLC
1200 G Street, NW
Suite 800
Washington, DC 20005

/s/ Harry B. Roback
HARRY B. ROBACK (DC Bar # 485145)
Assistant U.S. Attorney
Civil Division
501 Third Street, N.W.
Washington, D.C. 20530
(202) 616-5309