# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AUDREY SEWELL
_____
                    Plaintiff

            vs.                          Civil Action No. 06-1534 (ESH)

ELAINE L. CHAO
_____
                    Defendant

## NOTICE OF APPEAL

Notice is hereby given this **28th** day of **March** , 20 **08** , that

plaintiff, Audrey Sewell,

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the **1st** day of **February** , 20 **08**

in favor of **defendant**

against said plaintiff

**RECEIVED**

MAR 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
Lisa Alexis Jones, Counsel for Appellant
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil
action must be filed within 30 days after the date of entry of judgment or 60 days if the United
States or officer or agency is a party)

**CLERK**      Please mail copies of the above Notice of Appeal to the following at the addresses
            indicated:

Harry B. Roback, Esq.
Assistant United States Attorney
501 Third Street, N.W.
Washington, D.C. 20530