# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 08-5079**　　　　　　　　　　　　　**September Term 2007**

　　　　　　　　　　　　　　　　　　　　　　　　　　　1:06-cv-01534

　　　　　　　　　　　　　　　　　　　　　　　**Filed On:** August 11, 2008

Audrey Sewell,

　　Appellant

v.

Elaine L. Chao, Secretary of Labor,

　　Appellee

　　**BEFORE:**　Ginsburg, Rogers, and Garland, Circuit Judges

## ORDER

　　Upon consideration of the motion for summary affirmance, the response thereto, and the reply, it is

　　**ORDERED** that the motion be denied. The merits of the parties' positions are not so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam).

　　Because the court has determined that summary disposition is not in order, the Clerk is instructed to calendar this case for presentation to a merits panel.

**Per Curiam**